IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | : | (Judge Margaret M. Sweeney) |
| Plaintiffs, | : | |
| v. | : | No.: 05-5T |
| UNITED STATES OF AMERICA, | : | |
| Defendant-Appellant. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO THE ABOVE-CAPTIONED COURT AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately the name of the law firm serving as counsel of record for Kerr-McGee Corporation and Subsidiaries, and Affiliated Subsidiaries, currently Kronish Lieb Weiner & Hellman LLP, has been changed to "Cooley Godward Kronish LLP." The address and telephone number of the firm have not been changed.

Dated: New York, New York
October 11, 2006

Respectfully submitted,

/s/ Stephen D. Gardner

Stephen D. Gardner
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York NY 10036-7798
Phone: (212) 479-6000
Fax: (212) 479-6275
Email: sgardner@cooley.com