IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

---

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

---

PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT

---

Pursuant to Rule 56 of the Rules of the United States Court of Federal Claims, Plaintiffs, Kerr-McGee Corporation and Subsidiaries, respectfully move for partial summary judgment in their favor on the grounds that, with respect to certain of plaintiffs' claims, there is no genuine issue of material fact and plaintiffs are entitled to summary judgment as a matter of law. In particular, the undisputed facts demonstrate that the plaintiffs are entitled to a deduction under section 162(a) of the Internal Revenue Code of 1986 with respect to environmental remediation expenditures incurred at a former refinery site in Cushing, Oklahoma, during both taxable years in issue, 1995 and 1996.

In support of their motion, Plaintiffs rely upon the pleadings, the affidavits submitted with this motion, the Proposed Findings of Uncontroverted Fact, and their memorandum, which is being submitted with this motion.

Respectfully submitted,

Dated: November 2, 2006

/s/ Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, N.Y. 10036
(212) 479-6130

Attorney for Plaintiffs