Docket No. 05-5 T

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS was served on Attorneys for the Defendant by mailing the same via Federal Express on November 2, 2006 in a postage paid wrapper addressed as follows:

BENJAMIN C. KING, JR.,
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 4th Street N.W.
Bldg JCB-Room 8804
Washington, DC 20001

and

DAVID GUSTAFSON
Chief, Court of Federal Claims Section
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
555 4th Street N.W.
Building JCB-Room 8804
Washington, DC 20001

Attorneys for Defendant

s/Stephen D. Gardner_____
Stephen D. Gardner