IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

---

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

---

AFFIDAVIT OF MARK M. VEAZEY

STATE OF OKLAHOMA )
) ss.:
COUNTY OF OKLAHOMA )

Mark M. Veazey, being sworn, states:

1. I am Vice President – Taxation of Kerr-McGee Corporation ("Kerr-McGee") and am authorized to execute this affidavit on its behalf. I have been employed by Kerr-McGee[1] since October 1987. My work address is 123 Robert S. Kerr Avenue, Oklahoma City, Oklahoma 73102. I have served as Vice President – Taxation since February 2002. I submit this affidavit in support of Plaintiffs' Motion for Partial Summary Judgment. This affidavit is based upon my personal knowledge and my review of the records of Kerr-McGee.

2. Kerr-McGee is a corporation organized under the laws of Delaware.

---

1 References to "Kerr-McGee" include Kerr-McGee Corporation and its predecessors-in-interest.

3. Kerr-McGee is the successor-in-interest to Kerr-McGee Operating Corporation, which was the common parent of an affiliated group of corporations that filed consolidated federal income tax returns for the years in issue.

4. In 1956, Kerr-McGee purchased an oil refinery site in Cushing, Oklahoma (the "Cushing site"), from General American Oil Company of Texas. The site contained approximately 440 acres, less certain railroad right-of-ways. The Cushing site had been used as an oil refinery site for more than 40 years by previous owners.

5. Kerr-McGee operated the refineries at the Cushing site from 1956 until 1972. The refinery was closed in 1972. Like previous owners had done, Kerr-McGee disposed of refinery wastes created by its operations on site.

6. Pursuant to licenses granted by the U.S. Atomic Energy Commission, Kerr-McGee processed uranium and thorium at the Cushing site during the 1960s. Kerr-McGee stopped those activities and the licenses were terminated in 1966.

7. After Kerr-McGee stopped refinery operations at the Cushing site, it sold most of the real and personal property used in the refinery operations to an unrelated buyer, Dewey Enterprises, which dismantled the refinery and offered the parts for sale.

8. In 1981, Kerr-McGee reported to the Environmental Protection Agency (the "EPA") the possible presence of certain wastes believed to have been disposed of at the site. The reports were made pursuant to the Comprehensive Environmental Recovery, Compensation, and Liabilities Act of 1980 (Pub. Law No. 96-510, 94 Stat. 2767 (1980) (codified as amended at 42 U.S.C. §§ 9601-9675 (2000)) ("CERCLA").

9. After the reports were made to the EPA, Kerr-McGee, the EPA, and representatives of the Oklahoma State Department of Health ("OSDH") began investigations of the soil, surface water, and groundwater at the site. The investigations lasted several years.

10. Over the course of several years following the reports to the EPA, Kerr-McGee reacquired the portion of the Cushing site that it had previously sold to Dewey Enterprises. Kerr-McGee also acquired some contiguous parcels that it had not owned before.

11. After the investigations were substantially complete, the EPA and OSDH took the position that the site had to be cleaned up pursuant to CERCLA. Kerr-McGee chose to remediate the sites rather than litigate its liability.

12. In 1990, a consent order was entered in the District Court of Payne County, Oklahoma, requiring Kerr-McGee to perform certain remediation work at the Cushing site and stipulating the penalties to be assessed against Kerr-McGee in the event of non-compliance.

13. During the year ended December 31, 1995, Kerr-McGee incurred environmental remediation expenditures of $3,711,305 at the Cushing site, which Kerr-McGee deducted on its tax return. The IRS disallowed the deduction of $3,115,742 of those expenditures and required them to be capitalized into Kerr-McGee's basis in the land.

14. During the year ended December 31, 1996, Kerr-McGee incurred environmental remediation expenditures of $5,400,165 at the Cushing site, which Kerr-McGee deducted on its tax return. The IRS disallowed the deduction of $4,533,587 of those expenditures and required them to be capitalized into Kerr-McGee's basis in the land.

15. Since 1996, Kerr-McGee continued to remediate the site until November 28, 2005, at which time Tronox Incorporated assumed responsibility for completing the remediation

of the site. Kerr-McGee's remediation expenditures at the site through 2005 totaled $147 million.

Mark M. Veazey

Sworn to before me this
27 day of October, 2006.

Alicia D. Triana
Notary Public

ALICIA D. TRIANA
NOTARY
# 06010038
EXP. 10/13/10
PUBLIC
STATE OF OKLAHOMA