IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

# AFFIDAVIT OF JEFF LUX

STATE OF OKLAHOMA )<br>
) ss.:<br>
COUNTY OF OKLAHOMA )

Jeff Lux, being sworn, states:

1. I am a Project Manager employed by Tronox LLC, an indirect subsidiary of Tronox Incorporated (collectively "Tronox"). My work address is 123 Robert S. Kerr Avenue, Oklahoma City, OK 73102. Prior to November 28, 2005, I held the same title for Kerr-McGee Shared Services Company LLC, an indirect subsidiary of Kerr-McGee Corporation (collectively "Kerr-McGee"). I was employed by Kerr-McGee from 1987 until November 28, 2005, when Tronox Incorporated was partially separated from Kerr-McGee through an initial public offering, at which time I became an employee of Tronox LLC. On March 30, 2006, Kerr-McGee distributed its remaining ownership in Tronox Incorporated to its shareholders. (The initial public offering and subsequent distribution are collectively referred to as the "Spin-Off" transaction.)

2. I have served as a Project Manager since 1991. I submit this affidavit in support of Plaintiffs' Motion for Partial Summary Judgment in the above-referenced matter. This affidavit is based upon my personal knowledge and my review of the records of Kerr-McGee and Tronox and their respective affiliated entities.

3. In my capacity as Project Manager, my responsibilities included the environmental remediation of Kerr-McGee's former oil refinery site in Cushing, Oklahoma (the "Cushing site"). As a result of the Spin-Off, the Cushing site is now owned by Tronox Worldwide LLC an indirect subsidiary of Tronox Incorporated. I continue to act as Project Manager for the Cushing site.

4. In 1990, a consent order, a copy of which is attached hereto as Exhibit A, was entered in the District Court of Payne County, Oklahoma, requiring Kerr-McGee to perform remediation work at the Cushing site. Additionally, the United States Nuclear Regulatory Commission required Kerr-McGee to obtain a license to decommission the Cushing site. Copies of the License and amendments thereto are attached hereto as Exhibit B.

5. My job as Project Manager for the Cushing site was to ensure that Kerr-McGee and now Tronox, complied with that consent order. The remediation work that occurred at the site was done for the purpose of complying with the consent order and the NRC License. I am not aware of any other purpose for the remediation expenditures.

6. Portions of the site have been idle (except for remediation activities) during the period from 1995 until the present. Referring to the map attached hereto as Exhibit C, the parcels that have not been idle and a description of the use of the parcel are as follows:

a. Parcels C, D, Y, and AA (including tanks located thereon) and Parcel L were previously leased to SemCrude, L.P. ("SemCrude") (a successor to Notti Gathering Company) for $1 per year pursuant to that certain Lease Agreement dated August 4, 1995, (the "Lease Agreement") a copy of which is attached hereto as Exhibit D. SemCrude subsequently acquired these parcels for $1pursuant to the terms of the Lease Agreement. Additionally, SemCrude offered to extend the lease with regard to certain parcels and to purchase other parcels from Tronox for $850 per acre, as set forth in the Lease Purchase Modification Letters dated June 9, 2006 and July 21, 2006, attached hereto as Exhibits E and F respectively. Tronox has agreed to accept SemCrude's offers and the sales documentation and lease extension are in process.

b. In 1994, Tronox granted Multimedia Cablevision, Inc., an easement to use the property for 5 years. Multimedia Cablevision, Inc., has satellite dishes, radio towers, and a reception station on the property. Through various corporate transactions, the rights of Multimedia Cablevision, Inc., were acquired by Cox Communication, Inc. The parties inadvertently allowed the easement to expire in 1999. The use of the property did not change following the expiration of the easement. In 2002, Tronox granted a five year "tower easement" to Cox Communications, Inc., for a "rent" of $500. Cox subsequently transferred its interest in the tower easement to Cebridge Acquisition Co. LLC. Copies of the tower easement and the letter notifying Tronox of the subsequent transfer are attached hereto as Exhibit G.

c. SemCrude stores soil on Parcel Z; SemCrude is not charged for the use of Parcel Z.

7. Parcels Y and AA have been released from further remediation pursuant to a No Further Action Letter from the Oklahoma Department of Environmental Quality dated August 24, 2006, and attached hereto as Exhibit H. Additionally, the NRC license was terminated by the NRC by letter dated May 18, 2006, attached hereto as Exhibit I.

Jeff Lux

Sworn to before me this
30 day of October, 2006.

Notary Public

IRLA BRADY NOTARY #99017977 EXP. 12/14/07 PUBLIC STATE OF OKLAHOMA