Exhibit B

UNITED STATES
NUCLEAR REGULATORY COMMISSION
WASHINGTON, D. C. 20555

APR 06 1993

Docket No. 70-3073
License No. SNM-1999

Mr. John C. Stauter
Kerr-McGee Corporation
Technology and Engineering Division
P.O. Box 25861
Oklahoma City, OK 73125

SUBJECT: ISSUANCE OF SPECIAL NUCLEAR MATERIALS LICENSE NO. SNM-1999 TO KERR-MCGEE CORPORATION TO POSSESS CONTAMINATED MATERIAL AT THE CUSHING SITE

Dear Mr. Stauter:

In accordance with the statements, representations, and conditions specified in your application letter dated October 17, 1991, as revised on September 25, 1992 (application), and supplemented on December 18, 1992, January 14, 1993, and February 23, 1993, and pursuant to Title 10, Code of Federal Regulations, Part 70, the Nuclear Regulatory Commission hereby issues Special Nuclear Material (SNM) License No. SNM-1999 (Enclosure 1). SNM-1999 authorizes the possession of contaminated soil, sludge, sediment, trash, building rubble, and any other contaminated material, at Kerr-McGee's Cushing site. The material is to be used during preliminary remediation activities.

SNM-1999 contains 11 conditions. On March 31, 1993, Kerr-McGee verbally agreed to the 11 license conditions as stated in Enclosure 1. Take special note of License Condition 11.B, which prohibits Kerr-McGee from conducting several of the remediation activities proposed in the application until NRC approves the methods to be used. Kerr-McGee must submit the descriptions of the methods to be used in the license amendment requests.

NRC staff's review of the application is documented in a Safety Evaluation Report (Enclosure 2). In addition to the health and safety issues addressed in the Safety Evaluation Report, the staff evaluated the decommissioning funding plan and financial assurance mechanism submitted with the application, as supplemented, and determined that they are in compliance with 10 CFR 70.25, "Financial Assurance and Recordkeeping for Decommissioning."

RECEIVED
APR 14 1993
EnvOps Cushing

RECEIVED
APR 12 1993
ENVIRONMENTAL SERVICES

Please be advised that you must conduct the remediation activities at the Cushing site in accordance with the conditions of your license, representations made in the application, and NRC regulations.

Sincerely,

John H. Austin

John H. Austin, Chief
Decommissioning and Regulatory
Issues Branch
Division of Low-Level Waste Management
and Decommissioning
Office of Nuclear Material Safety
and Safeguards

Enclosures:
1. License SNM-1999
2. Safety Evaluation Report

cc: w/enclosures
H. A. Caves, Oklahoma DoH
L. Kirk, Oklahoma DoH

Enclosure 1

NRC FORM 374
(10-89)

U.S. NUCLEAR REGULATORY COMMISSION

PAGE 1 OF 3 PAGES

# MATERIALS LICENSE

Pursuant to the Atomic Energy Act of 1954, as amended, the Energy Reorganization Act of 1974 (Public Law 93-438), and Title 10, Code of Federal Regulations, Chapter I, Parts 30, 31, 32, 33, 34, 35, 39, 40 and 70, and in reliance on statements and representations heretofore made by the licensee, a license is hereby issued authorizing the licensee to receive, acquire, possess, and transfer byproduct, source, and special nuclear material designated below; to use such material for the purpose(s) and at the place(s) designated below; to deliver or transfer such material to persons authorized to receive it in accordance with the regulations of the applicable Part(s). This license shall be deemed to contain the conditions specified in Section 183 of the Atomic Energy Act of 1954, as amended, and is subject to all applicable rules, regulations and orders of the Nuclear Regulatory Commission now or hereafter in effect and to any conditions specified below.

| Licensee | | |
|---|---|---|
| 1. Kerr-McGee Corporation | 3. License number | SNM-1999 |
| 2. Kerr-McGee Center<br>Oklahoma City, OK 73125 | 4. Expiration date | Jaunary 1, 1997 |
| | 5. Docket or Reference No | 70-3073 |

| 6. Byproduct, source, and/or special nuclear material | 7. Chemical and/or physical form | 8. Maximum amount that licensee may possess at any one time under this license |
|---|---|---|
| A. Uranium Enriched in U-235 | A. Contaminated soil, sludge, sediment, trash, building rubble, structures, and any other contaminated material. | A. All residual contamination which currently exists at the former Cushing Refinery Site. |
| B. Thorium | B. Contaminated soil, sludge, sediment, trash, building rubble, structures, and any other contaminated material. | B. All residual contamination which currently exists at the former Cushing Refinery Site. |
| C. Natural Uranium and Depleted Uranium | C. Contaminated soil, sludge, sediment, trash, building rubble, structures, and any other contaminated material. | C. All residual contamination which currently exists at the former Cushing Refinery Site. |

9. Authorized Use: Licensed material shall be possessed and used in remediation activities leading to the decommissioning of the Cushing Site.

10. Authorized Place of Use: The existing facilities of Kerr-McGee Corporation, Environmental Operations, Technology and Engineering Division, P.O. Box 89, Cushing, OK 74023. Location: Two miles North - State Highway 18, 1/2 mile East - Deep Rock Road.

NRC Form 374A (5-84)

U.S. NUCLEAR REGULATORY COMMISSION

**MATERIALS LICENSE**
SUPPLEMENTARY SHEET

PAGE 2 OF 3 PAGES

License number SNM-1999

Docket or Reference number 70-3073

11. Conditions:

A. Kerr-McGee shall submit by license amendment request, before February 1, 1994, a Proposed Decommissioning Plan for the Cushing Site meeting the requirements of 10 CFR 70.38(c)(2)(iii).

B. Kerr-McGee shall submit, by separate license amendment requests, or as a part of the Proposed Decommissioning Plan, detailed descriptions of the methods for performing the following activities, prior to beginning the activities:

1. Prior to transferring contaminated material to any of the three temporary storage areas provide an analysis of the ability of the three temporary storage areas to effectively resist erosion by wind and water, and describe the measurement procedures to be used to control the sorting of the contaminated material to be transferred to the temporary storage areas,

2. Prior to neutralizing the acidic contaminated sludge in Pit 4, describe the methods to be used,

3. Prior to demolishing potentially contaminated structures, provide a description of the methods to be used.

C. Both the 8 hour and 2 to 3 hour Health and Safety indoctrinations described in Item 8 of the application shall include all of the topics described in 10 CFR 19.12.

D. Kerr-McGee shall submit, by license amendment request, before June 1, 1993, the proposed boundaries of all radioactive materials areas designated in accordance with 10 CFR 20.203(e)(2), restricted areas as defined in 10 CFR 20.3, and areas outside of restricted areas, where licensed materials exist which must be secured from unauthorized removal per 10 CFR 20.207.

E. Notwithstanding statements in the application, the limits listed in "Guidelines for Decontamination of Facilities and Equipment Prior to Release for Unrestricted Use or Termination of Licenses for Byproduct, Source, or Special Nuclear Material," Policy and Guidance Directive 83-23, August 1987, shall be used as the criteria for the unrestricted release of equipment, material, and personnel.

F. All radiation protection program procedures shall, at a minimum, be approved by the Radiation Safety Officer and either the Vice President, Environmental Operations, or the Vice President, Environmental & Health Management.

G. All work in radioactive materials areas or restricted areas, or work with licensed material not located in radioactive materials or restricted areas, shall be in accordance with an approved radiation safety procedure.

NRC Form 374A
(5-84)

U.S. NUCLEAR REGULATORY COMMISSION

PAGE 3 OF 3 PAGES

License number
SNM-1999

Docket or Reference number
70-3073

**MATERIALS LICENSE**
SUPPLEMENTARY SHEET

H. Wastes disposed offsite shall be classified and meet waste form requirements of 10 CFR Part 61, meet applicable disposal site license conditions, and meet Department of Transportation and 10 CFR Part 71 transportation requirements.

I. The Radiation Safety Officer for this license is Will Rogers.

J. Licensee is exempt from the physical protection requirements of 10 CFR 73 and the criticality accident requirements of 10 CFR 70.24.

K. Except as specifically provided otherwise in this license, the licensee shall conduct its program in accordance with statements, representations, and conditions contained in letter dated September 25, 1992, as supplemented on December 18, 1992, January 14, 1993, and February 23, 1993.

FOR THE U.S. NUCLEAR REGULATORY COMMISSION

Date: April 6, 1993

By: [signature]
John H. Austin, Chief
Decommissioning and Regulatory Issues Branch
Division of Low-Level Waste Management and Decommissioning
Office of Nuclear Material Safety and Safeguards

UNITED STATES NUCLEAR REGULATORY COMMISSION

Enclosure 2

UNITED STATES
NUCLEAR REGULATORY COMMISSION
WASHINGTON, D.C. 20555-0001
APR 06 1993

DOCKET NO: 70-3073

LICENSE NO: SNM-1999

LICENSEE: KERR-McGEE CORPORATION

SUBJECT: SAFETY EVALUATION REPORT, LICENSE APPLICATION DATED OCTOBER 17, 1991, AS REVISED ON SEPTEMBER 25, 1992, AND SUPPLEMENTED ON DECEMBER 18,1992, JANUARY 14, 1993, AND FEBRUARY 23, 1993

RE: POSSESSION OF URANIUM AND THORIUM AT THE CUSHING REFINERY SITE

## 1. INTRODUCTION

Kerr-McGee Corporation (Kerr-McGee) submitted a special nuclear materials (SNM) license application, on October 17, 1991; a revised application (application) on September 25, 1992; and supplements on December 18, 1992, January 14, 1993, and February 23, 1993, to possess the uranium and thorium at the former Cushing Refinery Site (Cushing Site). Uranium and thorium currently exist at the Cushing Site in the form of contaminated soil, sludge, sediment, trash, building rubble, and on building surfaces. Kerr-McGee proposes to possess the licensed material during preliminary remediation and disposal activities.

While Kerr-McGee has not formally organized the schedule for the Cushing Site decommissioning into phases, the Nuclear Regulatory Commission staff (staff) views the decommissioning as proceeding in two phases. The preliminary activities proposed in the application are considered by the staff to be Phase 1 of the decommissioning. The goal of the preliminary activities is to identify and consolidate the contaminated material on the site, not to remediate to contamination levels allowing for the unrestricted release of the site. The plan for the second and final phase of decommissioning will be submitted in a Proposed Decommissioning Plan, to be submitted by Kerr-McGee at a later date. The Proposed Decommissioning Plan will describe the Phase 2 decommissioning activities, leading to the unrestricted release of the Cushing Site and the termination of License No. SNM-1999, and will include the information required by 10 CFR 70.38(c)(2)(iii)(c).

The Cushing Site is located halfway between Oklahoma City and Tulsa, two miles north of State Highway 18 and a half mile east of Deep Rock Road (Figure 1). Under Atomic Energy Commission (AEC) licenses SNM-695 and SMB-664, Kerr-McGee chemically processed enriched, normal, and depleted uranium and natural thorium at the Cushing Site from 1962 through 1966. The licensed activities were




FIGURE 1
SITE LOCATION MAP
CUSHING REFINERY SITE

conducted on a Kerr-McGee owned site, approximately 400 acres in size, that was also the location of a Kerr-McGee oil refinery operation. Materials were received in the form of $UF_6$, mill concentrates, unirradiated scrap fuel elements, and various other chemical compounds. The licensee converted uranium to other compounds suitable for use in the nuclear fuel cycle and produced metal alloys of uranium and thorium.

In 1966, the site was decommissioned, in accordance with practices at the time, and the license was terminated. Between 1972 and 1982, Kerr-McGee further decontaminated the site by shipping the more highly radioactive materials off site, and disposing of unknown quantities of contaminated soils and trash in an existing refinery sludge pit (Pit 4), in trenches located in the northeast corner of the site, and in inactive tank berms in the northwest portion of the site. This contaminated soil and trash currently remains at the original disposal locations in concentrations exceeding Option 1 of the Branch Technical Position (BTP) on "Disposal or Onsite Storage of Thorium or Uranium Wastes from Past Operations" (46 FR 52061). There are also areas of contamination, exceeding BTP Option 1 limits, around and under the former uranium processing building on the Cushing Site and in the soils and sediments of Skull Creek, which was a discharge point for effluent from the uranium processing facility (see Figure 2).

The staff reviewed the proposed remediation and disposal activities. The staff also reviewed the organization responsible for radiation safety at the Cushing Site, the qualifications of individuals assigned to key positions in the organization, the training program, the radiation safety program, the waste management program, and the SNM safeguards procedures.

## 2. PROPOSED DECONTAMINATION AND DISPOSAL ACTIVITIES

The primary purpose for this license is to authorize the possession of the uranium and thorium on the Cushing Site. The license covers all uranium and thorium present as contamination in concentrations or surface contamination levels exceeding natural background. Kerr-McGee also seeks approval to conduct a number of preliminary remediation activities, which are listed below:

1. excavation of contaminated soil, sediment, and trash;
2. sorting the excavated material by concentration level and oil content;
3. disposal of excavated material with concentrations of uranium and thorium in excess of BTP Option 2 limits, and oil and grease content less than 3 percent, at a licensed low-level waste facility;
4. consolidation of the remaining excavated material at approved temporary storage areas on the Cushing Site;
5. decontamination of the former uranium processing building;




FIGURE 2
CUSHING REFINERY SITE
SITE LAYOUT MAP
CUSHING, OK

6. demolition of structures when contamination cannot be removed from structures in place or is shown to be in soils under structures; and

7. neutralization of the acidic contaminated sludge in Pit 4.

The purpose of the proposed preliminary remediation activities is to: 1) identify all areas on the Cushing Site that contain uranium and thorium in concentration levels above natural background; 2) excavate from the identified areas those materials that contain radioactivity in excess of NRC unrestricted release limits; and 3) consolidate the excavated material at designated temporary onsite storage areas or ship the material to a licensed low-level waste disposal facility. The final disposition of the uranium and thorium to be consolidated in the temporary storage areas will be proposed in a decommissioning plan, which Kerr-McGee has committed to submit at later date. The decommissioning plan will describe the procedures for completing the decommissioning and releasing the Cushing Site for unrestricted use. To ensure the timely completion of Cushing Site decommissioning, the staff recommends the following license condition:

CONDITION 1 Kerr-McGee shall submit, by license amendment request, before February 1, 1993, a decommissioning plan for the Cushing Site, meeting the requirements of 10 CFR 70.38(c)(2)(iii).

Excavation of contaminated soil, sludge, sediment, trash, and building rubble will be accomplished using typical earth-moving equipment. Excavation equipment will be selected based on the size and relative dimensions of the contaminated area. The generation of airborne radioactivity will be minimized and controlled, during excavation and movement of contaminated soil, through the use of water sprays, foams, wetting agents, and dust suppressors, as required.

Kerr-McGee proposes to sort the excavated contaminated material according to the concentration of uranium, thorium, and oil in the material, and either ship the material to an approved low-level waste disposal facility or transfer the material to one of three temporary storage areas. However, the sorting procedure outlined in the application is not described in sufficient detail for the staff to evaluate if the procedure is as low as is reasonably achievable (ALARA), i.e., that during excavation and placement in the storage areas significant volumes of material containing greater than BTP Option 2 concentrations of uranium and thorium are not mixed with material containing less than BTP Option 2 concentrations of uranium and thorium. Therefore, the staff recommends the following license condition:

CONDITION 2 Prior to transferring contaminated material to the temporary storage areas, Kerr-McGee shall submit, by license amendment request, a detailed description of the measurement procedures to be used to control the sorting and transfer of the contaminated material.

Three former petroleum storage tank pads, located north of Deep Rock Road on the Cushing Site, will be used to temporarily stockpile the excavated contaminated material not shipped to a disposal facility. The tank pads will be upgraded by constructing a three-foot-high berm around each pad. Also, a fence will be

constructed around each storage area to restrict access. During sorting and stockpiling operations, wind dispersal of the contaminated soils placed in the storage areas will be controlled by either wetting or plastic sheeting. After sorting and stockpiling has been completed, vegetative covers will be established over the temporary storage areas to control wind dispersion until the final disposition of the material is decided.

The application does not include a description of the potential for flooding of and erosion from the temporary storage areas, which could lead to the release of contaminated water, and the methods to be employed to minimize flooding and erosion. Therefore, the staff recommend the following license condition:

CONDITION 3 Prior to transferring contaminated material to any of the three temporary storage areas, Kerr-McGee shall submit, by license amendment request, an analysis of the ability of the three temporary storage areas to effectively resist erosion by wind and water.

After excavation is completed in a given contaminated area, Kerr-McGee proposes to grid the area, perform exposure rate measurements, and collect soil samples to ensure that the area has been remediated to BTP Option 1 concentrations. The survey plan described is adequate for a "remediation" survey, which is a field survey method to determine if additional excavation is necessary before beginning a final termination survey of the area. The described survey plan is not acceptable as a final termination survey plan. The termination survey plan will be submitted with the decommissioning plan, in accordance with 10 CFR 70.38(c)(2)(iii)(c) or, if necessary, in a separate submittal for NRC approval.

The decontamination of the former uranium process building primarily involves scabling contaminated concrete using a steel-shot blasting machine. The machine is equipped with filters that essentially eliminate the release of airborne radioactivity. The remediation of the building also entails limited excavation of contaminated soil from underneath the building.

Kerr-McGee proposed two additional remediation activities: 1) demolition of structures when contamination cannot be removed from structures in place or is shown to be in soils under structures; and 2) neutralization of the acidic contaminated sludge in Pit 4. These two activities were not described in sufficient detail for the staff to complete a safety review. Therefore, the staff recommend the following license condition:

CONDITION 4 Prior to neutralizing the acidic contaminated sludge in Pit 4 or demolishing potentially contaminated structures Kerr-McGee shall submit, by license amendment request, a detailed description of the methods to be used.

In summary, the staff reviewed Kerr-McGee's proposed methods for completing the preliminary decommissioning activities to ensure that they can be carried out in accordance with NRC regulations and the ALARA principle. The proposed methods for remediating the process building, excavating contaminated soil, and transporting contaminated soil are adequately described in the application. The simple earth-moving techniques and equipment described have been successfully

applied during the remediation of other contaminated sites and are acceptable to NRC. However, as recommended in License Conditions 2, 3, and 4, additional submittals to NRC are required before Kerr-McGee may begin the excavation and transfer of contaminated materials to the temporary storage areas, the neutralization of acidic contaminated sludge, or the demolition of potentially contaminated structures.

## 3. ORGANIZATION AND QUALIFICATIONS

Figure 3 shows the proposed organization responsible for radiation safety at the Cushing Site. The Cushing Site organization includes several Kerr-McGee employees who are also employed by Cimarron Corporation, a Kerr-McGee subsidiary. The Cimarron Corporation is responsible for the remediation of the Cimarron facility, which entails similar actions as those proposed in the application. Figure 3 includes both the Cimarron and Cushing Site organizations to show which employees work in both organizations. The dotted line on the bottom of the chart shows that the proposed radiation safety officer (RSO) for the Cushing Site is also the RSO for the Cimarron facility.

The left-hand side of Figure 3 shows the Cushing Site management structure. The Project Manager for Cushing Site operations reports to the Vice President, Technology & Engineering Division, Operations Division. The Project Manager is responsible for overall project direction. The Site Coordinator, who reports to the Project Manager, is responsible for daily operations, including supervision of the RSO. The RSO is responsible for the conduct of the health physics and industrial safety programs, to include directing health physics technicians, conducting specified radiation surveillance, and training. The RSO reviews procedures to ensure that exposure limits will not be exceeded and monitors activities to ensure that exposures are maintained ALARA.

The RSO designated for the Cushing Site has over 23 years experience in nuclear operations and cleanup and has completed a radiation protection technology course. In addition to being RSO for the Cushing Site, he is also the Supervisor of Health Physics and Industrial Safety and RSO at the Cimarron facility. The activities carried out at the Cimarron facility are similar to those proposed in this application, and have been conducted under an NRC license. The Project Manager and Site Coordinator have no previous experience in radiation protection. However, both have completed a course in the principles of radiation safety. The Vice President, Technology & Engineering Division, Operations Division, has experience in uranium mining operations and the remediation of other radiologically contaminated sites.

In summary, the staff reviewed the proposed organization and concludes that the RSO is qualified to oversee radiation protection activities at the Cushing Site and that the organization is adequate to ensure, per 10 CFR 70.23, that licensed material will be used in accordance with NRC regulations.


KERR-McGEE CORPORATION
ORGANIZATIONAL STRUCTURE
CUSHING, OKLAHOMA
REFINERY SITE
DECONTAMINATION PROJECT
Kerr-McGee Corporation Chief Executive Officer, Chief Operating Officer, Senior Vice President & Secretary
Kenneth J. Richards President Tech. & Engr. Division
Edwin T. Still Vice President, Envir. & Health Management
Roy R. Smith Vice President, Environmental Operations
John C. Stauter Vice President, Environmental Services
Roy R. Smith President, Cimarron Corp.
Jeff Lux Project Manager Environmental Operations
Edwin T. Still Vice President, Cimarron Corp.
Jeff Ostmeyer Site Coordinator Environmental Operations
Joe Kegin Operations Manager Cimarron Corp.
Cindy Graves Office Clerk Environmental Operations
Wilbur Rhodes Decontamination Supervisor Cimarron Corp.
Will Rogers Supervisor, H.P. & Ind. Safety Rad Safety Officer
Mickey Hodo Admin & Account. Supervisor Cimarron Corp.
Virgil Richards Decontamination Supervisor, Cimarron Corp.
Harold Gay Decontamination Supervisor Cimarron Corp.
Decontamination Crew (~ 4 People)
Health Physics Personnel (~6 People)
Lavonna Smith Administrative Clerk Cimarron Corp.
Decontamination Crew (~ 4 People)
Decontamination Crew (~ 4 People)

FIGURE 3

3. RADIATION SAFETY TRAINING

Kerr-McGee proposes to require radiation safety training for workers and visitors who enter designated radioactive materials areas. Individuals who work independently with radioactive material are required to undergo an eight-hour Health and Safety indoctrination. These individuals are considered radiation workers. A brief two- to three-hour indoctrination will be given to new employees and contractors whose site activities are related to radioactive material and who will be under the supervision of an experienced radiation worker. Training will be conducted by the RSO or his designated representative.

The application lists the topics to be covered during the eight-hour Health and Safety indoctrination. The topics to be covered during the two- to three-hour indoctrination are not described in the application. The eight-hour indoctrination does not include all the topics listed in 10 CFR 19.12, "Instructions to Workers." The excluded topics are: 1) the precautions or procedures to minimize exposures; 2) the worker's responsibility to report promptly to the licensee any condition which may lead to or cause a violation of Commission regulations and licenses or unnecessary exposure to radiation or to radioactive material; and 3) the radiation exposure reports which workers may request pursuant to 10 CFR 19.12. Since 10 CFR 19.12 is not specifically called out in the application and the listed training topics do not include all of those required by 10 CFR 19.12, the staff recommends the following license condition to ensure that Kerr-McGee recognizes the requirements of 10 CFR 19.12:

CONDITION 5 Both the eight-hour and two- to three-hour health and safety indoctrinations described in Item 8 of the application shall include all of the topics described in 10 CFR 19.12.

After the initial eight-hour indoctrination, Kerr-McGee proposes to conduct annual training once per year. The annual training is more comprehensive than the eight-hour Health and Safety indoctrination and requires approximately 16 to 24 hours.

In summary, the staff reviewed the proposed radiation safety training program and found that the program, as described, does not comply with 10 CFR 19.12, "Instructions to Workers." Therefore, to ensure compliance, the staff recommends that License Condition No. 5 be incorporated into the license.

4. RADIATION SAFETY PROGRAM

a. Radioactive Material Areas

Kerr-McGee designates six areas on the Cushing Site as radioactive materials areas, in accordance with 10 CFR 20.203(e):

1. the former process building;

2. Pit 4;

3. the disposal area; and

4. the three temporary materials storage areas.

These areas are shown on Figure 2 as "radiation areas."

These areas require designation as radioactive materials areas since they contain, or will contain, at some time in the future, thorium in quantities exceeding 10,000 uCi or uranium-234 (U-234)/uranium-235 (U-235) (enriched uranium [EU]) in quantities exceeding 0.1 uCi. The staff assumes that the thorium at the Cushing Site is in secular equilibrium and classify it as "natural thorium" when determining compliance with NRC regulations. The uranium identified on the Cushing Site is assumed to be EU.

The staff's calculations indicate that several areas on the Cushing Site, other than the six identified above, contain uranium and thorium in quantities sufficient to require posting as radioactive materials areas. In addition, 10 CFR 20.207, "Storage and control of licensed materials in unrestricted areas," requires all licensed materials stored in an unrestricted area to be secured from unauthorized removal or be tended under constant surveillance. As stated above, all uranium and thorium present in concentrations or contamination levels in excess of natural background are considered licensed materials. The application does not describe how licensed materials that exist outside of the designated radioactive materials areas will be controlled.

To clarify the posting and control procedures for areas containing licensed material, the staff recommend the following license condition:

CONDITION 6 Kerr-McGee shall submit, by license amendment request, before May 1, 1993, the proposed boundaries of all radioactive materials areas designated in accordance with 10 CFR 20.203(e)(2), restricted areas as defined in 10 CFR 20.3, and areas outside of restricted areas, where licensed materials exist which must be secured from unauthorized removal per 10 CFR 20.207.

b. Personnel Monitoring Devices

External occupational exposure is expected to be relatively low at the Cushing Site because of the low concentrations of the thorium and uranium present. Although exposure rates above 500 uR/hr, on contact, have been measured in limited areas of the trash disposal area, the average exposure rate, at one meter, in the contaminated areas is significantly less than 500 uR/hr. However, conservatively assuming that an individual works 2000 hours per year in contaminated areas with the maximum exposure rate of 500 uR/hr, the annual external exposure would be 1 rem/year, which is below the 5 rem whole body occupational exposure limit of 10 CFR 20.101.

Film badges will be used to monitor external occupational exposure. Radiation workers are required to wear film badges at all times while on the Cushing Site. Also, all individuals entering a radioactive materials area are required to wear film badges. The radiation worker's film badges are exchanged on a monthly basis. Film badges for visitors will be exchanged on a quarterly basis. All film badges will be processed by a contractor accredited under the National Voluntary Laboratory Accreditation Program, as required by 10 CFR 20.202(c)(1). Records of exposure will be kept on file.

c. Bioassays

Inhalation of resuspended airborne radioactivity is the primary pathway for internal occupational exposure during remediation and disposal activities at the Cushing Site. The licensee proposes to monitor and control the inhalation of airborne material primarily through air sampling. However, a bioassay program will be used to supplement the air sampling program.

The proposed bioassay program consists of urine sample collection and analysis, on a bi-monthly frequency, from workers who frequently work with radioactive materials. Fecal analysis will be conducted for thorium if air sample results indicate greater than 520 MPC-hrs in a quarter.

d. Surveys and Monitoring

Kerr-McGee proposes to survey personnel, material, and equipment for contamination before exiting radioactive materials areas and to monitor for airborne radioactivity.

Equipment used to excavate and move radioactive material will be stored in the confines of the radioactive materials area in which it is used, until it becomes necessary to remove the equipment for use in other areas. Kerr-McGee referenced the contamination limits listed in Appendix I to NUREG/CR-2082, "Monitoring for Compliance with Decommissioning Termination Survey Criteria," June 1981, as those to be used at the Cushing Site for unrestricted release of equipment and material. Appendix I to NUREG/CR-2082 presents an outdated version of the surface contamination limits listed in "Guidelines for Decontamination of Facilities and Equipment Prior to Release for Unrestricted Use or Termination of Licenses for Byproduct, Source, or Special Nuclear Material," Policy and Guidance Directive 83-23, August 1987. To ensure that the most recent version of this document is used, the staff recommend the following license condition:

CONDITION 7 Notwithstanding statements in the application, the limits listed in "Guidelines for Decontamination of Facilities and Equipment Prior to Release for Unrestricted Use or Termination of Licenses for Byproduct, Source, or Special Nuclear Material," Policy and Guidance Directive 83-23, August 1987, shall be used as the criteria for the unrestricted release of equipment, material, and personnel.

In the application, Kerr-McGee states that airborne radioactivity will be sampled to ensure that inhalation of airborne radioactivity remains below the limits in 10 CFR 20.103. At least 50 percent of the workers will be equipped with lapel

air samplers whenever contaminated soils are being excavated or handled. In addition, area air samples will be located near excavation, packaging, or materials handling areas where the potential for airborne resuspension exists. Lapel and air samples will be counted on a daily basis. Air sample results in excess of 50 percent of the maximum permissible concentration (MPC) listed in Appendix B, Table 1, will be evaluated to determine the conditions which caused the airborne radioactivity and what additional measures should be implemented to reduce the airborne concentration. If an air sample result exceeds 1.0 MPC work will not continue until corrective actions are taken.

The MPC for the most limiting material present (i.e., natural thorium) will be used to conservatively evaluate air sample results. If an elevated airborne concentration is measured, the isotopic content of the air sample may be determined to more accurately assess compliance with 10 CFR 20.103. For the purpose of demonstrating compliance with 10 CFR 20.103, Kerr-McGee assumed that the contamination at the Cushing Site is insoluble. The assumption of insolubility is acceptable for this purpose since it leads to the most conservative, i.e., lowest, MPC value. However, additional evaluation may be required to determine the solubility classification of the contamination for the purpose of compliance with other NRC requirements, such as the BTP.

e. Radiation Detection Instruments

Portable alpha and gamma radiation monitoring will be used to determine site activity and radiation levels. Table 5 of the application lists the instruments to be used for surveys and monitoring. The instruments are appropriate for the radiation types to be encountered at the Cushing Site and have minimum detectable activities well below the limits in "Guidelines for Decontamination of Facilities and Equipment Prior to Release for Unrestricted Use or Termination of Licenses for Byproduct, Source, or Special Nuclear Material," Policy and Guidance Directive 83-23, August 1987.

The instruments are to be calibrated at the Kerr-McGee Corporation's Cimarron Facility on a quarterly basis. Instrument checks will be performed daily. If the instrument response varies by more than +/- 10 percent, it will be checked for electronic and radiological calibration. Logs for each instrument will be kept on file.

f. Radiation Safety Procedures

Kerr-McGee proposes to use a Special Work Permit (SWP) program to control remediation activities at the Cushing Site since the range of activities proposed, and the variety of radiological conditions expected to be encountered, vary between locations on the site. The SWPs will control the majority of excavation and handling of radioactive material at the Cushing Site by specifying the methods to be used in completing the activity, as well as the controls required to complete the task safely and maintain exposures ALARA. An SWP is required and must be completed before beginning work whenever a safety hazard is suspected to exist or could be created. Supervisory staff will generate the SWP and health physics personnel will review it. All workers assigned to an SWP activity are required to read and sign the SWP.

The application generally describes the SWP program. However, the application does not discuss the overall program for developing and maintaining radiation safety procedures. A procedure control program is necessary to ensure that the SWP program, as well as the procedures controlling activities such as waste management, respiratory protection, and radioanalysis, receives the proper level of Kerr-McGee management review. Therefore, the staff recommends the following license condition.

CONDITION 8 All radiation protection program procedures shall, at a minimum, be approved by the RSO and either the Vice President, Environmental Operations, or the Vice President, Environmental & Health Management.

In addition, to ensure that all activities involving licensed material are controlled by a properly approved procedure, the staff recommends the following condition:

CONDITION 9 All work in radioactive materials areas or restricted areas, or work with licensed material not located in radioactive materials or restricted areas, shall be in accordance with an approved radiation safety procedure.

h. Radioactivity in Effluent to Unrestricted Areas

Airborne radioactivity is the primary potential effluent from the proposed remediation activities. Small volumes of liquid effluent could possibly result from surface drainage of precipitation that becomes contaminated through contact with storage piles or other areas where surface contamination is present.

Although the probability of licensed material being released from the Cushing Site via runoff is currently low, the probability should become smaller as the proposed remediation activities proceed. The material that currently exists at several surface locations will be stockpiled in three temporary storage areas, which will be designed to contain runoff in dikes surrounding them. The staff will fully review the ability of the temporary storage areas to resist the effects of flooding and erosion when Kerr-McGee submits its analysis of these issues, as recommended by the staff in License Condition No. 3. As stated in License Condition No. 3, no licensed material will be transferred to the temporary storage area until the staff approves Kerr-McGee's submittal. Samples of water accumulated in the dikes surrounding the temporary storage areas will be analyzed before the water will be released to the environment. No discharges of water containing concentrations of radioactive material in excess of those allowed in 10 CFR 20.106 will be allowed. Until the contaminated material is stockpiled in the three storage areas, all areas containing surface contamination will be monitored and significant accumulated water sampled.

Airborne radioactivity may be generated during excavation of contaminated soil, the transfer of the soil to storage or packaging areas, and packaging of the soil. Smaller amounts of airborne radioactivity may also be generated during removal of contaminated concrete from building surfaces. Three high volume

environmental air samplers, permanently located downwind from radioactive materials areas, will monitor the release of airborne contaminants in unrestricted areas.

i. ALARA

In the application, Kerr-McGee commits corporate and operations management to maintaining radiation exposures ALARA. Health Physics staff will review SWPs to ensure that the methods employed are ALARA. The Kerr-McGee management commitment to ALARA is sufficient to meet the intent of 10 CFR 20.1(c), to make every reasonable effort to maintain exposures ALARA.

j. Summary

The staff reviewed the proposed radiation safety program including radioactive materials areas posting, personnel monitoring devices, bioassays, surveys and monitoring, radiation detection instruments, radiation safety procedures, effluent to unrestricted areas, and commitments to maintain exposures ALARA.

The staff's review found four deficiencies in Kerr-McGee's proposed radiation safety program and recommended License Condition Nos. 6 to 9 to correct the deficiencies. With these conditions, the staff concludes that, in accordance with 10 CFR 70.23, Kerr-McGee's proposed equipment and instrumentation and proposed radiation safety procedures are adequate to protect the health and safety of workers and the public.

5. WASTE MANAGEMENT

Contaminated soil that exceeds the BTP Option 2 limit for thorium or uranium, and other material contaminated in excess of NRC limits will be shipped to an approved offsite disposal site in accordance with 10 CFR Part 71. Department of Transportation Regulations are not referenced in the application. The waste will be collected and packaged in 55-gallon drums for disposal. Full drums will be temporarily stored in the former uranium process building, or in the transport trailer, until a full shipment is accumulated. The quantity of EU in each container destined for disposal will be determined. Records of the transfer of such material will be maintained in accordance with 10 CFR 70.51(b)(1)-(b)(6), regardless of EU content.

To ensure that all classification, transportation, and disposal requirements are met, the staff recommends the following license condition:

CONDITION 10 — Wastes shall be classified and meet waste form requirements of 10 CFR Part 61, meet applicable disposal site license conditions, and meet Department of Transportation and 10 CFR Part 71 transportation requirements.

6. SNM SAFEGUARDS

The activities performed at the Cushing Site under the previous licenses involved uranium with various weight percentages of U-235. The application states that, based on analyses conducted to date by Kerr-McGee, the U-235 weight percentages in the uranium contamination currently at the Cushing Site range from 0.18 percent to 22 percent. However, independent samples collected and analyzed by an NRC contractor (Oak Ridge Associated Universities, January 24, 1991 letter to Tony Huffert, NRC) revealed enrichments of up to 43 percent in the trash disposal area in the northwest corner of the site.

Approximately 35,000 cubic feet of uranium contaminated soil and trash are located in the trash disposal area. Using the NRC contractor value, the uranium in this area is assumed to be enriched to 43 percent by weight. The former process building is estimated to contain 17,000 cubic feet of contaminated concrete, soils, and construction material, with up to 22 percent U-235 enrichment. The balance of the uranium on the site is in the form of contaminated soil and sediment. The uranium in this material is enriched in U-235 from 0.18 percent to approximately seven percent by weight.

The application proposes no physical protection procedures, as set forth in 10 CFR Part 73, for the EU at the Cushing Site. The EU is contained in matrices (soil, sediment, trash, and concrete) that preclude the recovery or separation of the EU. This has been demonstrated by Kerr-McGee in previous attempts to remove the EU, as well as the other source material present, from the matrices for the purpose of reducing waste volume required for disposal. The approaches attempted, including soil washing and chemical extraction, have not resulted in significant separation of the material from the matrices. In addition to not being suitable for recovery, the uranium contaminated wastes are acceptable for land disposal under 10 CFR Parts 20 and 61. Therefore, consistent with previous NRC positions, the staff agrees that the EU at the Cushing Site need not be afforded physical protection as set forth in 10 CFR Part 73.

Records of the transfer of SNM will be maintained in accordance with 10 CFR 70.51(b)(1) -(b)(6), regardless of EU content. Also, any theft, or attempted theft, of SNM that requires reporting under 10 CFR 70.52 (a), (b), and (c) will be made via commercial telephone system to the NRC Operations Center.

Kerr-McGee requested an exemption from the criticality accident requirements of 10 CFR 70.24 (a) and (b) as provided for in 10 CFR 70.24(d). The criticality analysis in the application concludes that the necessary factors for quantity, enrichment, geometry, moderation, reflection, and concentration leading to criticality cannot be met for the EU present at the Cushing Site. The staff agrees that the uranium concentrations in the soil do not appear to present potential criticality hazards and agree that an exemption from the requirements of 10 CFR 70.24 is appropriate.

The staff recommends the following license condition regarding SNM safeguards requirements:

CONDITION 11 Kerr-McGee is exempt from the physical protection requirements of 10 CFR 73 and the criticality accident requirements of 10 CFR 70.24.

In summary, the staff reviewed the proposed SNM safeguards procedures. Kerr-McGee requested exemption from the physical protection procedures, set forth in 10 CFR Part 73, for the EU at the Cushing Site. The EU is not suitable for recovery and the uranium contaminated wastes are acceptable for land disposal under 10 CFR Parts 20 and 61. Therefore, consistent with previous NRC positions, the staff agrees that the EU at the Cushing Site need not be afforded physical protection as set forth in 10 CFR Part 73. Kerr-McGee also requested an exemption from the criticality accident requirements of 10 CFR 70.24 (a) and (b) as provided for in 10 CFR 70.24(d). The staff agrees that the SNM concentrations at the Cushing Site do not appear to present potential criticality hazards and that an exemption from 10 CFR 70.24 is appropriate.

## 7. CONCLUSION

The staff reviewed the proposed decontamination and disposal activities. The staff also reviewed the organization responsible for radiation safety at the Cushing Site, the qualifications of individuals assigned to key positions in the organization, the training program, the radiation safety program, the waste management program, and the SNM safeguards procedures.

During the review of the application, the staff identified several deficiencies. To correct the deficiencies and ensure compliance with NRC regulations, the staff recommends that the 11 conditions described above be included in the license. With the 11 license conditions, the staff concludes that the SNM license to possess the uranium and thorium on the Cushing Site, and to perform limited preliminary remediation activities can be issued without undue risk to workers, the public, or the environment, and that the application meets the requirements for approval described in 10 CFR 70.23.

John H. Austin

John H. Austin, Chief
Decommissioning and Regulatory
Issues Branch
Division of Low-Level Waste Management
and Decommissioning
Office of Nuclear Material Safety
and Safeguards

UNITED STATES NUCLEAR REGULATORY COMMISSION

UNITED STATES
**NUCLEAR REGULATORY COMMISSION**
WASHINGTON, D.C. 20555-0001

RECEIVED
JUL 1 1 2005

June 30, 2005

Mr. Jeff Lux, Project Manager
Kerr-McGee, SE&A Division
Kerr-McGee Center
P.O. Box 25861 Rock Road
Oklahoma City, OK 73125

SUBJECT: ISSUANCE OF AMENDMENT NO. 18 TO MATERIALS LICENSE NO. SNM-1999, CUSHING REFINERY SITE, OKLAHOMA

Dear Mr. Lux:

The U.S. Nuclear Regulatory Commission (NRC) is issuing the enclosed Amendment No. 18 to Materials License No. SNM-1999 for the Cushing Refinery Site. This amendment is in response to your application dated January 24, 2005. In that letter, you requested the Decommissioning Plan (DP) for the Cushing Refinery Site in Oklahoma be amended to add Section 6.7 entitled, *Activities Subsequent to Final Status Survey.* The NRC issued a Request for Additional Information (RAI) on March 1, 2005, concerning the proposed Section 6.7 of the DP. Kerr-McGee (KMG) responded with additional information on March 15, 2005.

Section 6.7 identifies the management of activities by KMG that may need to be undertaken following completion of a Final Status Survey (FSS), but prior to release of the site from the license. The new Section 6.7 contains a description of the types of activities that may be undertaken following completion of the FSS, how KMG will minimize the impact of these activities on the results of the FSS, and the data that KMG will prepare for any activities where soil is disturbed following completion of an FSS.

The types of activities that may be undertaken following completion of a FSS include excavation for utility repairs, soil investigation activities required for remediation of hydrocarbon contamination, disking surficial soils and applying fertilizer to maintain vegetative cover on decommissioned areas, excavating and moving hydrocarbon-contaminated soil, and planting trees to fulfill requirements governing the hydrocarbon contamination cleanup.

KMG commits to monitor these activities under the existing Radiation Protection Program and to survey all disturbed areas, excavations, and excavated material in accordance with the methodology described in Section 6.4.3.4 of the DP. KMG also commits to preparing data in accordance with the survey methodologies described in the DP for each Sector where soil disturbance occurs as a supporting data for the FSS, and will process material exceeding the decommissioning criteria in accordance with Section 3.4 of the DP. If additional decommissioning activities become necessary, a supplement to the appropriate FSS Report(s) will be prepared in accordance with the DP and submitted to the NRC.

NRC has reviewed Section 6.7 and the additional information submitted by KMG in response to NRC's RAI and finds the descriptions and the activities to be acceptable and consistent with the approved DP submitted by KMG on August 22, 2000.

The following revision to Materials License No. SNM-1999 is included in Amendment No. 18.

License Condition 11.N contains a new first paragraph that reads:

> The licensee is authorized to remediate the Cushing Refinery Site in accordance with methods and criteria prescribed in the licensee's Site Decommissioning Plan, submitted by letter dated August 22, 2000, and amended by letters dated January 24, 2005, and March 15, 2005.

All other conditions of the license will remain the same. The revised License No. SNM-1999, which incorporates Amendment No. 18 is enclosed.

The NRC performed an Environmental Assessment of the remediation and removal of radioactive contamination to allow release of the Cushing Refinery Site for unrestricted release. NRC made a "Finding of No Significant Impact" (FONSI), which was published in the Federal Register on August 23, 1999 (64 FR 245982). The staff reviewed the information submitted in your January 25, 2005 and March 15, 2005, letters and has concluded that the scope and type of operation in the license amendment was included in the previous analysis and does not alter the previous FONSI. No further environmental review is required under Part 10 of the Code of Federal Regulations (10 CFR) Section 51.

If you have any questions or comments related to these changes, please contact me at daw@nrc.gov or at (301) 415-6677.

Sincerely,

Derek A. Widmayer, Project Manager
Decommissioning Directorate
Division of Waste Management
and Environmental Protection
Office of Nuclear Material Safety
and Safeguards

Docket No. 70-3073
License No. SNM-1999

Enclosure: License Amendment No. 18

cc w/encl: Kerr-McGee distribution list

Kerr McGee - Cushing, OK Refinery Site Service List

cc:

Ruth Ann Johnson, Librarian
Cushing Public Library
215 North Steele Avenue
Cushing, OK 74023-0331

Rick Munoz
USNRC Region IV

Blair D. Spitzberg
USNRC Region IV

Mrs. Karla Kubecka
P.O. Box 583
Cushing, OK 74023

Richard Reiley
Chairman
Citizen's Kerr-McGee
Oversight Committee
C/O Cushing Public Library
PO Box 551
Cushing, OK 74023

Mike Broderick
Waste Management Division
Department of Environmental Quality
707 North Robinson
Oklahoma City, OK 73102-6087

Regional Administrator
USNRC Region IV

Mr. Jeff Lux, Project Manager
Kerr-McGee SE&A Division
Kerr-McGee Center
P.O. Box 25861
Oklahoma City, OK 73125

NEXTEP Environmental, Inc.
808 Lyndon Lane, Suite 201
Louisville, KY 40222

NRC FORM 374 (3-2000) | U.S. NUCLEAR REGULATORY COMMISSION | PAGE 1 OF 6 PAGES

# MATERIALS LICENSE

Amendment No. 18

Pursuant to the Atomic Energy Act of 1954, as amended, the Energy Reorganization Act of 1974 (Public Law 93-438), and the applicable parts of Title 10, Code of Federal Regulations, Chapter I, Parts 19, 20, 30, 31, 32, 33, 34, 35, 36, 39, 40, 51, 70, and 71, and in reliance on statements and representations heretofore made by the licensee, a licensee is hereby issued authorizing the licensee to receive, acquire, possess, and transfer byproduct, source, and special nuclear material designated below; to use such material for the purpose(s) and at the place(s) designated below; to deliver or transfer such material to persons authorized to receive it in accordance with the regulations of the applicable Part(s). This license shall be deemed to contain the conditions specified in Section 183 of the Atomic Energy Act of 1954, as amended, and is subject to all applicable rules, regulations, and orders of the Nuclear Regulatory Commission now or hereafter in effect and to any conditions specified below.

| Licensee | |
|---|---|
| 1. Kerr-McGee Corporation | 3. License Number SNM-1999 |
| 2. Kerr-McGee Center<br>Oklahoma City, OK 73125 | 4. Expiration Date Jan. 1, 1997 |
| | 5. Docket or Reference 70-3073 |

| 6. Byproduct, Source, and/or Special Nuclear Material | 7. Chemical and/or Physical Form | 8. Maximum Amount that Licensee May Possess at Any One Time Under This License |
|---|---|---|
| A. Uranium Enriched in U-235 | A. Contaminated soil, sludge, sediment, trash, building rubble, structures, and any other contaminated material. | A. All residual contamination which currently exists at the former Cushing Refinery Site. |
| B. Thorium | B. Contaminated soil, sludge, sediment, trash, building rubble, structures, and any other contaminated material. | B. All residual contamination which currently exists at the former Cushing Refinery Site. |
| C. Natural Uranium and Depleted Uranium | C. Contaminated soil, sludge, sediment, trash, building rubble, structures, and any other contaminated material. | C. All residual contamination which currently exists at the former Cushing Refinery Site. |
| D. U-235 | D. Calibration and reference radioactive sources containing U-235 | D. No calibration or reference radioactive source containing U-235, shall exceed 0.1 microCurie per source. |

NRC FORM 374A U.S. NUCLEAR REGULATORY COMMISSION

| PAGE 2 OF 6 PAGES | |
|---|---|
| License Number | SNM-1999 |
| Docket or Reference Number | 70-3073 |
| | Amendment No. 18 |

**MATERIALS LICENSE**
**SUPPLEMENTARY SHEET**

9. Authorized Use: Licensed material shall be possessed and used in remediation activities leading to the decommissioning of the Cushing Site.

10. Authorized Place of Use: The existing facilities located at 1001 East Deep Rock Road, Cushing, OK 74023 (two miles north - State Highway 18, ½ mile east - Deep Rock Road), as defined in Kerr-McGee Corporation's letter dated March 6, 2003, J. Lux, Kerr-McGee Corporation to S. Brown, U.S. Nuclear Regulatory Commission.

11. Conditions:

A. DELETED.

B. DELETED.

C. Both the Initial Radworker Training and the Annual Radworker Requalification Training, shall include all of the topics described in 10 CFR 19.12.

D. Lapel air samplers will be issued when required by a special work permit or at the direction of the health physics personnel. Lapel air samplers would be issued when there is a reasonable probability that personnel may be exposed to airborne radioactive material. Lapel air samplers may be issued at a minimum of one per work crew (either the maximum exposed individual or the potentially maximum exposed individual), or a maximum of one per individual, depending on the work scope and the potential for worker exposure. Downwind area air sampling shall be performed when work activities would cause the potential of producing airborne radioactivity, such as earthmoving.

Urine sampling and analysis for uranium isotopes will be performed for all workers in a crew, if either area air sample(s) or lapel air sample(s) indicate the following:

>40 DAC-hrs for a single air sample result,
>100 DAC-hrs/yr accumulated exposure for any one worker.

Fecal analysis will be performed in cases where thorium exposure is suspected and either area air sample(s) or lapel air sample(s) indicate the chronic or acute exposures in excess of 100 DAC-hrs.

E. DELETED.

F. All radiation protection program procedures or revisions to these procedures shall be approved by the Radiation Safety Officer (RSO). All revisions to the Radiation Safety Plan (RSP) shall be approved by the ALARA Review Committee.

G. All work in radioactive materials areas or restricted areas, or work with licensed material not located in radioactive materials or restricted areas, shall be in accordance with an approved radiation safety procedure.

H. Wastes disposed offsite shall be classified and meet waste form requirements of 10 CFR Part 61, meet applicable disposal site license conditions, and meet Department of Transportation and 10 CFR Part 71 transportation requirements.

PRINTED ON RECYCLED PAPER

NRC FORM 374A U.S. NUCLEAR REGULATORY COMMISSION



**MATERIALS LICENSE**
**SUPPLEMENTARY SHEET**

| | |
|---|---|
| License Number | SNM-1999 |
| Docket or Reference Number | 70-3073 |
| | Amendment No. 18 |

I. The RSO for this license is Ms. Karen Morgan.

J. Licensee is exempt from the physical protection requirements of 10 CFR Part 73 and the criticality accident requirements of 10 CFR 70.24.

K. DELETED.

L. The licensee shall maintain liquid effluent releases from both the RMSA and the retention pond to an annual cumulative average less than 20 percent of the effluent limits stipulated in Appendix B of 10 CFR Part 20. Liquid effluents shall be measured prior to discharge and during discharge using gross alpha and isotopic analytical techniques for all effluent samples.

M. DELETED.

N. The licensee is authorized to remediate the Cushing Refinery Site in accordance with methods and criteria prescribed in the licensee's Site Decommissioning Plan (SDP), submitted by letter dated August 22, 2000, and amended by letters dated January 24, 2005, and March 15, 2005.

The licensee shall use the unrestricted use criteria listed in the August 1987, "Guidelines for Decontamination of Facilities and Equipment Prior to Release for Unrestricted Use or Termination of License for Byproduct, Source, or Special Nuclear Material" for equipment, material, personnel, and surfaces of buildings; the February 13, 1997, "Method for Surveying and Averaging Concentrations of Thorium in Contaminated Subsurface Soil" for subsurface contaminated soil in RMA-3, RMA-11, Skull Creek, RMA-10, Block 102, Blocks 60 or 72, and potential trench east of RMA-11, and the Branch Technical Position, the October 23, 1981, "Disposal or Onsite Storage of Thorium or Uranium Wastes from Past Operations," for soils.

Specific values are given below:

| | | |
|---|---|---|
| Soils: | Uranium | 1.1 Bq/g (30 pCi/g)(total uranium) |
| | Thorium | 0.37 Bq/g (10 pCi/g)(total thorium) |
| Subsurface soil (for the areas listed above): | | The licensee shall survey in accordance with NRC's guidance paper, "Method for Surveying and Averaging Concentrations of Thorium In Contaminated Subsurface Soil," as a minimum, but may collect samples on a smaller grid or at more frequent depth intervals. The subsurface soil concentration limits are the same as the soil concentration for uranium and thorium, above. When multiple radionuclides are present, the sum of the ratios of the concentration of each radionuclide to its respective limit must not exceed 1. |

| | |
|---|---|
| License Number | SNM-1999 |
| Docket or Reference Number | 70-3073 |
| | Amendment No. 18 |

**MATERIALS LICENSE**
**SUPPLEMENTARY SHEET**

| | | |
|---|---|---|
| Equipment and Building surfaces: | Uranium | 5,000 disintegrations per minute (dpm)/100 square centimeter ($cm^2$) average contamination level over 1 $m^2$ or smaller area<br>15,000 dpm/100 $cm^2$ maximum<br>1,000 dpm/100 $cm^2$ removable |
| | Thorium | 1,000 dpm/100 $cm^2$ average contamination level over 1 $m^2$ or smaller area<br>3,000 dpm/100 $cm^2$ maximum<br>200 dpm/100 $cm^2$ removable |
| Exposure rate: | Soils | 2.6 nanocoulombs per kilogram per hour (nC/kg/hr) [10 microroentgen per hour (μR/hr)] above background at 1 m |
| | Buildings | 1.3 nC/kg/hr (5 μR/hr) above background at 1 m |
| | Equipment | 0.05 uC/kg/hr (0.2 mR/hr) at 1 cm for beta radiation<br>0.26 uC/kg/hr (1.0 mR/hr) at 1 cm for gamma radiation |

O. The licensee shall conduct a final status survey and sampling program of the site in accordance with the December 1993, NUREG/CR-5849, "Manual for Conducting Radiological Surveys in Support of License Termination." Radioactivity levels shall not exceed the averaging criteria in NUREG/CR-5849, except for subsurface contaminated soils approved under License Condition 11.N. Subsurface contaminated soil in these areas shall not exceed the limit calculated in accordance with the criteria in the February 13, 1997, "Method for Surveying and Averaging Concentrations of Thorium in Contaminated Subsurface Soil." Material that exceeds these averaging criteria shall be removed and shipped offsite to a licensed low-level waste disposal site.

P. The licensee is authorized to make certain changes to the NRC-approved SDP and RSP without NRC's approval, if these changes are consistent with the as-low-as-reasonably-achievable (ALARA) principle and the decommissioning process. All changes shall be approved by the Cushing ALARA Review Committee (ARC), subject to the following:

1. The licensee may, without prior NRC approval, and subject to the requirements specified in Parts 2 and 3 of this condition:

   a. Make changes in the facility or process, as presented in the NRC-approved SDP and RSP; and

   b. Conduct tests or experiments not present in the NRC-approved SDP or applicable license conditions.

NRC FORM 374A U.S. NUCLEAR REGULATORY COMMISSION



# MATERIALS LICENSE
## SUPPLEMENTARY SHEET

| | |
|---|---|
| License Number | SNM-1999 |
| Docket or Reference Number | 70-3073 |
| | Amendment No. 18 |

2. The licensee shall not be required to file an application for an amendment to the license when the following conditions are satisfied;

   a. The change, test, or experiment does not conflict with requirements specifically stated in the license (excluding those aspects addressed in Part 1 of this condition), or impair the licensee's ability to meet all applicable NRC regulations;

   b. There is no degradation in safety or environmental commitments addressed in the NRC-approved SDP or RSP, or have a significant adverse effect on the quality of the work, the remediation objectives, or health and safety; and

   c. The change, test, or experiment is consistent with the conclusions of actions analyzed in the Environmental Assessment (EA) dated August 1999.

3. The licensee's determination shall be made by the ARC. The ARC shall consist of a minimum of three individuals employed by the licensee, of whom one shall be designated as the ARC chairman. One member of the ARC shall represent corporate (Oklahoma City office) management and shall be responsible for approval of managerial and financial changes. One member shall represent site operations and shall have responsibility for implementing any changes. One member shall be the site RSO or equivalent with responsibility for assuring that changes conform to radiation safety requirements. Additional members may be included in the ARC, as appropriate, to address technical aspects such as health physics, ground-water hydrology, surface-water hydrology, specific earth sciences, and other technical disciplines. Temporary or permanent members other than three individuals who are required to be Kerr-McGee Corporation employees, may be consultants. The licensee's determinations as to whether the above conditions are met will be made by the ARC. The licensee shall provide in an annual report to NRC describing all such determinations made pursuant to the condition, including a summary of the safety and environmental evaluations of each such action. As part of this annual report, the licensee shall include any SDP and RSP pages revised pursuant to this condition. The records of each determination shall be retained until license termination. The retained records shall include written safety and environmental evaluations, made by the ACR, that provide the basis for determining whether the above conditions are met.

U.S. NUCLEAR REGULATORY COMMISSION

PAGE 6 OF 6 PAGES

**MATERIALS LICENSE**
**SUPPLEMENTARY SHEET**

| | |
|---|---|
| License Number | SNM-1999 |
| Docket or Reference Number | 30-3073 |
| | Amendment No. 18 |

Q. During the remediation operations, liquid and airborne effluents will be sampled and analyzed to ensure that releases meet the requirements of 10 CFR Part 20, Appendix B.

R. DELETED.

S. The licensee shall complete decommissioning of the Cushing Refinery site and submit a request for termination of Materials License No. SNM-1999 no later than October 31, 2005, as submitted by letter dated September 3, 2002.

T. The licensee's Decommissioning Funding Plan and the financial surety arrangements, to assure that funds will be available for decommissioning, submitted by application dated February 16, 2004, are hereby incorporated as a condition of the license.

UNITED STATES NUCLEAR REGULATORY COMMISSION

FOR THE U.S. NUCLEAR REGULATORY COMMISSION

Dated: 6/30/05

By: [signature]
Daniel M. Gillen, Chief
Decommissioning Branch
Division of Waste Management
Office of Nuclear Material Safety
and Safeguards