Exhibit C




Refinery = ————