Exhibit F

**Jayne E. Iffla**
*Manager, Right of Way*

Tel: 405.692.5145
Cell: 405.415.5443
Fax: 405.691.5192
E-mail: jiffla@SemGroupLP.com

July 21, 2006

***Via Federal Express***

Patrick S. Corbett
Vice President
Tronox Worldwide LLC
123 Robert S. Kerr Avenue
Oklahoma City, OK 73012

Donald K. Shandy
Attorney at Law
Ryan, Whaley and Coldiron
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102

***RE: Cushing Tank Farm***
***Payne County, Oklahoma***

Dear Messrs. Corbett and Shandy:

Under cover letter dated June 9, 2006, SemCrude, L.P., described its objective to continue with its expansion efforts at the Cushing refinery site beyond the perimeter of tracts 1-5 presently under lease with Tronox that are now being purchased in fee upon approval of the industrial use restriction language imposed by the DEQ.

This area of expansion includes certain tracts of land subject to the terms and conditions of the Consent Order dated May 4, 1990, Cause No. C-90-91-H and a corresponding remedial investigative work plan. As mentioned in our June 9 correspondence, Jeff Lux has outlined areas I through VI as being the targets of some level of remedial measure that will require approved clean up and release by DEQ prior to any construction activities. We understand at this time that Tracts 1, 4, and 10 as shown on the attached survey plat are not subject to specific areas of remedial work under the plan, and, therefore, would like to reconsider these areas of interest for fee purchase.

Specifically, SemCrude would like to extend its previous offer of $850/acre to include the following tracts:

| | |
|---|---|
| Tract 1 - 0.482 acres | $ 409.70 |
| Tract 4 - 2.479 acres | $ 2,107.15 |
| Tract 10- 159.183 acres | $135,305.55 |
| Soil Storage Tract – 6.36 acres | $ 5,406.00* |
| **TOTAL OFFER** | **$143,228.40** |

As a result of this expanded offer to purchase the aforementioned tracts, the draft *Lease Agreement* with accompanying Schedules A and B previously submitted for your review shall be reduced to cover only tracts 3 and 5 also shown on the attached plat.

SemCrude can prepare the necessary deeds using the format that has been circulated and approved by our respective companies. Please advise, and

Best Regards,

Jayne E. Iffla
Manager, Right of Way

*Soil storage tract area under existing easement from Tronox to SemCrude dated May 6, 2006, recorded in Book 1640, at Page 0476, official records, Payne County, Oklahoma originally described as tract area No. VII comprising 6.1 acres.

JEI/enclosure
Cc: Pete Schwiering
Glenn Collum
Jeff Lux - Tronox