Exhibit H

OKLAHOMA
DEPARTMENT OF ENVIRONMENTAL QUALITY

STEVEN A. THOMPSON
Executive Director

OKLAHOMA DEPARTMENT OF
ENVIRONMENTAL QUALITY

BRAD HENRY
Governor

August 24, 2006

Jeff Lux, Project Manager
TRONOX LLC
123 Robert S. Kerr Avenue
Oklahoma City, OK 73102

Re: Cushing Refinery Site
South Tank Farm

We have received copies of the deed notices that were filed on the property records for the South Tank Farm portion of the site. This signals the completion of Tronox's requirements for this portion of the property. Based on the information provided to the DEQ on the investigation and remediation of this portion of the site, no further action is required.

Please contact me at (405) 702-5156 if you have any questions.

Sincerely,

Kelly Dixon
Environmental Programs Manager
Site Remediation Section
Land Protection Division