IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Nancy B. Firestone)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

# MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 43 days, from November 30, 2006, to and including January 12, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. The defendant also moves that the deadline for the plaintiffs' opposition be extended from December 28, 2006, to and including February 9, 2007, and the deadline for the defendant's reply brief be extended from January 11, 2007, to and including February 23, 2007. No prior extension of these deadlines has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant’s counsel is also counsel of record in *Fenton and Eunice Gingerich, et al. v. United States*, Fed.Cl. 98-533, et al., pending before Judge Lettow. The trial in that case was recently rescheduled to begin on December 11, 2006. As a result of this unexpected continuance, defendant’s counsel is unable to complete defendant’s cross-motion for summary judgment in the above-captioned case by the current deadline. The enlargement sought by this motion will allow defendant’s counsel time to complete the cross-motion after the trial in *Gingerich*, taking into account the upcoming holidays.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to January 12, 2007, the deadline for plaintiffs to file

their opposition to February 9, 2007, and the deadline for defendant to file its reply to February 23, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

November 29, 2006