IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Nancy B. Firestone)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 12 days, from January 12, 2007, to and including January 24, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. The defendant also moves that the deadline for the plaintiffs' opposition be extended from February 9, 2007, to and including February 21, 2007, and the deadline for the defendant's reply brief be extended from February 23, 2007, to and including March 7, 2007. One prior enlargement of these deadlines totaling 43 days has been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel underestimated the amount of time it would require to complete the defendant's cross-motion in this case. The complexity of the legal issue involved will require more extensive research and analysis that defendant anticipated.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to January 24, 2007, the deadline for plaintiffs to file their opposition to February 21, 2007, and the deadline for defendant to file its reply to March 7, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

January 11, 2007