IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 8 days, from January 25, 2007, to and including February 1, 2007, of the deadline for the defendant to file its cross-motion for partial summary judgment and opposition to the plaintiffs' motion for summary judgment. The defendant also moves that the deadline for the plaintiffs' opposition be extended from February 21, 2007, to and including March 1, 2007, and the deadline for the defendant's reply brief be extended from March 7, 2007, to and including March 15, 2007. Two prior enlargements of these deadlines totaling 55 days have been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel in preparing the defendant's cross-motion discovered several potential arguments that had not been previously raised by the IRS during the audit of the claims in issue in this case. Defendant's counsel is currently seeking the views of the IRS regarding the appropriateness of those arguments. Those views should be received shortly. In addition, defendant's counsel has recently been out of the office due to illness and is not certain whether he will be able to return full time for the next couple of days. This illness has further interfered with the completion of the defendant's cross-motion.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its cross-motion for summary judgment to February 1, 2007, the deadline for plaintiffs to file their opposition to March 1, 2007, and the deadline for defendant to file its reply to March 15, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

January 24, 2007

Of Counsel