# In the United States Court of Federal Claims

No. 05-5 T
(Filed: January 24, 2007)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On January 23, 2007, defendant in the above-captioned case filed a third unopposed Motion for Extension of Time in which to file its response to plaintiffs' motion for summary judgment and a motion for partial summary judgment. Defendant's motion is **GRANTED**. The court adopts the proposed amended briefing schedule, which is as follows:

- Defendant shall file its response in opposition to plaintiffs' motion and its cross-motion for partial summary judgment **no later than Thursday, February 1, 2007**.
- Plaintiffs shall file a reply in support of their motion and their response in opposition to defendant's cross-motion **no later than Thursday, March 1, 2007**.
- Defendant shall file its reply in support of its cross-motion **no later than Thursday, March 15, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge