IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

# MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 6 days, from February 1, 2007, to and including February 7, 2007, of the deadline for the defendant to file its response to the plaintiffs' motion for partial summary judgment. The defendant also moves that the deadline for the plaintiffs' reply brief be extended from March 1, 2007, to and including March 7, 2007, and, in the event the defendant files a cross-motion for summary judgment, that the deadline for the defendant's reply brief be extended from March 7, 2007, to and including March 21, 2007. Thee prior enlargements of these deadlines, totaling 62 days, have been granted. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel sustained a back injury over the weekend and was out of the office on January 29-31, 2007. Although defendant's counsel has now returned to the office he is not yet able to work at full speed. The enlargement sought by this motion will make up for the time lost due to defendant counsel's injury.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to file its response to the plaintiff's cross-motion for partial summary judgment to February 6, 2007, extend the deadline for plaintiffs to file their opposition to March 1, 2007, and the deadline for defendant to file its reply to March 15, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

February 1, 2007