05-5 T
(Judge Margaret M. Sweeney)

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

THE UNITED STATES,

Defendant

**DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BENJAMIN C. KING, JR.
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

**Page**

## TABLE ON CONTENTS

Defendant’s Opposition to Plaintiffs’ Motion for Partial Summary Judgment . . . . . . . . 1

Introduction . . . . . . . . 1

I. Factual Background . . . . . . . . 4

A. *The Cushing site* . . . . . . . . 4

B. *The obligation to clean up the Cushing site* . . . . . . . . 6

II. LEGAL ARGUMENT:

A. *Rules for determining whether expenditure is an expense or capital* . . . . . . . . 7

B. *The standard set forth in United Dairy Famers* . . . . . . . . 9

Conclusion . . . . . . . . 16

## TABLE OF AUTHORITIES

**Cases:**

*Cinergy Corp. v. United States*, 55 Fed. Cl. 489 (2003) . . . . . . . . 13, 14, 15

*David R. Webb Company, Inc. v. Commissioner*, 708 F.2d 1254 (7th Cir.1983 . . . . . . . 13

*Deputy v. duPont*, 308 U.S. 488 (1940) . . . . . . . . 8, 12

*Dominion Resources, Inc. v. United States*, 219 F.3d 359 (4th Cir. 2000) . . . . . . . 8, 9, 11

*J. M. Jones v. Commissioner*, 242 F.2d 616 (5th Cir. 1957) . . . . . . . . 9, 11, 12

*E. Russell Jones v. United States*, 279 F. Supp. 772 (D. Del. 1968) . . . . . . . . 9, 12, 13, 15



2212269.1

**Page**

**Cases (Continuation):**

*INDOPCO, Inc. v. Commissioner*, 503 U.S. 687 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Moss v. Commissioner*, 831 F.2d 833 (9th Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Mountain Fuel Supply Co. v. United States*, 449 F.2d 816 (10th Cir. 1971) . . . . . . . . . . . 9

*Norwest Corporation v. Commissioner*, 108 T.C. 265 (1997) . . . . . . . . . . . . . . . . . . . . . 8

*Plainfield-Union Water Co. v. Commissioner*, 39 T.C. 333 (1962) . . . . . . . 10, 11, 13, 15

*Stoeltzing v. Commissioner*, 266 F.2d 374 (3rd Cir. 1959) . . . . . . . . . . . . . . . . . . 9, 12, 13

*United Dairy Farmers, Inc. v. United States*, 267 F.3d 510
(6th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *Passim*

*United States v. Wehrli*, 400 F.2d 686 (10th Cir. 1968) . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Estate of Walling v. Commissioner*, 373 F.2d 190 (3d Cir. 1967) . . . . . . . . . . . . . 8, 9, 12

*Welch v. Helvering*, 290 U.S. 111 (1933) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**STATUTES**

**Statues:**

Comprehensive Environmental Recovery, Compensation,
and Liabilities Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Internal Revenue Code of 1986 (26 U.S.C.):

§ 162 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 2, 7, 8, 11, 12, 15

§ 198 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

§ 263 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 7

§ 1211 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

§ 1212 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 16

**Page**

**Statues(Continuation):**

Public Health and Welfare (42 U.S.C.):

§ 9607 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

§§ 9602-9675 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**Miscellaneous:**

Rev. Rul. 94-38, 1994-1 C.B. 35 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11, 14, 15, 16

Treasury Regulations (26 C.F.R.):

§ 1.162-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 15

§ 1.162-4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 9

§ 1.263 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7