# PHASE I
# REMEDIAL INVESTIGATION REPORT

## VOLUME I
## REPORT TEXT

## KERR-McGEE CUSHING REFINERY SITE
## CUSHING, OKLAHOMA

April 1, 1993

91-331-4-004

EXHIBIT
tabbies
2

Burns & McDonnell Waste Consultants, Inc.
Engineers-Geologists-Scientists
Overland Park, Kansas

COPY























# Refinery cleanup in Cushing leaves residents in a stink



THE OKLAHOMAN GRAPHICS

**By Don Diehl**
*Staff Writer*

CUSHING — Workers are pulling double shifts at the old Deep Rock Refinery north of town — not to produce petroleum products but to try to get rid of age-old odors that laid dormant until disturbed by a recent refinery cleanup.

"When you start digging up these old pits, the odors return," said Michael Dean, spokesman for the state Environmental Quality Department. "Part of the problem is that Kerr-McGee has stepped up operations to get rid of the odor's cause by the start of school."

Nearby residents say the stink is unbearable and making them sick. Forty-two of them in the Drake Addition have petitioned Kerr-McGee.

They cite "worsening conditions" caused by the cleanup of acid sludge pit No. 5. It's the largest of the five such pits containing hazardous acidic byproducts of refinery operations.

The environmental quality department is overseeing the multi-million dollar cleanup of the refinery, which was shut down in 1972. The project began in 1996, and neighbors have complained repeatedly about the odor.

"There's really not anything we can do," Dean said Tuesday. "It's the price we have to pay for cleaning up these old refineries. Once the sludge is removed, the odors will be gone, too."

> **"There's really not anything we can do. It's the price we have to pay for cleaning up these old refineries. Once the sludge is removed, the odors will be gone, too."**
>
> Michael Dean, spokesman, state Environmental Quality Department

Rain in June and July slowed the work for about six weeks. However, workers hope to have the odor under control by the start of classes Monday at nearby Deep Rock School. The sludge removal is about 96 percent complete.

Meanwhile, department toxicologist Mary Jane Calvey said "getting it (the sludge) out of the environment once and for all is the overall best thing we can do."

The department is reassuring residents "the odors do not cause serious permanent health problems," but eye and throat irritation is possible.

Kerr-McGee is under a 1990 department order to clean up not only acid sludge and other refinery waste, but also low-level radiation at the site.

*Staff writer Don Diehl can be reached by e-mail at [illegible] or by phone at (918) 227-3057.*


STATE LINE TO OKLAHOMA CITY
ALFALFA
GRANT
KAY
OSAGE
NOBLE
PAWNEE
GARFIELD
KINGFISHER
PAYNE
LOGAN
CREEK
CANADIAN
OKLAHOMA
Manchester
Medford
Blackwell
Ponca City
Newkirk
Tonkawa
Enid
Perry
Stillwater
Cushing
Guthrie
Edmond
Kingfisher
Pawhuska
Cleveland
Bristow
Sapulpa
Chandler
Arkansas River
Cimarron River
Kaw Lake
Lake Carl Blackwell
Keystone Lake




FIGURE 1. Site Map

excite MAPS maps.excite.com

Excite Home | Maps Home

**Click Here!**

Books on the United States

**Driving Directions | Email map | Print-friendly map**

Zoom Out ◀ ◀ ◀ ◀ ◀ ● ▶ ▶ ▶ ▶ Zoom In




Travelocity.com Click here for low fares.

Yellow Pages Find Local Stores & Services

Save on Atlases at Amazon.com!

750 Airlines 42,000 Hotels One site Travelocity.com

**Map Another Address**

excite MAPS maps.excite.com

Excite Home | Maps Home

Travelocity.com

Click Here!

Books on the United States

Driving Directions | Email map | Print-friendly map

Zoom Out ◀ ◀ ◀ ◀ ◀ ◀ ◀ ● ▶ ▶ Zoom In




Travelocity.com
Click here
for low fares.

Yellow Pages
Find Local Stores
&
Services

Save on Atlases
at Amazon.com!

750 Airlines
42,000 Hotels
One site
Travelocity.com

Map Another Address

excite MAPS
maps.excite.com

Excite Home | Maps Home

Click Here!

Books on the United States

Driving Directions | Email map | Print-friendly map

Zoom Out ◀ ◀ ◀ ◀ ◀ ◀ ◀ ◀ ● ▶ Zoom In




Travelocity.com
Click here
for low fares.

Yellow Pages
Find Local Stores
&
Services

Save on Atlases
at Amazon.com!

750 Airlines
42,000 Hotels
One site
Travelocity.com

**Map Another Address**

excite MAPS maps.excite.com

Excite Home | Maps Home

HOTEL DISCOUNTS Up to 70% Off! Guaranteed Low Rates!
What is your destination? Choose Below
Click Here!

Books on the United States

Driving Directions | Email map | Print-friendly map

Zoom Out ◀ ◀ ◀ ◀ ◀ ◀ ● ▶ ▶ ▶ Zoom In




Travelocity.com Click here for low fares.

Yellow Pages Find Local Stores & Services

Save on Atlases at Amazon.com!

750 Airlines 42,000 Hotels One site Travelocity.com

# PHASE I
# REMEDIAL INVESTIGATION REPORT

## VOLUME I
## REPORT TEXT

KERR-McGEE CUSHING REFINERY SITE
CUSHING, OKLAHOMA

April 1, 1993

91-331-4-004

Burns & McDonnell Waste Consultants, Inc.
Engineers-Geologists-Scientists
Overland Park, Kansas

COPY

# TABLE OF CONTENTS


| | | Page |
|---|---|---|
| EXECUTIVE SUMMARY | | ES-1 |
| 1.0 | INTRODUCTION | 1-1 |
| | 1.1 Purpose and Scope | 1-1 |
| | 1.2 Site Location | 1-2 |
| | 1.3 Site History | 1-2 |
| 2.0 | PHASE I INVESTIGATION ACTIVITIES | 2-1 |
| | 2.1 Waste Characterization | 2-1 |
| | 2.2 Hydrogeologic Characterization | 2-1 |
| | 2.3 Surface Water and Sediment Characterization | 2-4 |
| | 2.4 Ecological Study of Skull Creek | 2-4 |
| 3.0 | SITE PHYSICAL CHARACTERISTICS | 3-1 |
| | 3.1 Surface Features | 3-1 |
| | 3.2 Meteorology | 3-1 |
| | 3.3 Land Use | 3-2 |
| | 3.4 Ecology | 3-2 |
| | 3.5 Geology | 3-3 |
| | 3.6 Hydrology | 3-5 |
| 4.0 | NATURE AND EXTENT OF CONTAMINATION | 4-1 |
| | 4.1 Data Validation | 4-1 |
| | 4.2 Nature of Contamination | 4-2 |
| | 4.3 Extent of Contamination | 4-5 |
| 5.0 | CONTAMINANT FATE AND TRANSPORT | 5-1 |
| | 5.1 Introduction | 5-1 |
| | 5.2 Migration Routes | 5-2 |
| | 5.3 Environmental Fate | 5-3 |
| | 5.4 Fate of Metals | 5-3 |
| | 5.5 Fate of Organics | 5-5 |
| | 5.6 Summary | 5-9 |
| 6.0 | APPLICABLE OR RELEVANT AND APPROPRIATE REQUIREMENTS | 6-1 |


* * * * *

LIST OF APPENDICES


| | | Volume |
|---|---|---|
| A - | Correspondence Regarding the Acid Sludge and its Exclusion from Definition as K049-K052 Refinery Waste | II |
| B - | Consent Order between the Oklahoma State Department of Health and the Kerr-McGee Corporation | II |
| C - | Boring Logs and Monitoring Wells Construction Information | II |
| D - | Slug and Pump Test Data | II |
| E - | Physical Soil Test Results | II |
| F - | Tritium Analytical Results | II |
| G - | Monitoring Well Hydrographs and Water-Level Measurement Data | II |
| H - | Raw Analytical Data Summaries | III, IV |
| I - | Data Quality Evaluation Report | V |
| J - | Ecological Study Letter Report | V |
| K - | Potential Applicable or Relevant and Appropriate Regulations | V |

# LIST OF TABLES


| Table No. | Title |
|---|---|
| 1-1 | Summary of Investigations Prior to the Phase I Remedial Investigation |
| 2-1 | Summary of Acid Sludge Characterization Activities |
| 3-1 | Results of Aquifer and Permeability Testing |
| 4-0 | Key to Qualifiers and Notes on Part 4.0 Tables |
| 4-1 | Pit 1 pH, Acidity Characterization |
| 4-2 | Pit 2 pH, Acidity Characterization |
| 4-3 | Pit 3 Acidity, Ignitability, pH, TOC Characterization |
| 4-4 | Pit 4 pH, Acidity Characterization |
| 4-5 | Pit 5 pH, Acidity Characterization |
| 4-6 | Pit 1 TCLP Characterization |
| 4-7 | Pit 2 TCLP Characterization |
| 4-8 | Pit 3 TCLP Characterization |
| 4-9 | Pit 4 TCLP Characterization |
| 4-10 | Pit 5 TCLP Characterization |
| 4-11 | Total Metals Characterization of Pits 1, 2, 4 and 5 |
| 4-12 | Total VOC Characterization of Pits 1, 2, 4, and 5 |
| 4-13 | Total SVOC Characterization of Pits 1, 2, 4, and 5 |
| 4-14 | General Water Quality Characterization of Groundwater in the Unconsolidated Soil Near Pits 1, 2, and 3 |
| 4-15 | Metals Characterization of Groundwater in the Unconsolidated Soil Near Pits 1, 2, and 3 |
| 4-16 | General Water Quality Characterization of Groundwater in the Vanoss Group Near Pits 1, 2, and 3 |
| 4-17 | Metals Characterization of Groundwater in the Vanoss Group Near Pits 1, 2, and 3 |
| 4-18 | VOC Characterization of Groundwater in the Unconsolidated Soil Near Pits 1, 2, and 3 |
| 4-19 | SVOC Characterization of Groundwater in the Unconsolidated Soil Near Pits 1, 2, and 3 |
| 4-20 | VOC Characterization of Groundwater in the Vanoss Group Near Pits 1, 2, and 3 |
| 4-21 | SVOC Characterization of Groundwater in the Vanoss Group Near Pits 1, 2, and 3 |
| 4-22 | General Water Quality Characterization of Groundwater in the Unconsolidated Soil Near Pit 4 |
| 4-23 | Metals Characterization of Groundwater in the Unconsolidated Soil Near Pit 4 |
| 4-24 | General Water Quality Characterization of Groundwater in the Vanoss Group Near Pit 4 |
| 4-25 | Metals Characterization of Groundwater in the Vanoss Group Near Pit 4 |
| 4-26 | VOC Characterization of Groundwater in the Unconsolidated Soil Near Pit 4 |
| 4-27 | SVOC Characterization of Groundwater in the Unconsolidated Soil Near Pit 4 |

| Table No. | Title |
|---|---|
| 4-28 | VOC Characterization of Groundwater in the Vanoss Group Near Pit 4 |
| 4-29 | SVOC Characterization of Groundwater in the Vanoss Group Near Pit 4 |
| 4-30 | General Water Quality Characterization of Groundwater in the Unconsolidated Soil Near Pit 5 |
| 4-31 | Metals Characterization of Groundwater in the Unconsolidated Soil Near Pit 5 |
| 4-32 | General Water Quality Characterization of Groundwater in the Vanoss Group Near Pit 5 |
| 4-33 | Metals Characterization of Groundwater in the Vanoss Group Near Pit 5 |
| 4-34 | VOC Characterization of Groundwater in the Unconsolidated Soil Near Pit 5 |
| 4-35 | SVOC Characterization of Groundwater in the Unconsolidated Soil Near Pit 5 |
| 4-36 | VOC Characterization of Groundwater in the Vanoss Group Near Pit 5 |
| 4-37 | SVOC Characterization of Groundwater in the Vanoss Group Near Pit 5 |
| 4-38 | General Water Quality Characterization of Groundwater in the Vamoosa-Ada Aquifer |
| 4-39 | Metals Characterization of Groundwater in the Vamoosa-Ada Aquifer |
| 4-40 | VOC Characterization of Groundwater in the Vamoosa-Ada Aquifer |
| 4-41 | SVOC Characterization of Groundwater in the Vamoosa-Ada Aquifer |
| 4-42 | General Surface Water Quality Characterization |
| 4-43 | Surface Water Metals Characterization |
| 4-44 | Surface Water VOC Characterization |
| 4-45 | Surface Water SVOC Characterization |
| 4-46 | Sediment Metals Characterization |
| 4-47 | Sediment VOC Characterization |
| 4-48 | Sediment SVOC Characterization |
| 4-49 | Background Soil Metals Characterization |
| 4-50 | Background Soil VOC Characterization |
| 4-51 | Background Soil SVOC Characterization |
| 5-1 | Physical Properties of Selected Organic Compounds |
| 5-2 | Environmental Characteristics of Selected Organic Compounds |
| 5-3 | Environmental Half-Lives (Days) of Selected Organic Compounds |

# LIST OF FIGURES


| Figure No. | Title |
|---|---|
| 1-1 | Site Location Map |
| 1-2 | Site History Time Line |
| 1-3 | Site Layout and Monitoring Well Location Map |
| 1-4 | Phase 1 RI Time Line |
| 1-5 | Interim Measures Locations |
| 2-1 | Pits 1, 2, and 3 Sampling Points |
| 2-2 | Pit 4 Sampling Points |
| 2-3 | Pit 5 Sampling Points |
| 2-4 | Surface Water, Sediment, and Background Soil Sampling Points |
| 2-5 | Pit 5 Exploratory Boring Locations |
| 2-6 | Ecological Study Sediment Sampling Locations |
| 3-1 | Site Topographic Map |
| 3-2 | Geologic Cross-Section of Payne County |
| 3-3 | General Geology of Payne County |
| 3-4 | Geologic Profiles A-A' to E-E' Location Map |
| 3-5 | Geologic Profile A-A' |
| 3-6 | Geologic Profile B-B' |
| 3-7 | Geologic Profile C-C' |
| 3-8 | Typical Site Lithologic Log |
| 3-9 | Site Drainage Map |
| 3-10 | Groundwater Elevations (Pits 1, 2, and 3) |
| 3-11 | Groundwater Elevations (Pit 4) |
| 3-12 | Groundwater Elevations (Pit 5) |
| 3-13 | Generalized Hydrogeologic Profile D-D' |
| 3-14 | Generalized Hydrogeologic Profile E-E' |
| 4-1 | Stiff Diagram Characterization of Groundwater Near Pits 1, 2, and 3 |
| 4-2 | Stiff Diagram Characterization of Groundwater Near Pits 4 |


* * * * *

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| 1,2-DCA | 1,2-Dichloroethane |
| ARAR | Applicable or Relevant and Appropriate Requirements |
| AEC | Atomic Energy Commission |
| BTEX | Benzene, Toluene, Ethylbenzene, and Xylenes |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act of 1980 |
| CLP | Contract Laboratory Program |
| EPA | Environmental Protection Agency |
| FIT | Field Investigation Team |
| IRM | Interim Remedial Measures |
| mg/L | milligrams per Liter |
| MSL | Mean Sea Level |
| NPDES | National Pollution Discharge Elimination System |
| NPL | National Priority List |
| OIW | Other Industrial Waste |
| OSDH | Oklahoma State Department of Health |
| PAHs | Polycyclic Aromatic Hydrocarbons |
| PCE | Tetrachloroethene |
| PID | Photoionization Detector |
| ppm | Parts per Million |
| QC | Quality Control |
| RCRA | Resource Conservation and Recovery Act of 1976 |
| RI/FS | Remedial Investigation/Feasibility Study |
| RI | Remedial Investigation |
| SARA | Superfund Amendments and Reauthorization Act of 1986 |
| SVOC | Semivolatile Organic Compound |
| TAT | Technical Assistance Team |
| TCE | Trichloroethene |
| TCLP | Toxicity Characteristic Leaching Procedure |
| TIC | Tentatively Identified Compound |
| TOC | Total Organic Carbon |
| UST | Underground Storage Tank |
| VOC | Volatile Organic Compound |

REFERENCE LIST

Burns & McDonnell Engineering, 1990, Interim Remedial Investigation/ Feasibility Study.

Butler, Ian, 1990, Oklahoma Natural Heritage Inventory, personal communication.

Cooper, H.H. Jr., Bredehoeft, J.D., and Papadopulos, I.S., 1967, Response of a Finite Diameter Well to an Instantaneous Charge of Water, Water Resource Res., 3(1) p. 263-269.

D'lugosz, Joseph J., McClaflin, Roger G., and Marcher, Melvin V., 1986, Geohydrology of the Vamoosa-Ada Aquifer East-Central Oklahoma, Oklahoma Geological Survey, Circular 87.

Glover, Gary, 1991, Oklahoma Water Resources Board, letter correspondence.

Hvorslev, M.J., 1951, Time Lag and Soil Permeability in Groundwater Observations, U.S. Army Corps of Engineers, Waterways Experiment Station Bulletin No. 36.

Kerr-McGee, 1990, Remedial Investigation Phase I Work Plan.

Oklahoma Water Resources Board, 1982, Oklahoma Water Quality Standards, p. 65.

Shelton, John W., Ross, John S., Garden, Arthur J., and Franks, James L., 1985, Geology and Mineral Resources of Payne County, Oklahoma, Oklahoma Geological Survey Bulletin 137.

Soil Conservation Service, 1987, Payne County Soil Survey, U.S. Department of Agriculture Soil Conservation Service, p. 268.

U.S. Environmental Protection Agency, 1988, CERCLA Compliance with Other Laws Manual: Draft Guidance.

U.S. Environmental Protection Agency, 1989, CERCLA Compliance with Other Laws Manual: Part II Clean Air Act and Other Environmental Statutes and State Requirements.

Vershieren, Karel, 1983, Handbook of Environmental Data on Organic Chemicals, Second Edition, Jan Nostrand Reinhold Company, Inc., p. 1310.

* * * * *