# EXECUTIVE SUMMARY

## Introduction

Kerr-McGee Corporation (Kerr-McGee) and the Oklahoma State Department of Health (OSDH) have signed a consent order for the cleanup of the Cushing refinery site (Site). The consent order divides the cleanup effort into radiological and non-radiological tasks. The radiological cleanup will be performed under license issued by the Nuclear Regulatory Commission, and will be addressed in a separate report. The non-radiological cleanup will be performed under the review and approval of the OSDH.

The non-radiological tasks are divided into two phases. Phase I consists of investigation and cleanup of the acidic hydrocarbon sludges contained in five pits. This Remedial Investigation (RI) Report addresses the Phase I work. The Phase I RI investigates the Site hydrogeology, the characteristics of the acidic hydrocarbon sludges, and the impact of these wastes on groundwater, surface water, and soil. Phase II consists of investigation and cleanup of other non-radiological wastes and the Site in general.

The refinery used a sulfuric acid/clay treatment process to refine lube oil feed stocks. The resulting clay, acid, and suspended asphalt-like sludges from the process were disposed of in five pits at the Site. Production of acid wastes ceased in 1951. These wastes would be classified as hazardous by the EPA due to their high acid content. Once the acid is neutralized, the treated waste is regulated by the OSDH as "Other Industrial Waste" (OIW).

While conducting the Phase I RI, Kerr-McGee has also performed several cleanup measures. These measures have virtually eliminated offsite impact and include:

- rerouting a segment of Skull Creek crossing the Site,
- capturing and treating acid runoff and seepage from the pits, and
- intercepting and collecting free oil seepage.

Phase I Investigation Activities

Phase I investigation activities were outlined in the Remedial Investigation Phase I Work Plan submitted to the OSDH in December, 1990. Work plan elements included:

- drilling test holes and installing monitor wells,
- sampling and analyzing pit wastes, soil, surface water, and groundwater, and
- evaluating the environmental impact to the Site from the acid sludge pits.

The results of these activities were presented in a draft report submitted to the OSDH in May, 1992. Based upon OSDH review and comments, Kerr-McGee performed additional work which included:

- documenting cleanup measures already performed,
- drilling additional test holes,
- collecting and analyzing additional pit waste, soil, and surface water samples, and
- evaluating this additional data.

This report is a revision of the draft Phase I RI report incorporating the results of additional work.

Site Physical Characteristics

The Site occupies 440 acres surrounded by industrial, agricultural, and residential property. All residences within one mile of the site are served by

public water utilities. Surface water drains to small intermittent streams which discharge to Skull Creek.

Site soils consist of silts, clays, and silty clays with an average thickness of approximately seven feet. The uppermost continuous aquifer is the Vamoosa-Ada aquifer, which is encountered at approximately 150-200 feet below the surface. The shales and sandstone lenses between the soil and the aquifer produce very little groundwater and provide a barrier to downward groundwater movement.

Nature and Extent of Contamination

The acidic hydrocarbon sludges (compromising approximately 400,000 cubic yards) are contained in five unlined pits on the Site. The sludge is a mixture of asphalt-like hydrocarbons, sulfuric acid, and filter clays. The sludges would be defined as hazardous because of their high acid content.

Shallow groundwater is impacted only in the immediate vicinity of pits 1 through 4 to depths of less than 25 feet. Groundwater impact from pit 5 is limited to shallow groundwater in the area between a drainage ditch east of the pit and a french drain west of the pit. Deeper groundwater is unaffected throughout the site.

Surface water data indicate a localized impact to tributaries adjacent to pits 1 through 4. Since rerouting Skull Creek and installation of a french drain in its former channel, Pit 5 no longer impacts surface water. Impacts do not extend beyond the Site boundary.

Creek sediments are not impacted by metals from the acid sludge pits. Hydrocarbon impact is evident in sediments downstream of pits 1, 2, and 3, and in the portion of Skull Creek that flows downstream from the new creek channel.

* * * * *

# 1.0 INTRODUCTION

## 1.1 PURPOSE AND SCOPE

Kerr-McGee Corporation (Kerr-McGee) entered into a consent order with the Oklahoma State Department of Health (OSDH) for the cleanup of the Cushing refinery site (Site). The consent order divides the cleanup effort into radiological and non-radiological tasks. The radiological cleanup will be performed under license issued by the Nuclear Regulatory Commission, and will be addressed in a separate report. The non-radiological cleanup will be performed under the review of the OSDH.

The non-radiological task is divided into two phases. Phase I consists of investigation and cleanup of the acidic hydrocarbon sludges contained in five pits. This Remedial Investigation (RI) Report addresses the Phase I work. The Phase I RI investigates the Site hydrogeology, the characteristics of the acidic hydrocarbon sludges, and the impact of these wastes on groundwater, surface water, and soil. Phase II consists of investigation and cleanup of other non-radiological wastes and the Site in general.

This report has been prepared in accordance with the Remedial Investigation Phase I Work Plan (RI Work Plan) (Kerr-McGee, 1990) and discusses:

- Site history
- Phase I RI activities
- Site physical characteristics
- Nature and extent of contamination
- Fate and transport of contaminants
- Applicable or relevant and appropriate regulatory requirements (ARARs)

The second phase (Phase II) will consist of investigation and cleanup of other non-radiological wastes and the Site in general. These investigations will be proposed in a Phase II RI Work Plan. This phased approach to Site remediation is described in the Phase I RI Work Plan.

## 1.2 SITE LOCATION

The Site consists of 440 acres located approximately 2 miles north of Cushing, Oklahoma. It occupies portions of Sections 22 and 27 of Township 18 North, Range 5 East of the Indian Meridian in Payne County, Oklahoma. Figure 1-1 shows the Site location.

## 1.3 SITE HISTORY

This section summarizes industrial history, regulatory history, pre-consent order investigations, and interim remedial measures (IRMs). A time line illustrating the sequence of industrial activities and regulatory involvement is presented in Figure 1-2.

### 1.3.1 Industrial History

Since 1912, portions of Sections 22 and 27 have been sites for petroleum-related activities. An oil refinery was operated by various companies at the Site from 1915 until 1972 when the refinery was closed and decommissioned. Portions of Site have remained in continuous use for petroleum storage and transmission.

Prior to 1915, portions of Sections 22 and 27 were used by C.B. Shaffer for aboveground tank storage areas. In 1915, Consumer Refining Company purchased the Site property from Shaffer. In 1919, Shaffer Oil & Refining purchased the refinery and property. Deep Rock Oil Company purchased the refinery and property in 1930. General American Oil of Texas purchased the refinery and property in 1954.

Kerr-McGee purchased the refinery and property in 1956. Kerr-McGee closed the refinery in 1972 and sold several of the process units. Dewey Enterprises purchased the closed refinery and property in 1972 and proceeded to dismantle the remaining refinery equipment for salvage. Kerr-McGee maintained possession of a portion of the property containing the current pipeline office, four aboveground storage tanks, and the southern tank farm with six aboveground tanks. By 1984, Kerr-McGee had repurchased most of the Site property in Section 22. In 1987, Kerr-McGee repurchased from Toronto

Resources Company a portion of the Site in Section 27 containing Pit 5. Kerr-McGee and eight other owners currently hold titles to portions of the Site.

Prior to 1951, the refinery used a sulfuric acid/clay treatment process to refine lube oil feed stocks. After treatment, the resulting clay, acid, and suspended asphaltene sludges were disposed of in several unlined pits at the Site. In 1951, a phenol unit replaced the sulfuric acid unit and the production of acid wastes ceased. No process or disposal records are available to indicate pit use after 1951. Figure 1-3 shows the relative locations of Pits 1 through 5. Pits 1, 2, 4, and 5 were essentially full when Kerr-McGee purchased the refinery and were not used for disposal of refinery wastes by Kerr-McGee. Pit 3 reportedly received desalter and wax bottoms when the refinery was dismantled by Dewey Enterprises.

During the early 1960s Kerr-McGee processed uranium and thorium at the Site under Atomic Energy Commission (AEC) licenses. These activities ceased, the Site was decommissioned, and the licenses were terminated in 1966. In 1972 and 1981, Kerr-McGee performed additional radiological cleanups. During cleanups, thorium-contaminated soil and construction materials were placed in the northwest corner of Pit 4.

1.3.2 Regulatory History

1.3.2.1 Federal

In 1980, the U.S. Congress passed the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA-also known as "Superfund"). Subsequently, Kerr-McGee notified EPA that hazardous waste potentially remained at the Site. At that time, the wastes were identified as corrosive (D002) and similar to the following listed refinery wastes: slop oil emulsion solids (K049), heat exchanger cleaning sludge (K050), API sludge (K051), and leaded tank bottoms (K052).

As a result of this notification, EPA contractors performed several investigations at the Site. These investigations took place between 1984 and 1988 and are included in Table 1-1. These investigations resulted in EPA

proposing to include the Site on the NPL (National Priority List, also known as the Superfund list) in 1989. After further investigation and comments by Kerr-McGee, the proposed inclusion was rescinded in a letter dated February 8, 1991.

1.3.2.2 State

In May 1991 Kerr-McGee submitted a letter to the OSDH explaining why the materials had initially been reported as listed refinery wastes and why that initial designation was incorrect. In a reply letter dated September 9, 1991, the OSDH concurred with Kerr-McGee's conclusions. Appendix A includes the pertinent correspondence.

On May 4, 1990, Kerr-McGee entered into a consent order with the State of Oklahoma and the OSDH. The objective of the consent order is to implement plans that protect public health and the environment by performing radiological and non-radiological investigations and remediations. The requirements are described in Attachment 2 of the consent order. This report satisfies a portion of those requirements. Appendix B contains a copy of the consent order.

In August 1990 Burns & McDonnell prepared the Interim Remedial Investigation/ Feasibility Study Report (Burns & McDonnell, 1990) for submittal to the OSDH. This report summarized all investigations performed to date, presented a preliminary risk assessment, evaluated several remedial alternatives, and identified existing data gaps.

In December 1990 Kerr-McGee prepared the Remedial Investigation Phase I Work Plan for submittal to the OSDH. The RI Work Plan proposed a two-phase approach to Site remediation. Since the predominant source of impact to the Site is the acid sludge, remediation of the acid sludge constitutes the first phase (Phase I). Phase II consists of investigation and remediation of other non-radiological wastes on the Site. Kerr-McGee began performing the field activities identified in the RI Work Plan in September 1990, and completed these activities in March 1992.

In May 1992 Burns & McDonnell prepared the draft Phase I Remedial Investigation Report (Burns & McDonnell, 1992) for submittal to the OSDH. The draft Phase I RI Report defined site hydrogeology, the nature and extent of contamination, and the fate and transport of contaminants. In response to OSDH comments on the draft Phase I RI Report, Kerr-McGee performed additional field activities from July 1992 through March 1993.

The acidic hydrocarbon sludges in Pits 1 through 5 would be hazardous by characteristic of corrosivity only and is regulated by the OSDH as "Controlled Industrial Waste." Once the acid is neutralized, the treated waste is regulated by the OSDH as "Other Industrial Waste" which is non-hazardous solid industrial waste. Sludges in Pit 3 were at one time also considered hazardous by characteristic of ignitability. However, data obtained during the performance of RI Work Plan activities has refuted this previous assessment. Sludge samples from all of the pits were tested for the characteristic of toxicity (using TCLP), and none were above regulatory limits.

### 1.3.3 Interim Remedial Measures

Interim remedial measures are cleanup efforts performed on an accelerated basis to mitigate impacts to soils, surface waters, groundwater, or air. When problems are identified and a proven control method exists, IRMs are implemented to provide immediate solutions. Remedial actions performed in such situations typically require no further remedial investigation or feasibility study, since the method has been demonstrated to be effective in similar situations.

Kerr-McGee has performed several IRMs at the Site that address impact from the pits and former refinery process areas. These activities and their effects are discussed chronologically in the following paragraphs. The activities are summarized and depicted in Figures 1-4 and 1-5.

Storm water on the sludge pits becomes acidic and requires neutralization. The pits were contoured and runoff controls established to collect these acidic waters. Acid seepage from Pit 5 is intercepted by a french drain.

# Table 1-1
## Kerr–McGee Cushing Refinery Site
## Phase I Remedial Investigation
## Summary of Investigations Prior to the Phase I Remedial Investigation

| Date | Investigator | Location Studied | Matrix | Objective/Analyses Performed |
|---|---|---|---|---|
| Feb. 1984 | Ecology & Environment (FIT) | Pits 1 through 4 | Surface Water | Extractable Organics, VOCs, Priority Pollutant Metals |
| May-June,1985 | Kerr-McGee | Pits 1 through 4 | Soil | Install Monitoring Wells to Define Hydrogeology |
| May 1986 | Ecology & Environment (FIT) | Sitewide | Surface Water, Sediment, Groundwater, Acid Sludge | Extractable Organics, VOCs, Priority Pollutant Metals, Cyanide |
| Sep. 1986 | Kerr-McGee | Pits 1 through 4 | Acid Sludge | Sulfate, Chloride, Fluoride, pH, Ignitability, EP Toxicity Metals, and Neutralization |
| June 1987 | Ecology & Environment (TAT) | Pit 5 Area, Skull Creek | No Sampling Performed | Sampling Plan Developed |
| Sep. 1987 | Southwest Lab of Oklahoma | Gene Brown Well | Groundwater | VOCs, Oil and Grease, pH, Sulfates, Chlorides, TOC, TOX, Hardness |
| Sep. 1987 | Kerr-McGee | Pit 5 Area, Skull Creek | Surface Water, Sediment, Acid Sludge | HSL Metals, VOCs, SVOCs |
| Apr-Sep, 1988 | Kerr-McGee | North Area of Site | Soil | Drill Soil Borings to Characterize Subsurface |
| May, 1988 | Ecology & Environment (TAT) | Pit 5 Area and Nearby Ponds, Skull Creek and Tributary | Acid Sludge, Sediment, Surface Water | VOCs, SVOCs, Pesticides, Cyanide, Metals, Mercury |
| Nov-Dec, 1989 | Kerr-McGee | Sitewide | Soil | Drill Soil Borings to Characterize Subsurface |
| Jan. 1990 | Kerr-McGee | Sitewide | Soil | Additional Hydrogeologic, and Geologic Characterization |
| Mar. 1990 | Kerr-McGee | Sitewide | Groundwater | Total Metals, VOCs, SVOCs |
| Aug. 1990 | Burns & McDonnell | Sitewide | No Sampling Performed | Interim Remedial Investigation/ Feasibility Study Report |

FIT = EPA Field Investigation Team
TAT = EPA Technical Assistance Team

30-Mar-93 k:\kerr\datamgmt\400400\tab12.wk1

Collected storm water and seepage are neutralized and subsequently discharged. Since these measures were implemented, the pH of Skull Creek has returned to background levels.

Skull Creek was rerouted to prevent further erosion of the west Pit 5 dike and to allow installation of the french drain.

Oil interceptor trenches were installed to collect free oil seepage toward Skull Creek. A slant-pipe dike and an oil boom were installed downstream of interceptor trenches to capture and remove other free oil not addressed by the trench. These oil recovery measures have eliminated the release of free oil downstream from the Site.

Other Site activities include:

- Excavation and on-site burial of building rubble (brick, concrete foundation materials)
- Transfer of oily and tar wastes to the area south of Pit 5
- Salvage of steel tank bottoms, condensers, and piping
- Excavation and on-site burial of asbestos-containing materials under OSDH supervision
- Contouring and reseeding of various Site areas
- Fencing and posting of the Site to provide access control.

* * * * *




Figure 1-1

SITE LOCATION MAP
CUSHING REFINERY SITE

## 2.0 PHASE I INVESTIGATION ACTIVITIES

The RI Work Plan divides the investigation activities into three general categories: waste characterization, hydrogeologic characterization, and surface water and sediment characterization. A chronological summary of the completed investigation activities is presented in Figure 1-4. All investigation activities were performed according to the Sampling and Analysis Plan, Kerr-McGee Refining Corporation, Cushing Oklahoma, March 29, 1991, unless otherwise noted.

### 2.1 Waste Characterization

Samples of acid sludge were obtained from each of the five pits to characterize total and leachable metals and organics. Data was also obtained to better define the pit depths. Waste characterization activities are listed on Table 2-1. Associated pit sampling points are shown in Figures 2-1, 2-2, and 2-3.

### 2.2 Hydrogeologic Characterization

#### 2.2.1 Uppermost Continuous Confined Aquifer

Boring CC-6 was drilled to extend into the uppermost section of the Vamoosa-Ada aquifer in the northwest corner of the Site; monitoring well CMW 29.1 was completed in this borehole (see Figure 1-3). Following monitoring well installation and development, a pump test was performed to determine the permeability of this portion of the aquifer. The well was sampled and analyzed for general water quality parameters, total metals, VOCs, SVOCs, and tritium.

#### 2.2.2 Vanoss Formation

Slug tests were performed on four wells, CMW 5.2, 9.2, 20.1, and 24.1 (see Figure 1-3) to determine horizontal permeability. The Cooper (1967) and Hvorslev (1951) methods were used to analyze the data obtained from the slug tests. Core samples from Boring CC-6, P5-1A, P5-2, P5-3, and P5-4 were tested for vertical permeability.

### 2.2.3 Unconsolidated Soils

Background soil samples were collected from seven locations at the Site. The locations are shown on Figure 2-4. Three of the soil samples collected were representative of distinct soil types identified in Payne County Soil Survey (USDA, 1987). The other four samples were representative of distinct materials exposed in the new Skull Creek channel. The samples were analyzed for total metals, VOCs, and SVOCs.

Slug tests were performed on Wells CMW 6.1, 7.1, and 10.1 (see Figure 1-3) to determine the horizontal soil permeability.

### 2.2.4 Sitewide Groundwater

Water levels were recorded in monitoring wells twice each in 1990 and 1991, and monthly since January 1992. Monthly water levels were recorded to establish long-term data on groundwater flow rates and directions. No samples were obtained from either CMW 27.1 or 28.1 due to the corrosivity of the groundwater in these wells.

During March 1990, groundwater samples were collected from all 19 monitoring wells adjacent to Pits 1, 2, and 3. Of these, seven samples were collected from wells screened in the unconsolidated soil. The remainder of the samples were collected from Vanoss Group wells. All samples were analyzed for general water quality parameters, total metals, VOCs, and SVOCs. Groundwater samples were collected from all 17 monitoring wells adjacent to Pit 4. Of these samples, four samples were collected from wells screened in the unconsolidated soil, and the remainder of the samples were collected from wells screened in the Vanoss Group. One groundwater sample was collected from Well CMW 24.1 located adjacent to Pit 5. It is screened in the Vanoss Group.

During July 1991, 19 groundwater samples were collected from monitoring wells adjacent to Pits 1, 2, and 3. Well CMW 2.3 was sampled and recorded as 2.3A. Well CMW 9.1 was not sampled during this round (due to lack of adequate sample volume). Of the 18 valid samples, six samples were collected from unconsolidated soil wells. The remainder of the samples were collected from

Vanoss Group wells. Fourteen groundwater samples were collected from monitoring wells adjacent to Pit 4. Wells CMW 11.1, CMW 16.1, and CMW 17.1 could not be sampled during this round due to inadequate water production. The one sample collected from unconsolidated soil was obtained from Well CMW 14.1. The remainder of the samples were collected from Vanoss Group wells. Well CMW 24.1 located near Pit 5 was sampled during this round. Samples were analyzed for the same parameters as the first sampling round. For those wells producing insufficient water, analytical priorities were established as follows: general water quality parameters, metals, VOCs, and SVOCs.

During October 1991, groundwater samples were collected from all 19 monitoring wells adjacent to Pits 1, 2, and 3. Of these samples, seven samples were collected from unconsolidated soil wells. The remainder of the samples were collected from Vanoss Group wells. Fourteen groundwater samples were collected from the same Pit 4 monitoring wells sampled during the second round. Samples were collected from Wells CMW 24.1, and CMW 25.1 and 26.1 (screened in unconsolidated soil) located near Pit 5. All samples were analyzed for the same parameters as the first sampling round. A few wells produced insufficient water to perform all analyses.

### 2.2.5 Pit 5

Four monitoring wells, CWM 25.1, 26.1, 27.1, and 28.1, were constructed at locations around Pit 5 (see Figure 1-3). A fifth well, called for by the RI Work Plan, could not be installed due to access limitations. The OSDH approved this deletion. The requirement to determine water levels in Pit 5 was waived after OSDH personnel observed the solid physical characteristics of the pit.

Four exploratory borings were drilled to bedrock at locations surrounding Pit 5 (see Figure 2-5). Data obtained from these borings was used with data collected during previous Pit 5 sampling activities to define the lithology beneath the pit.

## 2.3 Surface Water and Sediment Characterization

When Skull Creek was rerouted, Kerr-McGee revised the surface water and sediment sampling plan to include seven surface water and sample locations. The OSDH approved the revised plan. Sample locations are shown on Figure 2-4. Location SW-1 evaluates impacts from Pits 1, 2, and 3. Samples were obtained at SW-2 and SW-3 to evaluate up- and downstream conditions near Pit 4. Data from location SW-4 evaluates conditions in Skull Creek prior to its crossing the Site boundary. Data from SW-5 and SW-6 determines separate impacts from Pit 5 and the combination of Pit 5 and Pits 1, 2, and 3, respectively. Location SW-7 data represents background conditions at the Site.

Two complete rounds of surface water samples were obtained — one following a significant precipitation event, the other at base flow conditions. Determining stream elevations from benchmarks was not necessary since the depth of water varied measurably only during and shortly following a significant precipitation event. Elevations of the stream surface were not recorded during surface water sampling events.

One round of sediment samples was collected for chemical analyses. These samples were collected concurrently with the first round of surface water samples described above and at the same locations. All samples were analyzed for total metals, VOCs, and SVOCs. In addition, surface water samples were analyzed for pH and specific conductance.

## 2.4 Ecological Study of Skull Creek

In response to OSDH comments on the draft RI Report, an ecological study of Skull Creek was conducted to better define impacts on the creek. The study was conducted to characterize the density and diversity of macroinvertebrates present in Skull Creek sediments. The study also allowed observation of habitat conditions which may impact macroinvertebrate viability. Ten samples were collected from locations upstream, within, and downstream of the Site (see Figure 2-6). The two samples not shown on Figure 2-6 were collected approximately 1,000 feet and 1 mile downstream of the Site boundary.

* * * * *

# Table 2-1
## Kerr-McGee Cushing Refinery Site
## Phase I Remedial Investigation
## Summary of Acid Sludge Characterization Activities

| Pit | Pit Depth | Date | No. of Sample Locations | Sampling Depths | Analyses Performed | Comments |
|---|---|---|---|---|---|---|
| 1 | 8-14 ft | 1/91 | 5 | 2' Intervals | pH, Acidity | |
| | | | | 4' Intervals | TCLP | 4 depth samples composited from 5 locations |
| | | 2/92 | 1 | 8-10 feet | Total Metals, VOCs, SVOCs | 1 discrete sample |
| 2 | 4-12 ft | 1/91 | 6 | 2' Intervals | pH, Acidity | Location BR2-4 was inaccessible. |
| | | | | 4' Intervals | TCLP | 3 depth samples composited from 6 locations |
| | | 2/92 | 1 | 8-10 feet | Total Metals, VOCs, SVOCs | 1 discrete sample |
| 3 | 6-8 ft Estimated | 11/90 | 3 | Top 2 feet | Acidity, Ignitibility | 4 discrete samples and 1 sample composited from 3 locations |
| | | | | | TCLP | 2 discrete samples and 1 sample composited from 3 locations |
| | | 1/93 | 2 | Surface to 7' | pH, TOC | 5 discrete samples |
| 4 | 6-18.5 ft | 9-11/90 | 5 | 2' Intervals | pH, Acidity | |
| | | | | 4' Intervals | TCLP | No pit composites - TCLP each location |
| | | 2/92 | 1 | 12-18 feet | Total Metals, VOCs, SVOCs | 1 discrete sample |
| 5 | 6-20 ft | 1/91 | 11 | 2' Intervals | pH, Acidity | |
| | | | | 4' Intervals | TCLP | 3 depth-composite samples, each for the north, south, and central areas of Pit 5 |
| | | 2/92 | 3 | 8-10 feet | Total Metals, VOCs, SVOCs | 3 discrete samples |

31-Mar-93 k:\kerr\datamgmt\400400\tabl3.wk1




Figure 2-1
PITS 1, 2, AND 3 SAMPLING POINTS CUSHING REFINERY SITE




Figure 2-2
PIT 4
SAMPLING POINTS
CUSHING REFINERY SITE




Figure 2-3
PIT 5
SAMPLING POINTS
CUSHING REFINERY SITE




Figure 2-5

PIT 5 EXPLORATORY BORING LOCATIONS CUSHING REFINERY SITE

# 3.0 SITE PHYSICAL CHARACTERISTICS

## 3.1 SURFACE FEATURES

The Site lies in a geographic transitional zone between the Central Redbed Plains and the Northern Limestone Cuesta Plains (D'lugosz et al., 1986). The predominant slope of the Site and vicinity is to the southeast. Surface topographic relief at the Site is approximately 100 feet, ranging between 820 and 920 feet above mean sea level (MSL) (Figure 3-1). The lowest point occurs along Skull Creek near the eastern Site boundary. The highest points occur near the Site's southeast and northwest corners.

## 3.2 METEOROLOGY

The climate of Payne County, Oklahoma, is continental, subhumid. In the summer, the average temperature is 80°F and the average daily maximum temperature is 92°F. The highest recorded temperature is 113°F and occurred on July 14, 1954. In the winter, the average temperature is 39°F and the average daily minimum temperature is 27°F. The lowest temperature on record is -9°F which occurred on December 30, 1983 (Soil Conservation Service, 1987).

Average annual precipitation is 32 inches. Of this, 22 inches (70 percent) usually falls in April through September. The heaviest one-day rainfall during the period of record (1951 to 1978) was 7 inches on May 21, 1957. Thunderstorms occur on about 50 days each year with most occurring in the summer. In the last several years, the annual rainfall has exceeded 40 inches. The average seasonal snowfall is 8 inches (Soil Conservation Service, 1987).

Average relative humidity at dawn and midafternoon is about 70 and 50 percent, respectively. The sun shines 80 percent of the time possible in the summer and 60 percent of the time in the winter. The prevailing wind is from the southwest. Average windspeed is highest (14 miles per hour) in the spring (Soil Conservation Service, 1987).

### 3.3 LAND USE

During the period 1912 to 1972, the Site was used for activities related to petroleum refining. In 1972, refining operations on the Site ceased, the refinery was dismantled, and part of the land was sold. Kerr-McGee has since repurchased the areas of the Site containing the five acid sludge pits.

Undeveloped areas bordering the Site are used primarily for agricultural purposes. Specific agricultural activities include: growing grains, managing the land as pasture, and raising livestock. Developed lands surrounding the Site are zoned industrial and residential. Deep Rock School is located east of the property boundary.

Surface water runoff from the Site flows into Skull Creek and its tributaries. Skull Creek is used for agricultural, municipal, industrial, recreational, and aesthetic purposes (Oklahoma Water Resources Board, 1982). The creek flows directly into the Cimarron River approximately 5 creek miles from the Site.

### 3.4 ECOLOGY

The Site is located on flat to gently sloping, moderately well drained soils. These soils historically supported prairie vegetation. During rains runoff is rapid and drainage ways are frequently flooded. Hardwood trees grow adjacent to the creek banks. Wetland habitats are not present on the Site. Except for the five pit areas, most of the Site supports vegetation. Bluestem, lovegrass, and clover have been established over much of the area formerly occupied by process equipment.

Skull Creek is perennial along the lower reaches and intermittent elsewhere, particularly in its upstream portion. At Skull Creek's headwaters west of Cushing, water is absent during most summers. Perennial pools exist along Skull Creek which support warm water fish populations. Other aquatic and semiaquatic classes which may be present in Skull Creek include invertebrates, amphibians, and reptiles. Rare, threatened, or endangered species are neither documented nor anticipated on the Site (Butler, 1990). Current Site remedial activities are returning this area to grassland and gently rolling topography which may provide an attractive habitat and haven.