## 3.5 GEOLOGY

The geologic information presented in this report was derived from current investigations, previous investigations, and published literature. Drilling logs produced during previous Site characterization investigations are in Appendix C.

### 3.5.1 Regional Geology

The Central Redbed Plains are primarily composed of alternating sequences of mudstones and shales with thin sandstone and limestone lenses (Shelton, et. al., 1985). In the adjacent Limestone Cuesta Plains, resistant limestones form steep escarpments that distinguish the topography from the rolling plains of the Central Redbed Plains.

The entire sedimentary bedrock section ranges in thickness from approximately 3500 feet in eastern Payne County to approximately 7500 feet in the western portion of the county. Structurally, the surface rocks in the region dip gently westward, as shown in Figure 3-2.

The region is underlain by approximately 2200 feet of late Pennsylvanian- and early Permian-age rock. The Pennsylvanian-age carbonates and shales comprise a majority of the bedrock found directly beneath the soils in the region as shown in Figure 3-3 (Shelton et al., 1985).

### 3.5.2 Site Geology

Site geology consists of four distinct units. The uppermost unit is the unconsolidated soil. Below this lies the Vanoss Group which predominantly consists of firm to very weathered shale and mudstone containing minor lenses of sandstone and limestone. The Vanoss is underlain by the sandstones of the Ada Group. Beneath the Ada is the Vamoosa Group which consists of sandstones and shales and serves as the principal aquifer in this area. The Oklahoma Geological Survey combines the Ada Group and the underlying Vamoosa Formation into one hydrologic unit. In this report, the Ada will be included with the Vamoosa and referred to as the Vamoosa-Ada Aquifer.

The general stratigraphic sequence encountered beneath the Site is shown in Figure 3-2. Locations of geologic cross sections based on information obtained from soil and bedrock borings at the Site are shown on Figure 3-4. Geologic sections A-A', B-B', and C-C' are presented in Figures 3-5 to 3-7, respectively. A generalized lithologic log for the Site is shown on Figure 3-8.

3.5.2.1 Soil

Soils beneath the Site are primarily residual, derived from weathering of the underlying bedrock originally deposited as mudstone and shale. Soil encountered during the drilling of bore holes consists of sandy clays, silty clays, organic silts, and clayey silts that are dark brown, reddish brown, gray, and tan. Minor amounts of alluvium are also present in portions of Skull Creek and its tributaries.

3.5.2.2 Vanoss Group

Site soils are underlain by rocks of the Pennsylvanian-age Vanoss Group. Unweathered Vanoss Group strata generally occur at a depth of 10 feet or less. Samples of the bedrock underlying the Site were collected from core holes drilled to depths ranging from a few feet to 254 feet (see Appendix C for boring logs).

Shallow bedrock is dominated by thick beds of reddish-brown mudstone with a few interbeds of siltstone, sandstone, and limestone. Some shale also occurs beneath the Site, with an increasing proportion of shale within the formations to the south. Bore holes completed in and around Pits 4 and 5 reveal thick mudstone and shale sequences underlying both pits.

Some sandstones occur beneath the Site as lenticular bodies within the mudstone and shale of the Vanoss Group. These sandstones typically contain varying amounts of silt and clay. They occur in lenses ranging from less than 0.5 foot to 12 feet in thickness.

Carbonate rocks, predominantly limestones, are also common locally throughout the Vanoss Group. These limestones consist primarily of thin, discontinuous

stringers with thicknesses ranging from 0.5 foot to 5 feet. The limestones are predominantly gray and strong and contain varying amounts of clay, silt, and sand.

3.5.2.3 **Vamoosa-Ada Aquifer**

Sandstones representing the uppermost water-bearing units of the Vamoosa-Ada Aquifer typically occur at depths of about 175 feet in the Cushing area. The Vamoosa-Ada Aquifer consists of a complex sequence of fine- to very fine-grained sandstones, siltstones, shales, and conglomerates. Rocks comprising the aquifer were deposited in a near-shore, deltaic environment ranging from shallow marine toward the west to nonmarine toward the east. The maximum thickness of these sandstones is generally about 80 feet. The uppermost sandstone bed of the Vamoosa-Ada Aquifer was encountered at a depth of 179 feet beneath the Site. During drilling of Bore Hole CC-6 this sandstone bed was found to be 66 feet in thickness.

## 3.6 HYDROLOGY

### 3.6.1 Surface Water Hydrology

Much of Payne County, including the Site, lies in the drainage basin of the Cimarron River. The Cimarron River, located approximately 5 miles north of the Site, flows east-northeast in this area. The region is well drained with a dendritic drainage pattern that shows an overall southeasterly trend north of the Cimarron River and a northerly to northeasterly trend south of the river. Runoff from the Site flows into Skull Creek via several small, unnamed tributaries (Figure 3-9). Skull Creek flows in a northeasterly direction and eventually discharges into the Cimarron River.

### 3.6.2 Groundwater Hydrology

#### 3.6.2.1 Regional Groundwater Hydrology

Within north-central Oklahoma, wells provide water for many rural homes, municipal use in small communities, and small industries. Within the region, the most favorable areas for groundwater development are along the floodplains and terraces of the major rivers (i.e. Cimarron, Arkansas, and North Canadian Rivers) and their main tributaries. These unconsolidated aquifer systems are comprised of sands, silty sands, and gravels. According to the Geologic Map

of Payne County, Oklahoma (Shelton, et.al. 1985), the nearest usable alluvial aquifer is approximately 1-1/2 miles from the Site.

Water-bearing sandstones are present within both the Vanoss Group and the Vamoosa-Ada Aquifer. According to the Oklahoma Water Resources Board (Gary Glover, 1991), three wells have been completed within water-bearing sandstones of the Vanoss Group and/or the Vamoosa-Ada Aquifer within a 2-mile radius of the Site. According to well reports, water from these wells is used to meet domestic and municipal needs. However, the current status of these wells (active, abandoned, or plugged) is not known. Local water utility companies indicate that all residences within 1 mile of the Site are served by public water supplies.

The uppermost water-bearing bedrock formations beneath the region are comprised of thin sandstone and limestone interbeds within low permeability mudstones of the Vanoss Group. These water-bearing units are considered semi-confined to unconfined. Potentiometric heads are generally at elevations less than 10 feet below ground surface.

The water-bearing sandstones of the Vamoosa-Ada Aquifer are developed for municipal, domestic, and stock use in the region. The aggregate thickness of the water-bearing sandstones of the Vamoosa-Ada aquifer ranges from a minimum of 100 feet to a maximum of 550 feet (D'lugosz et al., 1986).

**3.6.2.2 Site Groundwater Hydrology**

Groundwater occurs beneath the Site in three separate regimes. The unconsolidated soils and the upper 15 to 20 feet of the bedrock of the Vanoss Group comprise a shallow flow regime. The deeper bedrock of the Vanoss Group, below a depth of approximately 15 to 20 feet, contains isolated pockets and zones of groundwater that are in poor hydrologic communication with flow in the shallow zone. The Vamoosa-Ada Aquifer that underlies the Vanoss Group comprises a third groundwater regime.

**3.6.2.2.1 Shallow Unconsolidated Materials**

Shallow unconsolidated materials consist of alluvium along stream channels, soil, and shallow weathered bedrock. These deposits are too thin and limited in extent to yield significant amounts of water. Recharge to the unconsolidated materials is primarily a result of direct infiltration of precipitation and overland recharge.

Within the soil, groundwater flow is limited by the fine-grained nature of the silty clay deposits. As shown on the geologic profiles presented on Figures 3-5 to 3-7, the saturated zone is approximately 3 to 5 feet thick above the lower permeability bedrock.

Several slug tests were performed to determine the hydrologic characteristics of the unconsolidated soils. These tests were performed in Monitoring Wells CMW 6.1, CMW 7.1, and CMW 10.1. Hydraulic conductivities for the unconsolidated soils were determined from these tests to range from $1.9 \times 10^{-5}$ cm/s to $5.4 \times 10^{-4}$ cm/s. Test data and calculations are in Appendix D.

3.6.2.2.2 Vanoss Group

The hydraulic conductivities of the unconsolidated soils and the upper Vanoss Group strata are very similar. The similarity suggests the possibility of vertical groundwater communication between these subsurface units at low flow rates. However, the stratification of lower permeability mudstone and shale with higher permeability sandstone and limestone would tend to divert groundwater flow to a predominantly horizontal direction.

Water-level measurements in wells screened in the sandstone and limestone lenses of the Vanoss Group indicate potentiometric heads above the elevations of the top of the lenses, indicating that groundwater within the individual lenses is under semi-confined and confined conditions. Vanoss Group recharge is by direct infiltration of precipitation and overland recharge on the outcrop areas (D'lugosz et al., 1986). This recharge occurs at outcroppings exposed locally.

Review of groundwater elevation data shows wide lateral and vertical variations in hydraulic conductivity over short distances within the shallow Vanoss Group. These variations are evidenced by significant differences in groundwater elevations measured in adjacent or proximal wells which are screened at different elevations. Hydraulic head differences of one to three feet are common between clustered wells, and head differences of up to 25 feet have been noted in wells only 100 feet apart. Differences in groundwater elevation signify variations in hydraulic conductivity which apparently relate to the stratified nature of these sedimentary deposits. Strata having lower hydraulic conductivities provide a confining pressure to layers with higher hydraulic conductivity.

Several slug tests were performed to determine the hydrologic characteristics of the shallow Vanoss Group. These tests were performed in Monitoring Wells CMW 5.2, CMW 9.2, CMW 20.1, and CMW 24.1. Horizontal hydraulic conductivities for the Vanoss Group were determined from these tests to range from 1.2 X $10^{-5}$ cm/s to 5.9 X $10^{-4}$ cm/s. Test data and calculations are in Appendix D.

Laboratory permeability analyses were performed on mudstone and shale core samples collected during the drilling of Bore Hole CC-6 in 1991. This core hole, which was completed as Monitoring Well CW-29.1, was drilled to a depth of 254 feet. The vertical laboratory permeability of the Vanoss Group samples from Bore Hole CC-6 ranges from 7.07 X $10^{-6}$ cm/s to 5.27 X $10^{-8}$ cm/s. A summary of the laboratory test results is in Appendix E.

Laboratory permeability tests were also performed on four mudstone and shale samples of the shallow Vanoss Group collected from bore holes drilled around Pit 5 in September 1992. The results of laboratory permeability tests are provided in Table 3-1. Vertical permeabilities of the Vanoss Group beneath Pit 5 were found to range from 1.8 X $10^{-6}$ cm/s to 9.9 X $10^{-8}$ cm/s.

Vertical permeabilities determined by laboratory tests are up to four orders of magnitude less than the horizontal permeabilties determined by the slug tests of the Vanoss Group. The small sample size used for the lab tests represents only a small portion of the total rock formation. Slug and pump

tests, by contrast, characterize a larger part of the in-situ formation. This means that a greater variation in lithology is taken into account, as are other macrofeatures such as jointing and fracturing. The wide discrepancy between field and laboratory results support the conclusion that hydraulic conductivities in the Vanoss Group are controlled by heterogeneities in the lithology and by jointing and fracturing of subsurface materials.

The lower hydraulic conductivity of the Vanoss Group would classify it as an aquitard. Because these Vanoss Group hydraulic conductivities overlap somewhat higher values found in the Vamoosa-Ada Aquifer, it is expected that the Vanoss Group impedes the vertical movement of groundwater.

3.6.2.2.3 Vamoosa-Ada Aquifer

Hydraulic properties of the Vamoosa-Ada Aquifer are largely controlled by the lateral and vertical distribution of its sandstone and shale units and the physical characteristics of these rocks. Beneath the Site, groundwater in the Vamoosa-Ada Aquifer is confined by the overlying strata of the low permeability Vanoss Group.

Recharge to the Vamoosa-Ada Aquifer is the result of direct infiltration of precipitation and overland recharge on the outcrop areas (D'lugosz et al., 1986). Outcroppings of the Vamoosa-Ada Aquifer begin about 2.5 miles east of the site and continue eastward.

Published transmissivity values for the Vamoosa-Ada Aquifer range from 70 $ft^2$/day to 490 $ft^2$/day, with an overall decrease in transmissivity from south to north throughout the region. This change corresponds to the decreasing saturated thickness of sandstone from south to north. D'lugosz, et al. (1986) reports hydraulic conductivity values for the Vamoosa-Ada Aquifer ranging from $7.1 \times 10^{-4}$ cm/s to $1.4 \times 10^{-3}$ cm/s.

A pumping test was performed on Monitoring Well CW-29.1 to determine the hydraulic conductivity of the Vamoosa-Ada Aquifer beneath the Site. During the test, Monitoring Well CW-29.1 was pumped at a constant rate of about 3 gallons per minute for more than 24 hours. Analysis of the resulting drawdown

and water-level recovery data yielded a hydraulic conductivity for the uppermost Vamoosa-Ada Aquifer at this location of 1.0 X $10^{-5}$ cm./s. Data and calculations are in Appendix D.

Tritium analyses were performed on a surface water sample and groundwater obtained from Monitoring Well CMW 29.1 to date the water in the Vamoosa-Ada aquifer. The difference in the tritium/hydrogen ratios of the surface water and groundwater samples was in excess of eight half-lives. Since the half life of tritium is over 12 years, the groundwater obtained from Monitoring Well CW-29.1 is at least 100 years older than the surface water. Tritium data is in Appendix F.

Tritium analysis indicates that the Vamoosa-Ada aquifer is in poor hydraulic communication with overlying strata. This also supports the conclusion that recharge to the Vamoosa-Ada aquifer occurs primarily by infiltration of precipitation and overland recharge on outcrop areas over two miles to the east.

### 3.6.2.3 Groundwater Flow

#### 3.6.2.3.1 Review of Water Level Data

Water-level measurements have been taken at the Site since July of 1985. Hydrographs for selected monitoring wells are included in Appendix G. These have been provided to illustrate the wide range in water-level fluctuations in wells screened in different zones. While some of the hydrographs are essentially flat, some show substantial changes in water levels with time, confirming that the different zones are relatively isolated from one another. The most recent water-level measurements, taken in December 1992, were used to determine general groundwater flow characteristics at the Site. A list of these water levels and others taken at the Site is in Appendix G.

Free-phase hydrocarbon product has been detected in measurable amounts in only one well at the Site (Well CMW 21.1). Data from this well were not used in the construction of groundwater potentiometric maps since a corrected groundwater elevation could not be determined from the available data.

An evaluation has been made of the water-level measurements in the numerous monitoring well clusters around the waste pits to characterize the shallow flow regime at the Site. Groundwater elevations measured in December 1992 have been plotted on Figures 3-10, 3-11 and 3-12. Groundwater elevation data have been color coded so that the pattern of hydraulic head versus depth can be readily visualized. The primary patterns identified are:

- Water levels in the soil and those in the uppermost Vanoss bedrock strata are comparable, indicating that these two zones comprise a single groundwater flow regime. This conclusion is corroborated by the pattern of water quality parameters in the shallow subsurface.

- At depths of 20 feet or more in the bedrock, water levels are usually at significantly different levels (up to 3 feet in some well clusters) when compared to the shallower wells.

- In some locations, the deeper wells show higher hydraulic head, indicating a localized discharge zone.

- In some locations, the shallower wells show a lower head, indicating a local recharge zone.

- In some locations, the hydraulic head is relatively uniform through a range of depths.

### 3.6.2.3.2 Shallow Groundwater Flow

Shallow groundwater flow beneath the Site is shown in hydrogeologic profiles D-D′ and E-E′ presented in Figures 3-13 and 3-14, respectively. The locations of these profile lines are shown on Figure 3-4. Profiles were made using water-level data from monitoring wells screened in the unconsolidated soils and in the uppermost Vanoss Group. The profiles illustrate the water-table sloping downward toward Skull Creek, nearly parallel to the ground surface.

The water-table surfaces shown in Figures 3-13 and 3-14 have been generalized such that highly localized relief is not shown. Localized relief is due to variations in permeability over short lateral distances within the soil and the upper Vanoss Group. Localized relief on the water-table is also due to topographic features, such as steep-sided drainage ditches.

As illustrated on these profiles, groundwater flow in the shallow subsurface within the soil zone and the upper portion of the Vanoss Group is controlled by a pattern of localized discharge zones along minor drainage features and the site-wide discharge zones comprising Skull Creek and its tributaries. Skull Creek is the primary discharge zone for the site-wide shallow groundwater flow system. Notable exceptions to this include engineered drainage systems designed to intercept groundwater, specifically the newly installed french drain system along the western edge of Pit 5 that intercepts groundwater underflow from the southeast as it approaches Skull Creek. Likewise, the relatively deep tributary creek south of Pit 3 intersects the shallow groundwater flow and is thus a discharge zone for the area.

Other exceptions to the primacy of Skull Creek are localized discharge points that can be confirmed by visual observation of groundwater seeps. Review of water-level measurements in monitoring wells drilled near ditches or drainage swales shows a few water levels at or above the ground surface, indicating a discharge zone. Examples of monitoring wells where these conditions prevail are Monitoring Wells CMW 8.1 and CMW 14.1.

On a site-wide scale, this flow pattern operates regardless of hydraulic conductivity contrasts between the stratigraphic layers. However, localized variations in hydraulic conductivity can cause significant groundwater elevation differences over short, lateral distances.

### 3.6.2.3.3 Shallow Groundwater Flow Around Acid Sludge Pits

Groundwater elevations in the shallow groundwater regime near Pits 1 through 5 are shown in Figures 3-10 through 3-12. Based on the most recent water-level measurements, potentiometric surface elevations range between approximately 822 feet and 864 feet MSL for the area of Pits 1, 2, and 3, and between 816

feet and 867 feet MSL for the area near Pit 4, and between 827 feet and 857 feet MSL for the area near Pit 5.

In the region near Pits 1, 2, and 3, groundwater flows generally southwest toward Skull Creek. During periods of seasonally high water-table, discharge may also be into the local surface water drainage features such as swales and drainage ditches. However, shallow groundwater generally discharges into the tributary to Skull Creek.

Shallow groundwater near Pit 4 flows in a south to southeasterly direction from the northern portion of the pit to small tributaries and ditches located just south and east of the pit.

Limited data in the area of Pit 5 precludes an extensive evaluation of groundwater flow in that portion of the Site. However, the December 1991 water levels appear to indicate that flow in the soils and upper Vanoss is north toward Skull Creek. The quality of water infiltrating into the french drain north of Pit 5 supports this assumption.

* * * * *

**Table 3-1**
**Kerr-McGee Cushing Refinery Site**
**Phase I Remedial Investigation**
**Results of Aquifer and Permeability Testing**

| Location | Depth Interval Tested | | Description | Hydraulic Conductivity (cm/s) (HVORSLEV) | Hydraulic Conductivity (cm/s) (COOPER) | Laboratory Permeability (cm/s) | Hydraulic Conductivity (cm/s) (JACOB) |
|---|---|---|---|---|---|---|---|
| CMW 6.1 | 1.8 - 6.8 | feet | Unconsolidated - clay | $5.2 \times 10^{-5}$ | $1.9 \times 10^{-5}$ | - | |
| CMW 7.1 | 3.5 - 6.5 | feet | Unconsolidated - clay | $3.4 \times 10^{-4}$ | $5.4 \times 10^{-4}$ | - | |
| CMW 10.1 | 3.5 - 6.5 | feet | Upper Vanoss - clay, sandstone | - | - | - | |
| CMW 5.2 | 10 - 15 | feet | Upper Vanoss - mudstone | $9.3 \times 10^{-5}$ | $6.3 \times 10^{-5}$ | - | |
| CMW 9.2 | 24 - 44 | feet | Upper Vanoss - mudstone | $1.5 \times 10^{-4}$ | $4.9 \times 10^{-5}$ | - | |
| CMW 24.1 | 9 - 29 | feet | Upper Vanoss - shale | $1.5 \times 10^{-4}$ | $5.9 \times 10^{-4}$ | - | |
| P5-4 | 33.5 - 34 | feet | Upper Vanoss - sandy, shaley clay | - | - | $9.9 \times 10^{-8}$ | |
| CMW 20.1 | 37.4 - 42.4 | feet | Vanoss - limestone, shale | - | - | - | |
| P5-3 | 40 - 44.5 | feet | Vanoss - silty clay | - | - | $1.8 \times 10^{-8}$ | |
| P5-1A | 50 - 53.5 | feet | Vanoss - silty clay | - | - | $1.0 \times 10^{-7}$ | |
| P5-2 | 53 - 53.5 | feet | Vanoss - clay w/gravel | - | - | $9.9 \times 10^{-7}$ | |
| CMW 29.1 | 124 | | Ada - mudstone | - | - | $5.27 \times 10^{-8}$ | |
| | 129 | | Ada - mudstone | - | - | $1.06 \times 10^{-7}$ | |
| | 134 | | Ada - shale | - | - | $2.15 \times 10^{-8}$ | |
| | 156 | | Ada - mudstone | - | - | $5.76 \times 10^{-7}$ | |
| | 164 | | Ada - shale | - | - | $4.29 \times 10^{-8}$ | |
| | 166 | | Ada - shale | - | - | $7.07 \times 10^{-8}$ | |
| | 174 - 244 | | Ada formation | - | - | | $3.40 \times 10^{-7}$ |

31-Mar-93 k:\kerr\datamgmt\400400\tab1.wk1




Burns & McDonnell Waste Consultants, Inc.

Figure 3-2
GEOLOGIC CROSS SECTION OF PAYNE COUNTY (LINE A-B ON FIGURE 3-3) CUSHING REFINERY SITE

KERFIG33.DW -18-1993 14:57 TFG




Burns & McDonnell Waste Consultants, Inc.

Figure 3-3

GENERAL GEOLOGY OF PAYNE COUNTY CUSHING REFINERY SITE




| APPROX. THICKNESS | LITHOLOGY |
|---|---|
| 0 – 10 FT: | CLAY, SILTY (RESIDUUM) |
| 10 – 175 FT: | MUDSTONE, RED OR RED-GRAY WITH LENTICULAR SANDSTONES AND LIMESTONES. LENSES VARY FROM LESS THAN 1 FOOT TO SEVERAL FEET IN THICKNESS |
| 175 + FT: | SANDSTONE, GRAY-GREEN WITH THIN RED MUDSTONE STRINGERS |

**LEGEND**

- CLAY
- MUDSTONE
- SANDSTONE
- LIMESTONE

Burns & McDonnell Waste Consultants, Inc.

Figure 3-8
TYPICAL LITHOLOGIC LOG
CUSHING REFINERY SITE




**LEGEND**

| | |
|---|---|
| GREEN | WATER LEVELS IN WELLS SCREENED IN UNCONSOLIDATED SOIL |
| BLUE | WATER LEVELS IN WELLS SCREENED THROUGH UPPER VANOSS |
| RED | WATER LEVELS IN WELLS SCREENED THROUGH DEEP VANOSS |

**NOTE:**

WATER LEVELS MEASURED 12-11-92.

NORTH

300 0 300 600

SCALE IN FEET

Burns & McDonnell Waste Consultants, Inc.

Figure 3-10

GROUNDWATER ELEVATIONS (PITS 1, 2, & 3) CUSHING REFINERY SITE




**LEGEND**

| | |
|---|---|
| GREEN | WATER LEVELS IN WELLS SCREENED IN UNCONSOLIDATED SOIL |
| BLUE | WATER LEVELS IN WELLS SCREENED THROUGH UPPER VANOSS |
| RED | WATER LEVELS IN WELLS SCREENED THROUGH DEEP VANOSS |

**NOTE:**

WATER LEVELS MEASURED 12-11-92.

NORTH

300 0 300 600

SCALE IN FEET

Burns & McDonnell Waste Consultants, Inc.

Figure 3-11

GROUNDWATER ELEVATIONS (PIT 4) CUSHING REFINERY SITE




PEN12=1250
PEN10=21, WT=1

**LEGEND**

BLUE WATER LEVELS IN WELLS SCREENED THROUGH UPPER VANOSS

**NOTE:**

WATER LEVELS MEASURED 12-11-92.




Burns & McDonnell Waste Consultants, Inc.

Figure 3-12

GROUNDWATER ELEVATIONS (PIT 5)

CUSHING REFINERY SITE

# 4.0 NATURE AND EXTENT OF CONTAMINATION

## 4.1 DATA VALIDATION

Data validation was performed by Burns & McDonnell personnel. Validation activities included a complete review following the procedures outlined in Laboratory Data Validation Functional Guidelines for Evaluating Organic Analyses (EPA, 1988) and Laboratory Data Validation Functional Guidelines for Evaluating Inorganics Analyses (EPA, 1988). Raw analytical data (lab reports, chain-of-custody forms, etc.) are included as Appendix H. A complete data validation report is presented in Appendix I.

Data were reviewed to identify problems with data quality parameters (accuracy, precision, representativeness, comparability, and completeness). This data review was performed prior to using results in the determination of the nature and extent of contamination and contaminant fate and transport. The data presented in this section may include qualifiers that indicate the results of the quality control evaluation. A list of these qualifiers and their description is included at the front of the tables.

The only qualifier that invalidates data is Burns & McDonnell's "R" qualifier. The "R" qualifier indicates that the problems encountered with accuracy were significant enough to invalidate the data. The "R" qualifier is added only to undetected values (qualified with a "U"). All qualifiers other than "R" indicate that minor problems were encountered with precision and accuracy which may affect the exact reported value. For instance, data qualified with a "J" indicates the presence of an analyte, but the reported concentration is qualitative rather than quantitative. These values are considered valid for use in the RI and the risk assessment.

Overall, the data quality met the study objectives. Data of sufficient quality was obtained to determine the nature and extent of contamination and to prepare Baseline Risk Assessment for the Cushing Refinery Site (Burns & McDonnell, 1991).

## 4.2 NATURE OF CONTAMINATION

Pits 1, 2, 4, and 5 are similar in physical characteristics. All of these pits are covered with a layer of asphalt-like material several feet thick that can be walked on. Heavy equipment can operate on the surface during most of the year. Beneath the asphaltic top layer is a hard, black coal-like material which is saturated with sulfuric acid. The material contains high molecular weight hydrocarbons common to petroleum refining including pyrene, chrysene, phenanthrene, naphthalene, fluoranthene, etc.

Although Pit 3 contains a substantial portion of the same material found in the other pits, its surface is not solid. Desalter and wax bottoms may have been placed in Pit 3 after 1956, making this pit physically different from the others. The surface material on Pit 3 consists of thick grease and watery sludge. This material will not support the weight of people or heavy equipment.

Kerr-McGee placed radiological waste and associated process building debris in the northwest corner of Pit 4. The pit was then covered with soil. The soil cover and construction debris give the pit enough stability to support heavy equipment on the pit surface any time of year.

### 4.2.1 General Characterization

Acidity and pH data for the acid sludges from each pit are presented in Tables 4-1 through 4-5. These results indicate that the pit wastes would be hazardous wastes by the characteristic of corrosivity (pH < 2.0). Of the 165 total pH values measured, 138 were less than 2.0.

Besides pH, three samples of Pit 3 acid sludge were analyzed for ignitability to confirm or disprove previous data which showed a low flashpoint. All three of these analytical results indicate that the Pit 3 acid sludge would <u>not</u> be hazardous by characteristic of ignitability.

4.2.2 <u>TCLP Characterization</u>

Samples collected at several depths from Pits 1 through 5 were analyzed using the TCLP for metals, VOCs, and SVOCs. The analytical results and regulatory levels are presented in Tables 4-6 through 4-10.

None of the VOC, SVOC, or metal concentrations detected exceeded the regulatory limits that define the characteristic of toxicity. These results confirm the conclusion stated in the interim RI/FS that the acid sludges would be hazardous by characteristic of corrosivity only.

4.2.3 <u>Total Metals Characterization</u>

During the Phase I RI, total metals characterization of the acid sludges was performed on samples collected from Pits 1, 2, 4, and 5. Analytical results are presented on Table 4-11.

Metals of potential concern were selected by comparing metal concentrations in pit material with background soil. Cadmium (3.8 ppm) was detected above background soil levels (< 0.7 ppm) in one of the pit samples. Sodium (733 and 2290 ppm) was detected in two pit samples above background soil levels (< 275 ppm).

4.2.4 <u>Organic Characterization</u>

During the Phase I RI, pit wastes were characterized for organic compounds in Pits 1, 2, 4, and 5. The analytical results for VOCs and SVOCs are presented in Tables 4-12 and 4-13, respectively.

4.2.4.1 VOCs

The following VOCs were detected in more than one acid sludge sample: benzene, toluene, ethylbenzene, and xylene (BTEX), methlyene chloride, 2-butanone, and acetone. The highest concentrations detected were: benzene at 4.9 ppm, toluene at 13 ppm, ethylbenzene at 7.9 ppm, xylenes at 39 ppm, and acetone at 5.8 ppm.

The following VOCs were detected at concentrations between 0.31 and 5.1 ppm only in the sample collected at Pit 1: 1,2-dichloroethane (1,2-DCA), carbon tetrachloride, trichloroethene (TCE), 1,1,2-trichloroethane, tetrachloroethene (PCE), and 1,1,2,2-tetrachloroethane. These chlorinated hydrocarbons are not typical products of the sulfuric acid treatment of lube oil stocks. None of these chlorinated compounds were detected in pit samples during previous investigations. Carbon disulfide was detected at a concentration of 1.2 ppm only in the sample collected at Pit 5.

4.2.4.2 SVOCs

The SVOC characterization indicated the presence of the following polycyclic aromatic hydrocarbons (PAHs): chrysene, phenanthrene, 2-methylnaphthalene, pyrene, benzo[b]fluoranthene, and benzo[a]anthracene. The only non-PAHs detected was bis(2-ethylhexyl)phthalate.

Phthalate esters are commonly detected in petroleum products, and bis(2-ethylhexyl)phthalate was detected throughout the acid sludge. The benzoic acid may be an indication that minor oxidation is occurring in the shallow portion of the sludge material. The following PAHs were detected at concentrations of 24 to 160 ppm only in the sample collected at Pit 5: naphthalene, fluorene, benzo[a]pyrene, benzo[a]anthracene, and dibenz[a,h]anthracene. The highest concentrations detected at Pits 1, 2, and 5 were of chrysene at 380, 240, and 570 ppm, respectively. The presence of these constituents is expected; in fact, they are common constituents of road asphalt.

4.2.5 <u>Summary</u>

Ignitability of Pit 3 materials indicated during the interim RI/FS was refuted by the Phase I RI analytical results. TCLP analyses for VOCs, SVOCs, and metals performed on samples from Pits 1 through 5 demonstrates that these sludges are not hazardous by characteristic of toxicity.

Metals concentrations are typically lower than concentrations detected in Site background soils. The VOC and SVOC detections were consistent with respect to