depth for Pits 1, 2, 4 and 5. Chlorinated VOCs were detected only in the sample collected at Pit 1; their presence is unexplainable based on past practices. The organic makeup of the pit materials is not similar to the composition of listed refinery wastes.

### 4.3 EXTENT OF CONTAMINATION

#### 4.3.1 Acid Sludge

Acid sludges are contained in unlined pits on the Site (Figure 1-3). An area between Pits 1 and 2 was excavated down to a layer of sandstone. It appears that this sandstone forms the base of Pits 1, 2, and 3. Auger boring data indicate that the base of Pit 4 is clay. Based on backhoe test pit and boring data, Pit 5 is based partially on sandstone, partially on shale.

The areas and volumes are estimated in Table 1 in the Technical Appendix A to the document, Comments of Kerr-McGee Corporation in Response to EPA's Proposed Listing of the Cushing, Oklahoma Site (December 1989). Pits 1, 2, and 3 cover approximately 1.8, 4.0, and 1.2 acres, respectively. They contain approximately 24,200, 60,300, and 18,100 cubic yards of sludge, respectively. Pit 4 covers approximately 3.7 acres and contains approximately 65,200 cubic yards of sludge. Pit 5 covers approximately 10.6 acres and contains approximately 238,500 cubic yards of sludge. The total amount of sludge from all of the pits is approximately 406,300 cubic yards.

#### 4.3.2 Groundwater

Groundwater samples were collected during three separate rounds of sampling and analyzed for general water quality parameters, metals, and organics. These results are used to determine potential influence of the acid sludges on local groundwater. The data show that water quality parameters and Stiff diagrams are the most useful indicators for determining the extent of impact to groundwater from acid sludges. Metals and organic data are inconclusive.

This discussion is divided into location-specific sections: groundwater near Pits 1, 2, and 3; groundwater near Pit 4; groundwater near Pit 5; and

groundwater from the Vamoosa-Ada aquifer. Monitoring well locations are shown on Figure 1-3.

#### 4.3.2.1 Groundwater near Pits 1, 2, and 3

The analytical results are shown in Tables 4-14 through 4-21 for the wells screened in the unconsolidated soil and in the Vanoss Group. Low pH and/or elevated sulfate ion levels in shallow groundwater indicate impact from the sulfuric acid present in the sludges. Stiff diagrams were produced for standing water on Pit 2 and groundwater. These diagrams were used to develop a three-dimensional view of impacted groundwater on Figure 4-1.

Groundwater from wells CMW 1.1, CMW 23.1, and CMW 23.2 provide background water quality data for the shallow and deep Vanoss formation. Although Well CMW 23.2 does show sulfate concentrations greater than 5000 mg/L, its Stiff diagram indicates high sodium and potassium ions in water. This is uncharacteristic of the impacted wells already identified, it is more representative of the natural waters in the sandstone in which the well is screened, and is consistent with groundwater found in other unimpacted wells screened in the Vanoss formation.

Analytical results indicate impact to wells near Pits 1, 2, and 3 screened in the unconsolidated soil, except Well CMW 7.1. This lack of impact is apparently due to the well's upgradient location west of the pits. The sulfate levels detected in samples from Well CMW 7.1 were one half an order of magnitude less than was detected in samples from other unconsolidated soil groundwaters. Well CMW 7.1 also had the only pH levels consistently above 7.0. Stiff diagrams show that Well CMW 7.1 does not share the same characteristic shape associated with the other sample results.

Results also indicate localized pit impact on groundwater in the Vanoss Group. One of the three sulfate results from Well CMW 2.1 was elevated (2390 mg/L); however, the other two samples showed sulfate levels below 100 mg/L. Other wells in the Vanoss Group that show potential impact as indicated by sulfate

levels are: CMW 6.2 - (6840 mg/L), CMW 10.1 partially screened in the Vanoss – the screen overlaps the geologic contact between the soil and the bedrock – (32390 mg/L), and CMW 10.2 - (4070 mg/L). The impact on Wells CMW 6.2 and CMW 10.2 is corroborated by both low pH (<7.0) and high sulfate concentrations (> 3500 mg/L). Stiff diagrams for these wells show the characteristic shape of those unconsolidated soil wells identified as impacted. All of these elevated sulfate levels were confined to the upper 25 feet of the Vanoss Group strata. The measured pH values for the groundwater samples show significant impact in three wells: CMW 4.1, CMW 5.1, and CMW 6.2. These values corroborate the sulfate data in that the contamination has impacted only the unconsolidated soil (Wells CMW 4.1 and 5.1) and the shallow portion of the Vanoss (25 feet below ground surface in Well CMW 6.2).

Sample results from Wells CMW 2.3, CMW 7.2, CMW 9.2, and CMW 10.3 indicate negligible pit impact based on moderate sulfate concentrations. These results (between 700 and 1130 mg/L), although elevated when compared to other Vanoss Group well results (<100 mg/L), are approximately equivalent to those levels detected in Well CMW 7.1, the unimpacted well screened in the unconsolidated soil. In general, sulfate levels of less than 1000 mg/L are interpreted to be naturally occurring within the Vanoss. The measured pH values for the groundwater samples show no impact in Wells CMW 2.3, CMW 7.2, CMW 9.2, and CMW 10.3, as all the measured pH values were greater than 7. The remainder of the analytical results from the Vanoss Group wells (CMW 1.1, CMW 3.1, CMW 5.3, CMW 10.3, CMW 23.1, and CMW 23.2) indicate no impact.

In conclusion, Pits 1, 2, and 3 appear to influence groundwater located at Wells CMW 4.1, CMW 5.1, CMW 6.1, CMW 8.1, CMW 9.1, and CMW 10.1 screened in the unconsolidated soil. These pits also appear to influence Wells CMW 6.2 and CMW 10.2. These conclusions are based on the results of pH and sulfate ion analyses of samples from these wells. The extent of groundwater contamination appears to be confined laterally to the area within the surface drainage ditches adjacent of the pits and vertically to approximately 25 feet below grade.

#### 4.3.2.2 Groundwater Near Pit 4

Analytical results are shown in Tables 4-22 through 4-29 for the wells screened in the unconsolidated soil and the Vanoss Group. Stiff diagrams constructed from the data are used to show a three dimensional view of impacted groundwater in Figure 4-2.

Groundwater samples from Wells CMW 11.2, CMW 11.3, and CMW 18.1 provide background water quality data for the shallow Vanoss Group wells in this vicinity (generally screened shallower than 30 feet). Groundwater characteristics from Well CMW 18.2 differ significantly from the shallow Vanoss. The shallower Vanoss groundwater is characterized by less total ionic strength with a pH ranging between 6.9 and 7.9. The deeper Vanoss is characterized by greater ionic strength, most notably an increase in sulfate, calcium, sodium, and potassium ions. A higher pH range (between 7.9 and 9.8) is also noted. Well CMW 18.2 is screened much deeper (screened between 92 and 100 feet below the surface) than the previously described wells. This is the probable explanation for this difference.

Samples from unconsolidated soil Wells CMW 14.1, CMW 16.1, and CMW 17.1 positively indicate an influence from Pit 4. These samples all show low pH values (<6.0) and elevated sulfate concentrations (>1800 mg/L).

Sulfate concentrations in the area surrounding pit 4, even at upgradient Well Cluster 12, often increase with depth. Sulfate concentrations vary widely over short distances, both laterally and vertically. The pH values in this area are higher than similarly distanced wells near Pits 1, 2, and 3. These results are not consistent either with expected impacts from acid sludge materials such as those in Pit 4 or with observed impacts near Pits 1, 2, and 3. Therefore, the extent of impact appears to extend less than 20 feet below Pit 4.

#### 4.3.2.3 Groundwater Near Pit 5

Analytical results are shown in Tables 4-30 through 4-37 for the wells screened in the unconsolidated soil and the Vanoss Group.

Groundwater from Wells CMW 25.1 and 26.1 provide background data for the groundwater in the unconsolidated soils near Pit 5. The pH of the groundwater samples from the unconsolidated soil well samples were 6.96 and 7.41 and the sulfate levels were less then 1000 mg/L from both wells. The groundwater in this zone is therefore not impacted by the pit, as would be expected for upgradient wells.

Based on pH values of 6.8 and 8.1, results from Well CMW 24.1 (screened in the Vanoss Group) from March 1990 and July 1991 indicate no influence. However, the most recent sample has a significantly higher sulfate concentration (656 mg/L vs. 177 and 109 mg/L previously) although the pH of 7.05 is still indicative of no impact. The french drain constructed in the former Skull Creek channel is kept pumped down to maintain a groundwater depression along the northwestern side of Pit 5. This produces a groundwater barrier on the downgradient side of the pit.

Contamination from the pit therefore extends laterally from the ditch southeast of Pit 5 to the french drain northwest of Pit 5. Vertical migration beneath the pit is limited because of the upward flow of groundwater discharging into the french drain.

#### 4.3.2.4 Vamoosa-Ada Aquifer

Analytical results are shown in Tables 4-38 through 4-41. The results define a groundwater relatively low in dissolved solids with a pH of approximately 9 and no VOCs or SVOCs. These results indicate an aquifer unaffected by the acid sludges or other hydrocarbon sources at the Site. Results of the tritium analysis are included in Appendix F.

The sample was essentially free of tritium. The discussion in Section 3.6.2.2 forms the basis for the conclusion that the Vamoosa-Ada aquifer is unimpacted by acid sludges.

### 4.3.3 <u>Surface Water and Sediment</u>

The results of chemical and ecological analyses help identify potential impacts from the acid sludges. The ecological study was recommended by OSDH to better assess impact to the Skull Creek ecosystem (see Appendix J for the ecological study report).

The surface water analytical results are presented in Tables 4-42 through 4-45. Background surface water concentrations (from SW-7) and Oklahoma water quality criteria (where available) are provided for comparison. Sediment analytical results are presented in Tables 4-46 through 4-48. Matrix-specific results are discussed in the following subsections.

#### 4.3.3.1 Surface Water

Surface water sampling results indicate a localized metals impact from Pits 1 through 4. Concentrations of most metals detected in surface water samples from SW-1 and SW-3 exceeded background concentrations. Metals of potential concern are beryllium and chromium. Since many of these metals were not detected in acid sludge samples, their presence is a result of solubilization of naturally occurring metals in the surrounding soils. This is corroborated by pH measurements at these locations (particularly SW-1) which are lower than background. Metals concentrations were within background levels in samples collected from Skull Creek just before it flows off Site. Therefore, the surface water impacts of Pits 1 through 4 are limited to the Site.

Metals results do not indicate an impact on Skull Creek from Pit 5. This is due to the IRMs performed by Kerr-McGee (see Section 1.4.4) including: rerouting Skull Creek, installing a french drain in the former creek channel, and collecting and treating pit runoff.

VOC and SVOC results for surface water samples do not give clear indications of pit impacts. Some detections of VOCs and SVOCs occurred, but generally at levels only slightly greater than the method quantitation limit. Compounds detected and their concentrations were not consistent between sampling rounds. The VOC and SVOC data indicate some minimal impacts to the creeks, but do not

indicate a point source. It is probable that these minimal impacts are residuals from various petroleum-related activities conducted over the decades.

### 4.3.3.2 Sediment

#### 4.3.3.2.1 Analytical Results

Metals analytical results do not indicate impact on the sediment by pit wastes, either direct or indirect. No metals above background levels were detected in the sample collected downstream of Pits 1, 2, and 3. Most other samples had one or two metals detected above background, but in no case were these metals detected at levels greater than half an order of magnitude higher than background. The sample collected at SW-6 had five metals detected above background; however, this sample was obtained in the new Skull Creek channel. This data may indicate that the range shown for background concentrations of metals is too narrow.

No positive detections of VOCs in sediment samples were recorded. Some tentatively identified VOCs were detected in samples from SW-4 and SW-7. Common petroleum hydrocarbon SVOCs (e.g., phenanthrene, pyrene, and chrysene) were detected at SW-1, SW-4, and SW-7. The detections at SW-1 and SW-4 are indicative of the history of petroleum activities at the Site. The detections at SW-7 indicate a potential source of petroleum impact upstream of Pit 5 and the Site. This result was unexpected, considering that SW-7 is located in the new Skull Creek channel.

#### 4.3.3.2.2 Ecological Study Results

Low numbers and diversity of invertebrate species were observed in the new creek channel when compared to the off site, upstream sample (SC1). Species populations increase in the original portion of Skull Creek downstream of the new channel (SC7). Species observed at SC7 are indicative of environmental stress or pollution and are dominant in this area. Some residual oil was observed on substrate at this location.

Species diversity and populations return to background levels at sample locations SC8 and SC9. The study concludes that the dip in species populations and diversity in the new creek channel is due mainly to the lack of adequate substrate to provide a stable habitat. The study also noted that the species observed in the remaining original creek channel (SC7) thrive in stressed environments. The stressed environment could be caused by the creek rechannelling, by exposure to oily pollutants, or more likely by both.
In either case, it is apparent that Skull Creek ecosystem has been adversely impacted by activities at the Site.

* * * * *

# 5.0 CONTAMINANT FATE AND TRANSPORT

## 5.1 INTRODUCTION

The previous section described the substances detected during the Phase I field sampling and the media in which they were found. These substances include metals, VOCs, and SVOCs. Those likely to be of most interest due to their toxicity, concentration, distribution, mobility, and/or persistence are:

- Beryllium and chromium
- VOCs-benzene and 1,2-DCA
- SVOCs-benzo(g,h,i)perylene, chrysene, fluoranthene, 2-methylnaphthalene, phenanthrene, pyrene, benzoic acid, and 2-methylphenol

This section discusses how these chemicals are transported from their point of occurrence and how their fate may be affected by chemical and physical processes. After a chemical is released to the environment it may be:

- Transported
- Physically transformed
- Chemically transformed
- Biologically transformed
- Accumulated in one or more media

Transport and fate are determined by the physical and chemical properties of each substance and the characteristics of media at the Site.

This discussion considers the fate and transport of the chemicals reported present in sediment, surface water, and shallow groundwater. The analysis includes consideration of the principal mechanisms for change or removal in each medium. Additionally, it considers the length of time specific chemicals or classes of chemicals may remain in each environmental medium and the products into which they may be degraded or changed.

## 5.2 MIGRATION ROUTES

Migration routes are the pathways followed by chemicals as they move away from the point of release. These pathways may be above the surface, on the surface, or below the surface. Above-surface pathways consist of air transport of vapors and particulates. Surface pathways include erosion of surface soil particles by wind or water and soluble phase migration with surface water runoff. The subsurface pathway consists of migration in groundwater. At this Site, all pathways may be involved to some extent. However, the pathways of most interest and importance are surface water and groundwater transport of soluble substances and suspended particles.

### 5.2.1 Air Route

Air provides a pathway for migration of vapors and soil particles. The majority of chemicals are metals and SVOCs. None of these compounds readily volatilize. Therefore, since VOC concentrations are relatively low, the air migration route may not be a significant pathway at this Site.

### 5.2.2 Surface Route

Erosion of surface materials through the action of wind and water can result in the transport of substances from the point of their release or occurrence. Particles are later deposited as sediment at some distant point. Some surface contaminants may be soluble in water and therefore may be transported as dissolved constituents. However, surface water runoff is the primary mechanism for the transportation of chemicals in or on soil.

5.2.3 Subsurface Route

Liquid contaminants may percolate through the subsurface. The transport of most subsurface contaminants at the Site occurs as dissolved constituents in the groundwater. Some transport of suspended solids may also occur. Downgradient concentrations of suspended or dissolved contaminants depend on dilution by flow volume as well as physical and chemical characteristics affecting loss and retardation processes.

5.3 ENVIRONMENTAL FATE

Fate, in terms of chemicals released to the environment, includes both translocation and transformation. Translocation, due to transport processes described above, works in conjunction with transformation processes to determine the ultimate disposition of a chemical. Transformation of chemicals in soil and water occurs by chemical, photochemical, and biochemical reactions. Degradation is a transformation process that results in the chemical's actual elimination from the environment.

Chemical transformations include hydrolysis, oxidation, reduction, nucleophilic substitution, and free radical reaction. The pH of solutions and soil surfaces significantly influences degradation rates. Other influences include temperature and moisture.

Photochemical reactions are important in air and to a lesser degree in water but they are probably not significant in soils. Photochemical reactions depend on the absorption of light energy. Conversely, biological reactions are most significant in soil and water and insignificant in air. Microorganisms are the agents of biological reactions.

5.4 FATE OF METALS

Analyses were performed on surface water, groundwater, and sediment for metals. Those likely to be of concern include beryllium and chromium because of their potential for causing adverse human health effects. Beryllium and chromium were only detected in surface water samples collected immediately downstream of Pits 1, 2, and 3 (SW-1). The site-specific characteristic of

most importance in assessing their mobility is the acid nature of the pit contents and the consequently low pH in nearby surface water and shallow groundwater. This is best demonstrated by the relatively high concentrations of metals in surface water collected from location SW-1 which had a pH of 4.25 compared to the concentrations in the other surface water samples which were neutral to alkaline.

### 5.4.1 Beryllium

In most types of soil, beryllium is expected to be tightly adsorbed because it displaces divalent cations which share common sorption sites. Due to its geochemical similarity to aluminum, beryllium may be expected to adsorb onto clay surfaces at low pH and be complexed into some insoluble compounds at high pH.

Soluble beryllium salts are hydrolyzed to form insoluble beryllium hydroxide, which would have a low solubility in the pH range of most natural waters. Complexing with hydroxide ions may increase solubility somewhat, but it is likely that in most natural environments, beryllium is in particulate form rather than the dissolved form. At this Site, beryllium is not likely to migrate beyond the immediate pit areas.

### 5.4.2 Chromium

Chromium probably occurs as insoluble $Cr_2O_3 \cdot nH_2O$ in soil and sediment since the organic matter in soil is expected to convert soluble chromate [chromium (VI)] to insoluble $Cr_2O_3$. Runoff and leaching may transport chromium from soil to surface waters and groundwaters. Runoff could remove both soluble and insoluble forms, thus transporting the chromium to surface water bodies. Similarly, both forms could leach to groundwater. The acid environment in and near the pits facilitates the mobilization of chromium. Conversely, the increase in soil and surface water pH with distance tends to limit chromium migration.

### 5.4.3 Metal Migration on the Site

The highly acid contents of the pits would be expected to increase the mobility of the metals. However, there is little evidence that the specific metals of interest are being leached out of the pit sludge in significant amounts. Some impact is indicated on the surface water downstream of Pits 1, 2, and 3. TCLP results indicated limited mobility for the toxic metals and the environmental results tended to confirm that analysis. Relatively nontoxic metals, such as aluminum, manganese, and iron, appear to predominate in the acid sludge and in the impact on surface water, downstream of Pits 1, 2, and 3. The concentrations of aluminum, manganese, and iron were approximately 88, 29, and 105 ppm, respectively.

## 5.5 FATE OF ORGANICS

Organic compounds detected during the Phase I RI include VOCs and SVOCs. The specific compounds present are those frequently associated with petroleum hydrocarbons. The majority of the compounds that typically make up petroleum hydrocarbons are identified in the VOC and SVOC analyses. Each group is discussed below.

### 5.5.1 Volatile Organic Compounds

The VOCs detected at the Site included chlorinated VOCs and the BTEX compounds. Chlorinated VOCs detected included 1,2-dichloroethene (total) and methylene chloride. 1,2-Dichloroethene was detected in surface water at one location at a concentration of 0.002 ppm and was not detected in ground water. Methylene chloride was not detected in surface water, but was detected in groundwater at less than 0.05 ppm. Total BTEX concentrations in surface water were less than 0.03 ppm and were less than 0.09 ppm in the groundwater. Acetone, an organic solvent that can be produced by the oxidation of petroleum gases, was also detected. Acetone was detected at one surface water location and two sediment locations at less than 0.07 ppm. Acetone was detected in groundwater at less than 0.5 ppm.

The chlorinated VOCs generally volatilize very quickly when released in soil. Upon volatilization, these compounds will react with photochemically produced

hydroxyl radicals in the atmosphere. Some portion may be recycled from the air to soil by rain because of their moderate solubility in water. However, they may also leach into groundwater or surface water, where their fate is more complex. Volatilization from water will occur along with generally slow biodegradation.

The BTEX compounds volatilize very quickly when released onto surface soil and less quickly but still significantly from deeper soils and water. Photooxidation in air by hydroxyl radicals is the major transformation process.

Limited solubility will result in the partitioning of low concentrations of BTEX compounds to surface water and groundwater where biodegradation will occur, though somewhat slowly.

There is very little evidence of VOC migration at the Site as indicated by the low concentrations in surface water and groundwater. Low source concentration in the acid pits, as indicated by the analytical results, appears to be combining with limited water movement into and out of the pits to preclude significant transport of VOCs to groundwater or surface water.

### 5.5.2 Semivolatile Organic Compounds

The majority of the SVOCs detected on the Site during the investigation were PAHs, detected primarily in sediments at concentrations less than 15 ppm. Other SVOCs (methylphenol, benzoic acid, and phthalates) were found in surface and/or groundwater due to their greater water solubility compared to most PAHs. These compounds were detected at less than 0.02 ppm in surface water and at less than 0.09 ppm in groundwater.

Once in the environment, SVOCs tend to partition to soil and water, with proportions dependent primarily on solubility. Some volatilization may occur to air, where photochemical degradation is possible. However, the dominant fate for most SVOCs is biodegradation in soil or sediment.

Phthalates, another group of SVOCs, were detected at low concentrations (less than 0.09 ppm) in some samples of shallow groundwater. The phthalates are ubiquitous in the environment from their use in plastics manufacturing. The phthalates tend to adsorb to suspended soil particles in water. Biodegradation is the dominant removal process in both soil and water.

There has been limited migration of SVOCs at the Site. As expected, the PAHs have tended to remain adsorbed on soil particles and appear primarily in sediment. However, their distribution indicates that the acid pits are not the sole source. Previous Site activities and other known sources provide PAHs to the surface water and sediment. The more soluble SVOCs, such as benzoic acid and 2-methylphenol, were detected in two surface water samples at less than 0.02 ppm. Either surface water runoff or groundwater leaching may have transported these chemicals from the pits. Continued migration depends on water flow and on biodegradation rates, but it appears unlikely to be significant.

### 5.5.3 <u>Physical Properties and Characteristics of Organic Compounds</u>

Chemical-specific fate parameters help define the environmental characteristics and behavior of substances. These parameters include:

- Water solubility - an upper limit on a chemical's dissolved concentration in water at specified temperature

- $K_{oc}$ - a measure of the extent of chemical partitioning between organic carbon and water; the higher the $K_{oc}$, the more likely a chemical is to bind to soil or sediment

- $K_{ow}$ - a measure of partitioning between water and octanol; $K_{ow}$ can be used to predict bioaccumulation; the higher the $K_{ow}$, the greater the tendency of a chemical to concentrate in organisms or organic media

- Vapor pressure - the pressure exerted by a chemical in equilibrium with its solid or liquid form; the higher the vapor pressure, the more likely a chemical is to exist in a gaseous state

- Henry's Law Constant - a measure of chemical partitioning between air and water; the higher the constant, the more likely the chemical will volatilize from water

Table 5-1 provides some relevant physical properties of the organic chemicals of concern at the Site. The environmental characteristics of the chemicals presented in Table 5-2 are directly related to their physical properties. For example, the higher molecular weight PAHs have very low water solubilities, high octanol-water coefficients ($K_{ow}$), and very low vapor pressures. These properties explain why these compounds are strongly adsorbed in soil and can migrate when the soil erodes, but they cannot be easily leached from the soil. These compounds also present little likelihood of air contamination because of their very low vapor pressures. The lower molecular weight PAHs in Table 5-2 (2-methylnaphthalene and phenanthrene) have higher water solubilities and lower octanol-water coefficients than the other PAHs. However, these compounds would also be expected to be strongly adsorbed on soil and would not be easily leached into water.

The non-PAH SVOCs have higher water solubilities and very low Henry's Law constants. Therefore, they would be expected to be only moderately adsorbed in soil, capable of being leached into water, and less likely to volatilize from water.

Conversely, the VOCs are less likely to be adsorbed and therefore are less likely to be transported by soil erosion. The VOCs have an appreciable water solubility and can be leached from soil by water. Also, their high vapor pressures can cause a transfer from soil or water to air.

Table 5-3 presents half-lives for the organic chemicals of concern in various media. Much of this data is based upon the "scientific judgement" of the

authors of the Handbook of Environmental Data on Organic Chemicals, but the data does provide some insight to environmental persistence. The longer the half-life, the longer the chemical will persist (Vershieren, 1983).

### 5.6 SUMMARY

There appears to be very limited migration of any chemicals of concern at the Site. Metals, VOCs, and SVOCs were detected in sediment, surface water, and groundwater samples on the Site. Two metals of potential interest (beryllium and chromium) were detected in samples of all three media. Their mobility is affected by pH; the acid environment at and near the pits has apparently contributed to localized elevated concentrations of the metals in surface water and groundwater. However, surface water and sediment further distant from the pits appear to be little affected. The VOCs included chlorinated compounds and BTEX. The levels were very low in many instances near the detection limit. The VOCs are somewhat water soluble and are relatively mobile. Their principal fate is loss to the air, from soil or water, followed by reaction with hydroxyl radicals. The SVOCs included several PAHs as well as other compounds. While some SVOCs have appreciable water solubility and therefore mobility, most tend to adsorb to soil/sediment particles. Biodegradation is the primary removal process for SVOCs in soil.

* * * * *

# Table 5–1
## Physical Properties of Selected Organic Compounds

| Compound | Molecular Weight | Water Solubility (mg/L) | Log $K_{oc}$ | Log $K_{ow}$ | Vapor Pressure (torr) | Henry's Law Constant |
|---|---|---|---|---|---|---|
| VOLATILE ORGANIC COMPOUNDS | | | | | | |
| Acetone | 58 | Miscible | -0.4 | -0.24 | 230 | 3.97E-05 |
| Benzene | 78 | 1750 | 1.9 | 2.1 | 76 | 5.48E-03 |
| 1,2-Dicholoroethene (total) | 97 | 600 | 1.8 | 2.1 | 265 | 6.74E-03 |
| Toluene | 92 | 524 | 2.1 | 2.7 | 22 | 6.74E-03 |
| SEMIVOLATILE ORGANIC COMPOUNDS - PAHs | | | | | | |
| Benzo(g,h,i)perylene | 276 | 0.00026 | 6.2 | 6.5 | 1.03E-10 | |
| Chrysene | 228 | 0.010 | 5.3 | 5.6 | 5E-09 | |
| Fluoranthene | 202 | 0.26 | 4.6 | 5.3 | 6E-09 | |
| 2-Methylnaphthalene | 142 | 25.4 | 3.9 | 4.1 | ND | ND |
| Phenanthrene | 178 | 1.1 | 4.1 | 4.4 | 2.5E-06 | |
| Pyrene | 202 | 0.16 | 4.1 | 4.9 | 2.5E-06 | |
| SEMIVOLATILE ORGANIC COMPOUNDS - non PAHs | | | | | | |
| Benzoic Acid | 122 | 3400 | 2.3 | 1.9 | <1 | 7.02E-08 |
| 2-Methylphenol | 108 | 25000 | 1.3 | 1.9 | 0.24 | 1.23E-06 |

18-Mar-93 b:\kerr.tabl37\tabl37.wk1dcf

# Table 5-2
## Environmental Characteristics of Selected Organic Compounds

| Compound | Adsorb on Soil | Bioaccumulated | Volatility | Leach Into Water |
|---|---|---|---|---|
| VOLATILE ORGANIC COMPOUNDS | | | | |
| Acetone | No | No | High | Yes |
| Benzene | No | No | High | Yes |
| 1,2-Dicholoroethene (total) | No | No | High | Some |
| Toluene | No | No | High | Some |
| SEMIVOLATILE ORGANIC COMPOUNDS - PAHs | | | | |
| Benzo(g,h,i)perylene | Yes | Yes | Very Low | No |
| Chrysene | Yes | Yes | Very Low | No |
| Fluoranthene | Yes | Yes | Very Low | No |
| 2-Methylnaphthalene | Some | Yes | Low | No |
| Phenanthrene | Yes | Yes | Very Low | No |
| Pyrene | Yes | Yes | Very Low | No |
| SEMIVOLATILE ORGANIC COMPOUNDS - non PAHs | | | | |
| Benzoic Acid | Some | No | Low | Some |
| 2-Methylphenol | Some | No | Low | Some |

22-May-92 b:\kerr.tabl36\tabl36.wk1dof

**Table 5-3**
**Environmental Half-Lives (Days)**
**of Selected Organic Compounds**

| Compound | Soil [a] | Surface [a] Water | Ground [a] Water | Laboratory [b] Biodegradation |
|---|---|---|---|---|
| VOLATILE ORGANIC COMPOUNDS | | | | |
| Acetone | 1-7 | 1-7 | 2-14 | ND |
| Benzene | 5-6 | 5-6 | 10-720 | 43% in 7d, 50% in 48-110d |
| 1,2-Dichloroethene (total) | 28-180 | 28-180 | 56-2875 | 50% in 140d (cis isomer)<br>50% in 139d (trans isomer) |
| Toluene | 4-22 | 4-22 | 7-28 | 50% in 39d |
| SEMIVOLATILE ORGANIC COMPOUNDS - PAHs | | | | |
| Benzo(g,h,i)perylene | 590-650 | 590-650 | 1180-1300 | 50% in 590-650d |
| Chrysene | 370-1000 | 0.5 | 740-2000 | 3% in 7d, 16% in 16mo. |
| Fluoranthrene | 140-440 | 1-2.6 | 280-880 | 0% in 7d, 50% in 140-440d |
| 2-Methylnaphthalene | ND | ND | ND | 100% in 9d |
| Phenanthrene | 16-200 | 0.1-1 | 32-400 | 100% in 7d |
| Pyrene | 210-19000 | 0.03-0.09 | 420-3800 | 41% in 7d, 97% in 16mo. |
| SEMIVOLATILE ORGANIC COMPOUNDS - non PAHs | | | | |
| Benzoic Acid | ND | ND | ND | 50% in 41d |
| 2-Methylphenol | ND | ND | ND | ND |

18-Mar-93 b:kerr.tabl38\tabl38.wk1 dcf

## 6.0 APPLICABLE OR RELEVANT AND APPROPRIATE REQUIREMENTS

Proposed remedial actions are to be evaluated using state and federal ARARs as a basis for effectiveness and implementability. The final ARARs and adopted standards become a negotiation basis upon which a remedy is evaluated and adopted. Applicable requirements form the regulatory baseline in applying standards, criteria, guidance or limitations specifically addressing a hazardous substance, pollutant, contaminant, remedial action, location, or other circumstance at a site. Relevant and appropriate requirements are standards that sufficiently address problems or situations such that their use is well suited to the particular site. There may be some instances where an environmental law is not found to be "applicable," but contain provisions considered to be relevant and appropriate. The comprehensive agency review, consultation, and approval steps beginning with the RI/FS process provides for the application of ARARs and selection of remedial actions that are protective of human health and the environment.

The first step in determining applicable ARARs involves compiling a list of all environmental regulations potentially affecting the Site, without the examination of specific remedial action alternatives. Potential federal ARARs that warrant research include but are not limited to such environmental laws as the Solid Waste Disposal Act, the Clean Water Act, the Safe Drinking Water Act, and the Clean Air Act. In addition, promulgated standards, requirements, criteria, or limitations under Oklahoma environmental or facility-siting laws must be examined. For this RI report, ARARs have been identified based on procedures in the CERCLA Compliance Manuals (USEPA, 1988 and 1989). In addition, State of Oklahoma and current federal regulations were reviewed to identify potential ARARs not necessarily discussed in the guidance documents.

ARARs are generally grouped into three broad categories:

- <u>Chemical-Specific</u> - numerical values that represent acceptable amounts of a compound that may be found in or discharged to the ambient environment

- <u>Action-Specific</u> - requirements establishing how a specific response action is to be performed; they constitute technology- or activity-based limitations on remedial activities

- <u>Location-Specific</u> - requirements that restrict remedial activities at certain locations; they identify particular locations such as flood plains, historical sites, and wetlands where special considerations may be necessary

A preliminary list of potential federal chemical-specific, action-specific, and location-specific ARARs for the Site have been compiled as Tables K-1, K-2, and K-3, respectively, in Appendix K. Also, a list of potential State of Oklahoma ARARs for the Site have been complied as Table K-4.

The second step of the ARAR development process is to screen the potential ARARs and to determine their applicability to the specific investigation and remedial alternatives for the Site.

* * * * *