# In the United States Court of Federal Claims

No. 05-5 T
(Filed: May 17, 2007)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

The court is prepared to hear oral argument in the above-captioned case on Plaintiffs' Motion for Partial Summary Judgment. By **no later than Thursday, May 31, 2007**, the parties shall confer and then contact the court with suggested dates and times for the argument. The parties may contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge