# In the United States Court of Federal Claims

No. 05-5 T
(Filed: May 21, 2007)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court will hear argument on Plaintiffs' Motion for Partial Summary Judgment on **Thursday, June 21, 2007, at 11:00 a.m.**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge