# In the United States Court of Federal Claims

No. 05-5 T
(Filed: July 11, 2007)

***********************************
KERR-MCGEE CORPORATION and *
SUBSIDIARIES, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

A telephonic status conference is scheduled in the above-captioned case for **Thursday, July 12, 2007, at 3:00 p.m.** The court will contact the parties to initiate the conference call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge