# In the United States Court of Federal Claims

No. 05-5 T
(Filed: July 12, 2007)

***********************************
KERR-MCGEE CORPORATION and *
SUBSIDIARIES, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The joint status report that was due in the above-captioned case by July 20, 2007, is now due **no later than Friday, August 31, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge