IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

---

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

---

JOINT MOTION FOR EXTENSION OF TIME

---

Pursuant to RCFC 6, the parties move this Court for an extension of time for 60 days, from August 31, 2007, to, and including, October 29, 2007, of the deadline set forth in the Court's Order of July 12, 2007, for the parties file a joint status report setting forth a schedule for further proceedings in the above-captioned case. No prior enlargement of that deadline has been requested.

As good cause therefor, the parties have determined that extensive expert testimony and discovery will be required before the above-captioned case could be tried. Before undertaking that time consuming and expensive process, counsel for the parties decided it would be worthwhile to review all documents in plaintiffs' possession related to the remediation of the Cushing site to determine whether they can agree on a basis for administratively resolving this

case. Plaintiffs' counsel recently advised defendant's counsel that the relevant documents, consisting of about 1,000 boxes, have been gathered and are now ready to be reviewed. Given the large volume of documents involved, the parties will not be able to complete their review of those documents by the current deadline.

WHEREFORE, the parties request that the Court enlarge the deadline for the parties to file a joint status report to October 29, 2007.

Respectfully submitted,

8/23/2007
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

8/23/2007
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

8/23/2007
DATE

s/Steven I. Frahm
Of Counsel
Counsel for Defendant