# In the United States Court of Federal Claims

No. 05-5 T
(Filed: August 28, 2007)

```
***********************************
KERR-MCGEE CORPORATION and       *
SUBSIDIARIES,                    *
                                 *
            Plaintiffs,          *
                                 *
 v.                              *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
***********************************
```

**ORDER**

On August 23, 2007, the parties in the above-captioned case filed a Joint Motion for Extension of Time, requesting an additional 60 days in which to file a joint status report setting forth a proposed schedule for further proceedings. The parties' motion is **GRANTED**.

Accordingly, the parties shall file their joint status report **no later than Monday, October 29, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge