IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, the parties move this Court for an extension of time of 70 days, from October 29, 2007, to, and including, January 7, 2008, of the deadline for the parties file a joint status report setting forth a schedule for further proceedings in the above-captioned case. One prior enlargement of that deadline totaling 60 days has been granted.

As good cause therefor, plaintiffs have had unexpected difficulty obtaining access to all of the documents related to the remediation of the Cushing site because many of those documents are no longer in the possession of the plaintiffs. The parties still believe that review of those documents is necessary for them to determine whether this case can be settled. If the case can be settled the parties will avoid the significant time and expense required to prepare and try this case. While it is anticipated that the necessary documents will be ready for review

shortly, given the large volume of documents involved it will take some time to complete that review.

WHEREFORE, the parties request that the Court enlarge the deadline for the parties to file a joint status report to January 7, 2008.

Respectfully submitted,

10/29/2007
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

10/29/2007
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney- General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

10/29/2007
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant