# In the United States Court of Federal Claims

No. 05-5 T
(Filed: October 29, 2007)

************************************
KERR-MCGEE CORPORATION and SUBSIDIARIES, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On October 29, 2007, the parties in the above-captioned case filed a second Joint Motion for Extension of Time, requesting an additional 70 days in which to file a joint status report setting forth a proposed schedule for further proceedings. The parties' motion is **GRANTED**.

Accordingly, the parties shall file their joint status report **no later than Monday, January 7, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge