IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, the parties move this Court for an extension of time of 30 days, from January 7, 2008, to, and including, February 6, 2008, of the deadline for the parties file a joint status report setting forth a schedule for further proceedings in the above-captioned case. Two prior enlargements of that deadline totaling 130 days have been granted.

As good cause therefor, on December 31, 2007, defendant received a box of documents from plaintiffs, totaling about 1,500 pages. Defendant's counsel was out of the office until January 2, 2008, and has not had an opportunity to complete his review those documents. Defendant's counsel has also recently been advised that plaintiffs have located about 1,000 pages of additional documents which should be forwarded to defendant the week of January 7, 2008. Defendant requires time to review those documents. Once that review is complete the parties

will be in a position to engage in formal settlement discussions. If the case can be settled the parties will avoid the significant time and expense required to prepare and try this case.

WHEREFORE, the parties request that the Court enlarge the deadline for the parties to file a joint status report to February 6, 2008.

Respectfully submitted,

1/07/2008
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

1/07/2008
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

RICHARD T. MORRISON
Acting Assistant Attorney- General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

1/07/2008
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant