# In the United States Court of Federal Claims

No. 05-5 T
(Filed: January 9, 2008)

| | |
|---|---|
| ************************************ | |
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

On January 7, 2008, the parties in the above-captioned case filed a third Joint Motion for Extension of Time, requesting an additional 30 days in which to file a joint status report setting forth a proposed schedule for further proceedings. The parties indicate that defendant requires additional time to review documents recently and soon-to-be provided by plaintiffs, and that after defendant's document review, they "will be in a position to engage in formal settlement discussions." The parties' motion is **GRANTED**.

Accordingly, the parties shall file their joint status report **no later than Wednesday, February 6, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge