IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

---

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

---

JOINT MOTION FOR EXTENSION OF TIME

---

Pursuant to RCFC 6, the parties move this Court for an extension of time of 50 days, from February 6, 2008, to, and including, March 27, 2008, of the deadline for the parties file a joint status report setting forth a schedule for further proceedings in the above-captioned case. Three prior enlargements of that deadline totaling 160 days have been granted.

As good cause therefor, on January 8, 2008, defendant received the remainder of the documents produced by plaintiffs regarding the various pollution remediation projects at issue in this case. Defendant has completed its review of those documents and the parties have scheduled a meeting on February 8, 2008, to review the issues in this case, discuss further proceedings and possible settlement. As a result of that meeting, it is anticipated that the parties

will identify additional documents to be reviewed and the parties will probably have to meet again before arriving at either a schedule for further proceedings or a basis for settling this case.

WHEREFORE, the parties request that the Court enlarge the deadline for the parties to file a joint status report to March 27, 2008.

Respectfully submitted,

| | |
|---|---|
| 2/05/2008 | s/Stephen D. Gardner |
| DATE | STEPHEN D. GARDNER<br>Cooley Godward Kronish LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 479-6130 |
| | Counsel for Plaintiffs |
| 2/05/2008 | s/Benjamin C. King, Jr. |
| DATE | BENJAMIN C. KING, JR.<br>Attorney of Record<br>Justice Department (Tax)<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 307-6506 |
| | RICHARD T. MORRISON<br>Acting Assistant Attorney- General<br>DAVID GUSTAFSON<br>Chief, Court of Federal Claims Section<br>STEVEN I. FRAHM<br>Assistant Chief |
| 2/05/2008 | s/Steven I. Frahm |
| DATE | Of Counsel |
| | Counsel for Defendant |