# In the United States Court of Federal Claims

No. 05-5 T
(Filed: February 6, 2008)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On February 5, 2008, the parties in the above-captioned case filed a Joint Motion for Extension of Time, requesting an additional 50 days in which to file a joint status report setting forth a proposed schedule for further proceedings. The parties indicate that they will be meeting on February 8, 2008, to "review the issues in this case" and "discuss further proceedings and possible settlement." The parties anticipate that they will need to review additional documents and have another meeting before they are able to propose "a schedule for further proceedings or a basis for settling this case." The parties' motion is **GRANTED**.

Accordingly, the parties shall file their joint status report **no later than Thursday, March 27, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge