IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's February 6, 2008, Order and RCFC 6, the parties propose the following schedule for further proceedings in the above-captioned case. The parties have now determined, for each of the years in issue, that the pollution remediation expenses at issue were related to cleaning up pollution caused by parties other than plaintiffs. Under the Court's decision, those expenses would be capital expenditures and not currently deductible under 26 U.S.C. § 162. Plaintiffs now contend that the expenses might be currently deductible as losses under § 165 in each of the years in issue. Defendant disagrees that § 165 allows plaintiffs any deduction in the years in issue. In order to resolve that dispute the parties propose the following activities and schedule.

The plaintiffs will, within 90 days of this report, submit to defendant all documents and testimony, including expert reports, plaintiffs intend to rely upon to support their contention that the pollution remediation expenses incurred in the years in issue are deductible § 165 losses. The defendant will have 90 days after plaintiffs produce that information to conduct any discovery it might require. During that same period the parties will also determine the facts they can stipulate and agree to. The parties propose that upon completion of the 180 day period they file another joint status report setting forth a proposed schedule for further proceedings.

Respectfully submitted,

3/24/08
DATE

s/Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6130

Counsel for Plaintiffs

3/24/08
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney- General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

3/24/08
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant