# In the United States Court of Federal Claims

No. 05-5 T
(Filed: March 25, 2008)

*************************************
KERR-MCGEE CORPORATION and *
SUBSIDIARIES, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

**ORDER**

On March 24, 2008, the parties in the above-captioned case filed a Joint Status Report that suggested a schedule for further proceedings. The parties have determined which "pollution remediation expenses at issue were related to cleaning up pollution caused by parties other than plaintiffs," and while defendant asserts that those expenses should be capitalized pursuant to the court's June 29, 2007 decision, "[p]laintiffs now contend that the expenses may be currently deductible as losses" pursuant to 26 U.S.C. § 165. To help resolve this dispute, the parties suggest a limited discovery schedule. The court adopts the proposed schedule, as follows:

- Plaintiffs shall, **no later than Monday, June 23, 2008**, "submit to defendant all documents and testimony, including expert reports, plaintiffs intend to rely upon to support their contention that the pollution remediation expenses incurred in the years in issue are deductible § 165 losses."

- Defendant shall, **no later than Monday, September 22, 2008**, "conduct any discovery it might require" as a result of plaintiffs' submissions.

- The parties shall, **no later than Friday, October 3, 2008**, file a joint status report suggesting further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge