# In the United States Court of Federal Claims

No. 05-5 T
(Filed: May 9, 2008)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On May 8, 2008, plaintiffs in the above-captioned case electronically filed an amended complaint. However, because defendant filed an answer to the original complaint on March 11, 2005, plaintiffs are required to obtain the "leave of court" or "written consent of the adverse party" prior to filing an amended complaint. See RCFC 15(a). Plaintiffs neither filed a motion nor indicated that defendant consented to the filing. Accordingly, the court **STRIKES** plaintiffs' amended complaint from the docket. Plaintiffs are directed to comply with RCFC 15(a).

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge