IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

---

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

---

PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT

---

Pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims, Plaintiffs, Kerr-McGee Corporation and Subsidiaries, respectfully move for leave of court to file their first amended complaint to add Plaintiffs' 1997 and 1998 taxable years to the taxable years currently before the court, 1995 and 1996. Plaintiffs' 1997 and 1998 taxable years involve the same issue, the deductibility of environmental remediation expenditures incurred at two former refinery sites in Oklahoma, as Plaintiffs' 1995 and 1996 taxable years. The Defendant has represented that it has no objection to Plaintiffs' motion.

Respectfully submitted,

Dated: May 12, 2008

/s/ Stephen D. Gardner

STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, N.Y. 10036
(212) 479-6130

Attorney for Plaintiffs