# In the United States Court of Federal Claims

No. 05-5 T
(Filed: May 13, 2008)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

On May 12, 2008, plaintiffs in the above-captioned case filed Plaintiffs' Motion for Leave to File First Amended Complaint. Plaintiffs aver that defendant does not object to their motion. Plaintiffs' motion is **GRANTED**. Plaintiffs shall file their First Amended Complaint **no later than Tuesday, May 20, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge