IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Nancy B. Firestone)

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

# MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of 30 days, from June 2, 2008, to and including July 2, 2008, of the deadline for the defendant to file its answer or otherwise respond to the amended complaint filed in the above-captioned case. No prior extension of this deadline has been requested. Counsel for the defendant has contacted counsel for plaintiffs who has indicated that plaintiffs do not oppose this motion.

As good cause therefore, defendant's counsel has not yet received the administrative files from the IRS regarding the tax years at issue in plaintiffs' amended complaint. Those files are necessary for defendant to determine whether there are any jurisdictional defects with respect to

any of the claims asserted in plaintiffs' amended complaint that might be asserted in a dispositive motion.

WHEREFORE, defendant requests that the Court extend the deadline for defendant to answer or otherwise respond to plaintiffs' amended complaint to July 2, 2008.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

June 2, 2008



2059482.1