# In the United States Court of Federal Claims

No. 05-5 T
(Filed: June 3, 2008)

| | |
|---|---|
| *********************************** | |
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

On June 2, 2008, defendant in the above-captioned case filed a motion for enlargement of time seeking an additional thirty days in which to respond to plaintiffs' amended complaint. Defendant avers that plaintiffs do not object to its motion. Defendant's motion is **GRANTED**. Defendant shall respond to plaintiffs' complaint **no later than Wednesday, July 2, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge