IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-5 T

(Judge Margaret M. Sweeney)

---

KERR-MCGEE CORPORATION AND SUBSIDIARIES,

Plaintiffs

v.

UNITED STATES,

Defendant

---

PLAINTIFFS' MOTION FOR
EXTENSION OF TIME

---

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, Plaintiffs, Kerr-McGee Corporation and Subsidiaries, respectfully move this Court for an extension of time of 45 days, from June 23, 2008, to and including August 7, 2008, of the deadline for the Plaintiffs to submit to Defendant all documents and testimony, including expert reports, upon which Plaintiffs intend to rely to support their contention that the pollution remediation expenditures incurred in the years in issue were deductible under section 165 of the Internal Revenue Code. The Plaintiffs also move that the deadline for the Defendant to conduct any discovery it might require as a result of Plaintiffs' submissions be extended from September 22, 2008, to and including November 6, 2008, and the deadline for the parties to file a joint status report be extended from October 3, 2008, to and including November 17, 2008. No prior

extension of these deadlines has been requested. Counsel for the Plaintiffs has contacted counsel for the Defendant who has represented that Defendant does not oppose this motion.

As good cause therefore, Plaintiffs have retained a valuation expert to determine, for each of the years involved in the case, the fair market value of the two former refinery sites with respect to which the pollution remediation expenditures were incurred. Since Plaintiffs do not currently own or control a significant portion of the refinery sites, Plaintiffs have had to coordinate site visits for its valuation expert with Tronox Incorporated ("Tronox"), the current owner of a significant portion of the sites. (Tronox requires one of its employees to accompany any visitors to the sites.) It has taken Plaintiffs longer than expected to coordinate these site visits, and, as a result, its valuation expert will be unable to complete his report by the current deadline. The enlargement sought by this motion will allow the Plaintiffs' valuation expert to complete his report and the Plaintiffs to submit to Defendant all reports and testimony on which they would like to rely.

WHEREFORE, Plaintiffs request that the Court extend the deadline for Plaintiffs to submit to Defendant all documents and testimony on which it intends to rely to August 7, 2008, the deadline for Defendant to conduct any discovery to November 6, 2008, and the deadline for the parties to file a joint status report to November 17, 2008.

Respectfully submitted,

Dated: June 12, 2008

/s/ Stephen D. Gardner
STEPHEN D. GARDNER
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, N.Y. 10036
(212) 479-6130

Attorney for Plaintiffs