# In the United States Court of Federal Claims

No. 05-5 T
(Filed: June 17, 2008)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On June 12, 2008, plaintiffs in the above-captioned case filed a motion for enlargement of time seeking to extend the discovery deadlines by forty-five days. Plaintiffs represent that defendant does not oppose their motion. Plaintiffs' motion is **GRANTED**. The discovery deadlines are extended as follows:

- Plaintiffs shall, **no later than Thursday, August 7, 2008**, "submit to Defendant all documents and testimony, including expert reports, upon which Plaintiffs intend to rely to support their contention that the pollution remediation expenditures incurred in the years in issue were deductible under section 165 of the Internal Revenue Code."

- Defendant shall, **no later than Thursday, November 6, 2008**, "conduct any discovery it might require as a result of Plaintiffs' submissions."

- The parties shall, **no later than Monday, November 17, 2008**, file a joint status report suggesting further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge