# In the United States Court of Federal Claims

No. 05-5 T
(Filed: July 14, 2008)

| | |
|---|---|
| KERR-MCGEE CORPORATION and SUBSIDIARIES, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On July 11, 2008, defendant in the above-captioned case electronically submitted an Answer to First Amended Complaint. However, defendant filed the answer out of time; the answer had been due on July 2, 2008. The court directs the clerk to file defendant's answer by its leave. In the future, defendant shall take care to meet its deadlines.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge